IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LILLIE CHOYCE, | ) | |
| | ) | |
| Plaintiff, | ) | Judge Der-Yeghiayan |
| | ) | Magistrate Judge Valdez |
| v. | ) | |
| | ) | |
| JOHNSON, et al. | ) | 08 C 202 |
| | ) | |
| Defendants. | ) | |

**DEFENDANT CITY'S MOTION FOR AN EXTENSION
OF TIME TO ANSWER OR OTHERWISE PLEAD**

Defendant City of Chicago, by its attorney Mara S. Georges, Corporation Counsel of the City of Chicago, moves this Court for an extension of time to answer or otherwise plead. In support of this motion, Defendant states:

1.  The undersigned counsel for Defendant City of Chicago were only recently assigned to this case. The City's answer or other pleading was due on February 14, 2008.

2.  In this complaint, Plaintiff sues the City, two named officers and unknown defendant officers. Generally, Plaintiff alleges that "some or all of the Defendant Officers" engaged in excessive force and a conspiracy.[1] Plaintiff alleges a boiler-plate <u>Monell</u> claim against the City.

3.  Accordingly, the City requests that it be given until April 7, 2008, to answer or otherwise plead. Additionally, the Court has set a status conference for March 11, 2008. Given the fact no individual defendants have appeared to date, the City respectfully requests that the

---

[1] These are the same vague allegations that were contained in Plaintiff's previous complaint filed in this Court (<u>see</u> 07 C 1790), involving the same allegations and parties, which this Court dismissed.

status date be moved to a date after April 7, 2008, or at least until all parties have appeared in this case, so that one discovery and pre-trial schedule can be entered for all parties.

4.      This motion is not brought for any improper purpose or delay.

**WHEREFORE**, the City respectfully requests that this Court grant it until April 7, 2008, to answer or otherwise plead.

**DATED: MARCH 5, 2008**

Respectfully submitted,

MARA S. GEORGES
Corporation Counsel

By:     /s/ Diane S. Cohen
        Diane S. Cohen
        Rita Moran
        Assistants Corporation Counsel

30 N. La Salle, Ste. 1020
Chicago, Illinois 60602
(312) 744-2836/2-9866

## **CERTIFICATE OF SERVICE**

      I, Diane Cohen, an attorney, hereby certify that pursuant to Local Rule 5.9, in accordance with the U.S. District Court for the Northern District of Illinois, Eastern Division's General Order on Electronic Case Filing, Defendant's Motion for Extension of Time, March 5, 2008, to:

      Blake Horwitz
      155 N. Michigan Ave., Ste. 723
      Chicago, IL 60601

By: /s/Diane Cohen
    DIANE COHEN