IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **LILLIE CHOYCE,** | ) | |
| | ) | |
| Plaintiff, | ) | Judge Der-Yeghiayan |
| | ) | Magistrate Judge Valdez |
| v. | ) | |
| | ) | |
| **JOHNSON, et al.** | ) | 08 C 202 |
| | ) | |
| **Defendants.** | ) | |

### NOTICE MOTION

**TO**:  See Certificate of Service

    **PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, the following **DEFENDANT CITY'S MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD.**

    **PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Der-Yeghiayan, or before such other judge sitting in his place, on the 11th day of March 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, and then and there present the attached motion.

**DATED**: **MARCH 5, 2008**

                                          /S/Diane S. Cohen
                                          DIANE S. COHEN
                                          Assistant Corporation Counsel

30 N. LaSalle, Ste. 1020
Chicago, Illinois  60602
312/744-2836