**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| LILLIE CHOYCE,<br><br>    Plaintiff,<br><br>    v.<br><br>OFFICER MARK L. FRIAR (NO. 11654), OFFICER D. F. JOHNSON (NO. 7129), UNKNOWN OFFICERS, and the CITY OF CHICAGO,<br><br>    Defendants. | No. 08-C-202<br><br>JUDGE DER-YEGHIAYAN<br><br>MAGISTRATE JUDGE VALDEZ |

**NOTICE OF CHANGE OF FIRM NAME AND ADDRESS**

Please note that the new firm name, address, fax and telephone number for the Law Offices of Blake Horwitz, effective March 31, 2008, are as follows:

Horwitz, Richardson & Baker, LLC
20 S. Clark St., Suite 500
Chicago, Illinois 60603
Tel:  312-676-2100
Fax:  312-372-7076

This applies to all attorneys for the former Law Offices of Blake Horwitz, including Blake Horwitz, Amanda S. Yarusso, Erica E. Faaborg, Abbas B. Merchant, and Tali K. Albukerk.

**CERTIFICATE OF SERVICE**

I hereby certify that on April 2, 2008, pursuant to Fed.R.Civ.P. 5 and the Northern District of Illinois's General Order on Electronic Case Filing, sec. XI, I caused the following documents:

NOTICE OF CHANGE OF FIRM NAME AND ADDRESS

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an enotice of the electronic filing to the following:

Blake Wolfe Horwitz      lobh@att.net,bwhorwitz@att.net

Diane S. Cohen      dcohen@cityofchicago.org

Amanda Sunshine Yarusso      asyarusso@att.net

1

2

David Norman Selmer    david.selmer@cityofchicago.org,idldocket@cityofchicago.org

Rita C. Moran    rita.moran@cityofchicago.org

                                       s/ Blake Horwitz_____
                                       Blake Horwitz
                                       Horwitz, Richardson and Baker, LLC
                                       20 S. Clark St., Suite 500
                                       Chicago, Illinois 60603
                                       Tel:  312-676-2100
                                       Fax:  312-372-7076