IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LILLIE CHOYCE, | ) | |
| | ) | |
| Plaintiff, | ) | Judge Der-Yeghiayan |
| | ) | Magistrate Judge Valdez |
| v. | ) | |
| | ) | |
| JOHNSON, et al. | ) | 08 C 202 |
| | ) | |
| Defendants. | ) | |

## NOTICE MOTION

**TO**: See Certificate of Service

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, the following **DEFENDANTS' JOINT MOTION TO DISMISS PLAINTIFF'S COMPLAINT.**

**PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Der-Yeghiayan, or before such other judge sitting in his place, on the 9th day of April 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, and then and there present the attached motion.

**DATED**: APRIL 4, 2008

/S/Diane S. Cohen
DIANE S. COHEN
Assistant Corporation Counsel

30 N. LaSalle, Ste. 1020
Chicago, Illinois 60602
312/744-2836