UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Lillie Choyce
      Plaintiff,

v.             Case No.: 1:08–cv–00202
               Honorable Samuel Der–Yeghiayan

Mark L. Friar, et al.
      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 8, 2008:

  MINUTE entry before Judge Honorable Samuel Der–Yeghiayan: Defendants City of Chicago, Mark L. Friar, and D. F. Johnson's motion to dismiss[19] is entered and continued. Plaintiffs' response shall be filed by 04/23/08 and Defendants' reply shall be filed by 04/30/08. Status hearing reset to 06/25/08 at 9:00 a.m. Status hearing set for 04/09/08 is stricken. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.