# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| LILLIE CHOYCE,<br><br>    Plaintiff,<br><br>v.<br><br>OFFICER MARK L. FRIAR (NO. 11654),<br>OFFICER D. F. JOHNSON (NO. 7129),<br>UNKNOWN OFFICERS, and the CITY OF<br>CHICAGO,<br><br>    Defendants. | No. 08-C-202<br><br>JUDGE DER-YEGHIAYAN<br><br>MAGISTRATE JUDGE VALDEZ |

## NOTICE OF FILING

PLEASE TAKE NOTICE that on April 23, 2008 pursuant to Fed.R.Civ.P. 5 and the Northern District of Illinois's General Order on Electronic Case Filing, sec. XI, I caused the following document:

PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

| | |
|---|---|
| Diane S. Cohen | dcohen@cityofchicago.org |
| Blake Wolfe Horwitz | bhorwitz@hrbattorneys.com, lobh@att.net,<br>mpizarro@hrbattorneys.com, npeters@erlaw.net,<br>npeters@hrbattorneys.com |
| Abbas Badruddin Merchant | amerchant@hrbattorneys.com |
| Rita C. Moran | rita.moran@cityofchicago.org |
| David Norman Selmer | david.selmer@cityofchicago.org, idldocket@cityofchicago.org |
| Amanda Sunshine Yarusso | ayarusso@hrbattorneys.com |

                              /s/Abbas Merchant

HORWITZ, RICHARDSON & BAKER LLC
Two First National Plaza
20 South Clark Street, Suite 500
Chicago, IL 60603
(312) 676-2100

1