IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LILLIE CHOYCE, | ) | |
| | ) | |
| Plaintiff, | ) | Judge Der-Yeghiayan |
| | ) | Magistrate Judge Valdez |
| v. | ) | |
| | ) | |
| JOHNSON, et al. | ) | 08 C 202 |
| | ) | |
| Defendants. | ) | |

## NOTICE FILING

**TO**: See Certificate of Service

    **PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, the following **DEFENDANTS' JOINT REPLY IN FURTHER SUPPORT OF THEIR MOTION TO DISMISS PLAINTIFF'S COMPLAINT.**

**DATED**: APRIL 30, 2008

                                                                                      /S/Diane S. Cohen
                                                                                      DIANE S. COHEN
                                                                                       Assistant Corporation Counsel

30 N. LaSalle, Ste. 1020
Chicago, Illinois  60602
312/744-2836