IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NICHOLAS BRAKE, | ) | |
| | ) | No. 07 C 6465 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE GOTTSCHALL |
| | ) | |
| CHICAGO POLICE OFFICER ALGHINI, | ) | |
| Star No. 14603, CHICAGO POLICE OFFICER | ) | Magistrate Judge Cox |
| RAYMUNDO ZARAGOZA, Star No. 11637, | ) | |
| POLICE LIEUTENANT ROBERT FLYNN, | ) | |
| Star No. 232, and certain UNKNOWN Chicago | ) | |
| Police Officers, Individually, and THE CITY | ) | JURY DEMAND |
| OF CHICAGO, a municipal corporation, | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION TO WITHDRAW APPEARANCE

Defendant City of Chicago, by its attorney Mara S. Georges, Corporation Counsel of the City of Chicago, moves to withdraw the appearance of counsel Diane Cohen on behalf of the City.

1.  Currently, the undersigned, Diane Cohen, Senior Assistant Corporation Counsel, along with Thomas Aumann, Assistant Corporation Counsel, have filed appearances in this matter on behalf of Defendant City of Chicago.

2.  The undersigned moves to withdraw her appearance because she has assumed other job duties and responsibilities with the City of Chicago Department of Law.  Mr. Aumann will remain as counsel for the City in this matter.

**WHEREFORE**, Defendant City respectfully requests that this Court grant its motion to withdraw the appearance of Diane Cohen in this matter.

**DATED: MAY 19, 2008**

                        Respectfully submitted,

                        MARA S. GEORGES
                        Corporation Counsel

           By:    /s/ Diane S. Cohen
                      Diane S. Cohen
                      Senior Counsel

30 N. La Salle, Ste. 1020
Chicago, Illinois 60602
(312) 744-2836

**CERTIFICATE OF SERVICE**

I, Diane Cohen, an attorney, hereby certify that I served, pursuant to Local Rule 5.9 of the U.S. District Court for the Northern District of Illinois, Eastern Division's General Order on Electronic Case Filing, Defendant's Motion to Withdraw, on May 19, 2008, to:

>Marcelle LeCompte
>820 W. Jackson, Ste. 310
>Chicago, IL 60607
>
>and
>
>Marc Boxerman
>30 N. LaSalle, Ste. 1400
>Chicago, IL 60602

By: /s/Diane Cohen
DIANE COHEN