# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Samuel Der-Yeghiayan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 202 | **DATE** | 5/21/2008 |
| **CASE TITLE** | Choyce vs. Johnson, et al. | | |

**DOCKET ENTRY TEXT**

Defendant City of Chicago's motion to withdraw appearance of Diane Cohen [27] is granted. Diane Cohen is hereby given leave to withdraw her appearance as counsel for Defendant City of Chicago. All dates previously set are to remain unchanged.

Docketing to mail notices.

| | Courtroom Deputy Initials: | maw |
|---|---|---|