# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Samuel Der-Yeghiayan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 202 | **DATE** | 6/24/2008 |
| **CASE TITLE** | Lillie Choyce vs. Johnson, et al. | | |

**DOCKET ENTRY TEXT**

For the reasons stated in the Court's memorandum opinion dated 06/24/08, Defendants' motion to dismiss Plaintiff's amended complaint [19] is granted. All pending dates and motions are hereby stricken as moot. Civil case terminated.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | maw |
|---|---|---|