# United States District Court

## Northern District of Illinois
Eastern Division

| | |
|---|---|
| Lillie Choyce | **JUDGMENT IN A CIVIL CASE** |
| v. | Case Number: 08 C 202 |
| Johnson, et al. | |

☐   Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■   Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that for the reasons stated in the Court's memorandum opinion dated 06/24/08, Defendants' motion to dismiss Plaintiff's amended complaint [19] is granted.

Michael W. Dobbins, Clerk of Court

Date: 6/24/2008         _____Michael Wing_____
                        /s/ Michael A. Wing, Deputy Clerk