IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LILY CHOYCE,<br><br>  Plaintiff,<br><br>  v.<br><br>FRIAR, et al.,<br>  Defendants. | No. 08 CV 202<br><br>JUDGE DER-YEGHIAYAN |

## MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

NOW COMES the Plaintiff, by and through their attorneys, Horwitz, Richardson, & Baker LLC., and states the following in support of her Motion for Leave to File a Second Amended Complaint:

## PROCEDURAL POSTURE

This is a re-filed §1983 police misconduct case alleging, *inter alia*, excessive force and conspiracy. Specifically, Plaintiff was at the scene of her son's arrest and one or more police officers threw her to the ground from behind causing her injuries. Plaintiff was not charged with criminal activity as a result this incident. Plaintiff did not closely observe the officer(s) who assaulted her, as they were behind her.

The initial action *Choyce v. City of Chicago, et al.,* 07 CV 1790, was dismissed without prejudice to allow Plaintiff to file an amended complaint properly naming the individual officers. Plaintiff re-filed her case naming two individual defendants and unknown officers. Defendants moved to dismiss arguing, *inter alia*, that Plaintiff had still not properly named the individual defendant officers and therefore had failed to state a claim. On June 24, 2008, this Court granted

Defendant's Motion.  Plaintiffs seek leave to file a Second Amended Complaint (Exhibit A) to reflect the following modifications:

1) To remove Defendant Unknown Officers.

2) To add additional facts to further identify the locus of the incident, Plaintiff's injuries, and other facts.

## **STANDARD**

The liberality of Rule 15 of the Federal Rules of Civil Procedure cannot be disputed. Leave to amend a pleading shall be "freely given when justice so requires." Fed.R.Civ.P. 15(a).

Notice and substantial prejudice to the opposing party are critical factors in determining whether an amendment should be granted. *Teft v. Sewart*, 689 F.2d 637 (6th Cir. 1982), *Williams v. United States,* 405 F.2d 234 (5th Cir. 1968); *Strauss v. Douglas Aircraft Co.,* 404 F.2d 1152 (2d Cir. 1968).  If a party is not prejudiced, there can be no basis for denying amendment since both parties would be on equal footing relative to the allegations.  This has been the focus of the courts in connection with motions for leave to file an amended complaint. *Hageman v. Signal L. P. Gas, Inc.,* 486 F.2d 479 (6th Cir. 1973); *In Re: Olympia Brewing Company Securities Litigation,* 612 F. Supp 1370 (N.D. Ill 1985).

Here, Defendant City of Chicago has been put on notice regarding these claims. The amendments Plaintiffs seek have been previously disclosed to Defendants via discovery. The City cannot claim that allowing the amendment will cause prejudice to date, the City has not formally answered Plaintiff's discovery requests, whose answers were due June 30, 2007.

WHEREFORE, Plaintiffs pray that this Court grant Plaintiffs' Motion for Leave to File a Second Amended Complaint.

Respectfully submitted,

s/Abbas Merchant
Attorney for the Plaintiffs

**Horwitz, Richardson, & Baker, LLC.**
20 S. Clark Street, Suite 500
Chicago, IL  60603
(312) 676-2100
(312) 372-7076 (Fax)