# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

Lily Choyce
                      Plaintiff,

v.                                                  Case No.: 1:07−cv−01790
                                                  Honorable Samuel Der−Yeghiayan

Unknown Officers, et al.
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 31, 2007:

      MINUTE entry before Judge Samuel Der−Yeghiayan : Plaintiff is given 30 days to discover the names of the unknown officers and to file the appropriate motion to amend the complaint. Status hearing reset to 07/26/07 at 9:00 a.m. Status hearing set for 06/05/07 is stricken. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.