# EXHIBIT C

Case 1:08-cv-00202    Document 37-3    Filed 07/10/2008    Page 1 of 3

# LAW OFFICES OF BLAKE HORWITZ

Blake Horwitz, Esq.

*Associates*
Amanda S. Yarusso, Esq.
Tali K. Albukerk, Esq.
Matthew C. Robison, Esq.

*Legal Assistants*
Emily E. Schnidt    Jasmyn G. Smith
John C. Ochoa       Ra Chaka
Amy Spina

*Director of Research and Development*
Karen L. Horwitz

*Of Counsel*
Elliot Richardson, Esq.
Robert Pantoga, Esq.

June 8, 2007                                           VIA FACSIMILE

Mr. Glenn Kevin Angel
Assistant Corporation Counsel
30 N. LaSalle St.
Chicago, IL 60602
(312) 744-6912 (fax)

Re: *Choyce v. Unknown Officers,* 07-cv-1790

Dear Mr. Angel:

The location of the incident was in front of two conjoined buildings, possibly houses serving as apartments. Thus, Plaintiff's son Cedric was arrested in front of 6512 and 6514 S. Rhodes Ave., Chicago, IL 60637. I will call you shortly to discern if this is sufficient.

Sincerely,

Matt Robison

**PLAINTIFF'S EXHIBIT A**

155 North Michigan, Suite 723     Phone: 312-616-4433     lobh@att.net
Chicago, Illinois  60601          Fax: 312-565-7173

# hp LaserJet *3015*



Law Offices of Blake Horwitz
312-565-7173
Jun-8-2007   1:04PM

## Fax Call Report

| Job | Date | Time | Type | Identification | Duration | Pages | Result |
|-----|------|------|------|----------------|----------|-------|--------|
| 973 | 6/ 8/2007 | 1:04:07PM | Send | 7446912 | 0:36 | 1 | OK |

---

### LAW OFFICES OF BLAKE HORWITZ

Blake Horwitz, Esq.

*Associates*
Amanda S. Yarusso, Esq.
Tali K. Albukerk, Esq.
Matthew C. Robison, Esq.

*Legal Assistants*
Emily E. Schmidt   Jasmyn G. Smith
John C. Ochoa      Ra Chaka
Amy Spina

*Director of Research and Development*
Karen L. Horwitz

*Of Counsel*
Elliot Richardson, Esq.
Robert Pantoga, Esq.

June 8, 2007                                          VIA FACSIMILE

Mr. Glenn Kevin Angel
Assistant Corporation Counsel
30 N. LaSalle St.
Chicago, IL 60602
(312) 744-6912 (fax)

Re: *Choyce v. Unknown Officers*, 07-cv-1790

Dear Mr. Angel:

The location of the incident was in front of two conjoined buildings, possibly houses serving as apartments. Thus, Plaintiff's son Cedric was arrested in front of 6512 and 6514 S. Rhodes Ave., Chicago, IL 60637. I will call you shortly to discern if this is sufficient.

Sincerely,

Matt Robison

155 North Michigan, Suite 723      Phone: 312-616-4433      lobh@att.net
Chicago, Illinois 60601            Fax: 312-565-7173