# EXHIBIT D

# LAW OFFICES OF BLAKE HORWITZ

Blake Horwitz, Esq.

*Associates*
Amanda S. Yarusso, Esq.
Tali K. Albukerk, Esq.
Matthew C. Robison, Esq.

*Legal Assistants*
Emily E. Schnidt   Jasmyn G. Smith
John C. Ochoa     Ra Chaka
Amy Spina

*Director of Research and Development*
Karen L. Horwitz

*Of Counsel*
Elliot Richardson, Esq.
Robert Pantoga, Esq.

June 20, 2007

VIA FACSIMILE & U.S. MAIL

J. Ernest Mincy, Esq.
Glenn Angel, Esq.
Assistant Corporation Counsel
30 N. LaSalle St., Suite 1610
Chicago, IL 60602
(312) 744-6912 (fax)

Re: *Choyce v. Unknown Officers;* 07-C-1790

Dear Mr. Mincy:

This confirms our telephone conversation yesterday in which you stated that the production of the officers' names in this case will have to wait until Mr. Angel returns to the office. His voicemail states that he is out of the office until July 2, so, as I explained, I will file a motion with the Court for additional time to name the officers. The current deadline to discovery the names and amend the complaint is June 29, 2007.

Sincerely,

Amanda S. Yarusso

**PLAINTIFF'S EXHIBIT B**

155 North Michigan, Suite 723
Chicago, Illinois 60601

Phone: 312-616-4433
Fax: 312-565-7173

lobh@att.net



# hp LaserJet *3015*

Law Offices of Blake Horwitz
312-565-7173
Jun-20-2007    5:03PM

| Fax Call Report | | | | | | | |
|---|---|---|---|---|---|---|---|
| Job | Date | Time | Type | Identification | Duration | Pages | Result |
| 89 | 6/20/2007 | 5:02:14PM | Send | 744-6912 | 1:20 | 1 | OK |

---

## LAW OFFICES OF BLAKE HORWITZ

Blake Horwitz, Esq.

*Associates*
Amanda S. Yarusso, Esq.
Tali K. Albukerk, Esq.
Matthew C. Robison, Esq.

*Legal Assistants*
Emily E. Schmidt      Jasmyn G. Smith
John C. Ochoa         Ra Chaka
Amy Spina

*Director of Research and Development*
Karen L. Horwitz

*Of Counsel*
Elliot Richardson, Esq.
Robert Pantoga, Esq.

June 20, 2007                                VIA FACSIMILE & U.S. MAIL

J. Ernest Mincy, Esq.
Glenn Angel, Esq.
Assistant Corporation Counsel
30 N. LaSalle St., Suite 1610
Chicago, IL 60602
(312) 744-6912 (fax)

Re: *Choyce v. Unknown Officers*; 07-C-1790

Dear Mr. Mincy:

This confirms our telephone conversation yesterday in which you stated that the production of the officers' names in this case will have to wait until Mr. Angel returns to the office. His voicemail states that he is out of the office until July 2, so, as I explained, I will file a motion with the Court for additional time to name the officers. The current deadline to discovery the names and amend the complaint is June 29, 2007.

Sincerely,

Amanda S. Yarusso

155 North Michigan, Suite 723        Phone: 312-616-4433        lobh@att.net
Chicago, Illinois 60601              Fax: 312-565-7173