# EXHIBIT E

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LILY CHOYCE, <br><br> Plaintiff, <br><br> v. <br><br> UNKNOWN OFFICERS and the CITY OF CHICAGO, <br><br> Defendants. | No. 07 CV 1790 <br><br> JUDGE DER-YEGHIAYAN |

## MOTION FOR EXTENSION OF TIME TO DISCOVER AND NAME DEFENDANT OFFICERS

NOW COMES the Plaintiff, by and through the LAW OFFICES OF BLAKE HORWITZ, LTD., and in support of this motion for extension of time, states the following:

On May 31, 2007, this Court granted Plaintiff thirty days to discover the names of the unknown defendant officers and file a motion to amend the complaint. On June 8, 2007, Plaintiff's counsel sent Glenn Angel, the attorney for the City of Chicago, the necessary detailed information to identify the officers. (See Exhibit A.) On June 19, 2007, Plaintiff's counsel, Amanda Yarusso, called Mr. Angel to follow-up on the identification of the officers and heard Mr. Angel's voicemail stating he was out of the office until July 2, 2007. Ms. Yarusso then spoke to an assistant (as directed by the voicemail) regarding the issue. Ms. Yarusso later received a phone call from J. Ernest Mincy, another City of Chicago municipal defense attorney, who stated that the identification of the officers would have to wait until Mr. Angel returned, although Mr. Mincy beleived that Mr. Angel had requested the necessary documents. (See Exhibit B.) Because Mr. Angel will not return to the office until after the current deadline for the Plaintiff to discover the names and move to amend the complaint, Plaintiff requests additional

1

2

time to do so.  Plaintiff was not able to contact the defense counsel (Mr. Mincy) to determine if this motion is unopposed.

WHEREFORE, Plaintiff requests until July 16, 2007 to discover the names of the unknown officers and file a motion to amend the complaint accordingly.

> Respectfully submitted,
>
> s/ Amanda S. Yarusso
> Attorney for the Plaintiff
> Amanda S. Yarusso

**THE LAW OFFICES OF BLAKE HORWITZ, LTD.**
155 N. Michigan Ave., Suite 723
Chicago, IL  60601
(312) 616-4433
(312) 565-7173 (Fax)

# LAW OFFICES OF BLAKE HORWITZ

Blake Horwitz, Esq.

*Associates*
Amanda S. Yarusso, Esq.
Tali K. Albukerk, Esq.
Matthew C. Robison, Esq.

*Legal Assistants*
Emily E. Schnidt    Jasmyn G. Smith
John C. Ochoa       Ra Chaka
Amy Spina

*Director of Research and Development*
Karen L. Horwitz

*Of Counsel*
Elliot Richardson, Esq.
Robert Pantoga, Esq.

June 8, 2007                                                VIA FACSIMILE

Mr. Glenn Kevin Angel
Assistant Corporation Counsel
30 N. LaSalle St.
Chicago, IL 60602
(312) 744-6912 (fax)

Re: *Choyce v. Unknown Officers,* 07-cv-1790

Dear Mr. Angel:

The location of the incident was in front of two conjoined buildings, possibly houses serving as apartments. Thus, Plaintiff's son Cedric was arrested in front of 6512 and 6514 S. Rhodes Ave., Chicago, IL 60637. I will call you shortly to discern if this is sufficient.

Sincerely,

Matt Robison

PLAINTIFF'S EXHIBIT
A

155 North Michigan, Suite 723    Phone: 312-616-4433    lobh@att.net
Chicago, Illinois 60601          Fax: 312-565-7173

# hp LaserJet 3015



Law Offices of Blake Horwitz
312-565-7173
Jun-8-2007    1:04PM

## Fax Call Report

| Job | Date | Time | Type | Identification | Duration | Pages | Result |
|---|---|---|---|---|---|---|---|
| 973 | 6/ 8/2007 | 1:04:07PM | Send | 7446912 | 0:36 | 1 | OK |

---

### LAW OFFICES OF BLAKE HORWITZ

Blake Horwitz, Esq.

*Associates*
Amanda S. Yarusso, Esq.
Tali K. Albukerk, Esq.
Matthew C. Robison, Esq.

*Legal Assistants*
Emily B. Schmidt   Jasmyn G. Smith
John C. Ochoa      Ra Chaka
Amy Spina

*Director of Research and Development*
Karen L. Horwitz

*Of Counsel*
Elliot Richardson, Esq.
Robert Pantoga, Esq.

June 8, 2007                                         VIA FACSIMILE

Mr. Glenn Kevin Angel
Assistant Corporation Counsel
30 N. LaSalle St.
Chicago, IL 60602
(312) 744-6912 (fax)

Re: *Choyce v. Unknown Officers*, 07-cv-1790

Dear Mr. Angel:

The location of the incident was in front of two conjoined buildings, possibly houses serving as apartments. Thus, Plaintiff's son Cedric was arrested in front of 6512 and 6514 S. Rhodes Ave., Chicago, IL 60637. I will call you shortly to discern if this is sufficient.

Sincerely,

*/s/ Matt Robison*
Matt Robison

155 North Michigan, Suite 723        Phone: 312-616-4433        lobh@att.net
Chicago, Illinois 60601              Fax: 312-565-7173

# LAW OFFICES OF BLAKE HORWITZ

Blake Horwitz, Esq.

*Associates*
Amanda S. Yarusso, Esq.
Tali K. Albukerk, Esq.
Matthew C. Robison, Esq.

*Legal Assistants*
Emily E. Schnidt     Jasmyn G. Smith
John C. Ochoa        Ra Chaka
Amy Spina

*Director of Research and Development*
Karen L. Horwitz

*Of Counsel*
Elliot Richardson, Esq.
Robert Pantoga, Esq.

June 20, 2007

VIA FACSIMILE & U.S. MAIL

J. Ernest Mincy, Esq.
Glenn Angel, Esq.
Assistant Corporation Counsel
30 N. LaSalle St., Suite 1610
Chicago, IL 60602
(312) 744-6912 (fax)

Re: *Choyce v. Unknown Officers;* 07-C-1790

Dear Mr. Mincy:

This confirms our telephone conversation yesterday in which you stated that the production of the officers' names in this case will have to wait until Mr. Angel returns to the office. His voicemail states that he is out of the office until July 2, so, as I explained, I will file a motion with the Court for additional time to name the officers. The current deadline to discovery the names and amend the complaint is June 29, 2007.

Sincerely,

Amanda S. Yarusso

PLAINTIFF'S EXHIBIT B

155 North Michigan, Suite 723
Chicago, Illinois 60601

Phone: 312-616-4433
Fax: 312-565-7173

lobh@att.net

# hp LaserJet 3015



Law Offices of Blake Horwitz
312-565-7173
Jun-20-2007   5:03PM

## Fax Call Report

| Job | Date | Time | Type | Identification | Duration | Pages | Result |
|---|---|---|---|---|---|---|---|
| 89 | 6/20/2007 | 5:02:14PM | Send | 744-6912 | 1:20 | 1 | OK |

---

## LAW OFFICES OF BLAKE HORWITZ

Blake Horwitz, Esq.

*Associates*
Amanda S. Yarusso, Esq.
Tali K. Albukerk, Esq.
Matthew C. Robison, Esq.

*Legal Assistants*
Emily B. Schmidt    Jasmyn G. Smith
John C. Ochoa       Ra Chaks
Amy Spina

*Director of Research and Development*
Karen L. Horwitz

*Of Counsel*
Elliot Richardson, Esq.
Robert Pantoga, Esq.

June 20, 2007                                VIA FACSIMILE & U.S. MAIL

J. Ernest Mincy, Esq.
Glenn Angel, Esq.
Assistant Corporation Counsel
30 N. LaSalle St., Suite 1610
Chicago, IL 60602
(312) 744-6912 (fax)

Re: *Choyce v. Unknown Officers*; 07-C-1790

Dear Mr. Mincy:

This confirms our telephone conversation yesterday in which you stated that the production of the officers' names in this case will have to wait until Mr. Angel returns to the office. His voicemail states that he is out of the office until July 2, so, as I explained, I will file a motion with the Court for additional time to name the officers. The current deadline to discovery the names and amend the complaint is June 29, 2007.

Sincerely,

Amanda S. Yarusso

155 North Michigan, Suite 723        Phone: 312-616-4433        lobh@att.net
Chicago, Illinois 60601              Fax: 312-565-7173