# EXHIBIT F



JUL-03-2007 14:31 FROM:POLICE POL 7446912 TO:312 565 7173 P.2/14

City of Chicago
Richard M. Daley, Mayor

Department of Law

Mara S. Georges
Corporation Counsel

Police Policy Litigation Division
Suite 1610
30 North LaSalle Street
Chicago, Illinois 60602-2580
(312) 744-9010
(312) 744-6912 (FAX)
http://www.cityofchicago.org

*Via Facsimile (312) 565-7173*

July 3, 2007

Blake Horwitz
Amanda Yarusso
Law Offices of Blake Horwitz
155 N. Michigan Ave., Ste. 723
Chicago, IL 60601
(312) 616-4433

Re: Choyce v. Unknown Officers, 07 C 1790

Dear Counsel:

Based upon the information that was provided to me by Matt Robison from your office last month, please find enclosed a copy of the arrest report and case report for the incident involving the plaintiff's son, Cedric Choyce, on September 9, 2006 at 6511 S. Rhodes. Also enclosed is a copy of his criminal history report.

Sincerely,

Glenn Angel
Assistant Corporation Counsel
(312) 744-6922




FINAL APPROVAL

CB #: 16654462
IR #: 1421228
YD #:
RD #: HM591786
EVENT #: 0625217859

CHICAGO POLICE DEPARTMENT

# ARREST REPORT

3510 S. Michigan Avenue, Chicago, Illinois 60653
(For use by Chicago Police Department Personnel Only)
CPD-11.420C(REV. 6/30)

ARREST REPORTING

OFFENDER

Name: CHOYCE, Cedric L
Res: 6530 S Rhodes Ave, Chicago, IL 60637 — Beat: 321
Empl: Monoray Security
DOB: 23 February 1984
AGE: 22 years
POB: Illinois
SSN: 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
ARMED WITH

Male
Black
5' 07"
130 lbs
Brown Eyes
Black Hair
Braids Hair Style
Medium Complexion

ARREST DETAILS

Arrest Date: 09 September 2006 21:15 — TRR Completed?: No
Location: 6511 S Rhodes Ave, Chicago, IL 60637 — Beat: 321
304 - Street
Holding Facility: District 003 Lockup
Resisted Arrest? No

Total No Arrested: 2
Co-Arrests: 16654291
Assoc Cases
Dependent Children? No
DCFS Ward ? No

CHARGES

Victim

1 Offense As Cited 720 ILCS 5.0/12-3-A-1
BATTERY - CAUSE BODILY HARM
Class A - Type M

RECOVERED NARCOTICS

NO NARCOTICS RECOVERED

WARRANT

NO WARRANT IDENTIFIED

IR # 1421228 CB # 16654462

CB #: 16654482

Chicago Police Department - ARREST Report

CHOYCE, Cedric

ARREST REPORTING

VICTIM AND COMPLAINANT

Name: FRIAR, Mark L PO#11654

Male
Black
DOB:
Age:

Injured? No Deceased? No

Hospitalized? No

Treated and Released? No

Comments: The Above Victim Is A P/O #11654.

ARRESTEE VEHICLE

NO ARRESTEE VEHICLE INFORMATION ENTERED

PROPERTIES

Confiscated Properties :

All confiscated properties are recorded in the e-Track System. This system can be queried by the inventory number to retrieve all official court documents related to evidence and/or recovered properties.

PROPERTIES INFORMATION FOR CHOYCE, Cedric, NOT AVAILABLE IN THE AUTOMATED ARREST SYSTEM.

INCIDENT NARRATIVE

(The facts for probable cause to arrest AND to substantiate the charges include, but are not limited to, the following)

#17859 WHILE IN THE PROCESS OF TRYING TO AFFECT AN ARREST OF THE RELATED EVENT THE ABOVE OFFENDER ATTACKED THE ABOVE STATED COMPLAINT BY JUMPING ON THE BACK OF ABOVE COMPLAINTANT WHO IN TURN DEFENDED HIMSELF AND TOOK THE OFFENDER INTO CUSTODY. THE ABOVE WAS THEN READ MIRANDA AND TRANPORTED TO 003 DISTRICT NAME CHECK AND ALERT CLEAR.

COURT INFO

Desired Court Date: 24 October 2006
Branch: 35-4 727 E 111TH ST - Room
Court Sgt Handle? No
Initial Court Date: 24 October 2006
Branch: 35-4 727 E 111TH ST - Room
Docket #:

BOND INFO

Bond Date: 10 September 2006 4:50
Type: Recognizance
Receipt #: 16223885
Amount: $1,000.00

CB #: 16654452

Chicago Police Department - ARREST Report

CHOYCE, Cedric

ARREST REPORTING

ATTESTING OFFICER

I hereby declare and affirm, under penalty of perjury, that the facts stated herein are accurate to the best of my knowledge, information and/or belief.

| | | | |
|---|---|---|---|
| Attesting Officer: | #7129 | JOHNSON, D F (PC0H144) | 10 SEP 2006 00:49 |

ARRESTING OFFICER(S)

| | | | Beat |
|---|---|---|---|
| 1st Arresting Officer: | #11654 | FRIAR, M L (PC0Y191) | 0352 |
| 2nd Arresting Officer: | #7129 | JOHNSON, D F (PC0H144) | 0352 |

APPROVING SUPERVISOR

| | | | |
|---|---|---|---|
| Approval of Probable Cause : | #376 | MC GUIRE, T J (PC0L712) | 10 SEP 2006 01:53 |

REDACTED

CB #: 16654462

Chicago Police Department - ARREST Report

CHOYCE, Cedric

## ARREST PROCESSING REPORT

Holding Facility: District 003 Lockup
Received In Lockup: 10 September 2006 01:59
Prints Taken: 10 September 2006 02:03
Palmprints Taken:
Photograph Taken: 10 September 2006 02:07
Released from Lockup: 10 September 2006 04:58

Time Last Fed:
Time Called: 10 September 2006 02:02 Phone#: REFUSED
Cell #: - Placed in one person cell
Transport Details : 1PO 0313 09-SEP-2006 21:20

## VISUAL CHECK OF ARRESTEE

| | |
|---|---|
| Is there obvious pain or injury? | No |
| Is there obvious signs of infection? | No |
| Under the influence of alcohol/drugs? | No |
| Signs of alcohol/drug withdrawal? | No |
| Appears to be despondent? | No |
| Appears to be irrational? | No |
| Carrying medication? | No |

## ARRESTEE QUESTIONNAIRE

| | |
|---|---|
| Presently taking medication? | No |
| (If female)are you pregnant? | |
| First time ever been arrested? | No |
| Attempted suicide/serious harm? | No |
| Serious medical or mental problems? | No |
| Are you receiving treatment? | No |

## RETURN TO HOLDING FACILITY COMMENTS

## QUESTIONNAIRE REMARKS

## LOCKUP KEEPER COMMENTS

## EMERGENCY CONTACT

Name : REFUSED

Res: Beat:

## INTERVIEW LOG

NO INTERVIEWS LOGGED

## VISITORS LOG

NO VISITORS LOGGED


CB #: 16654462

Chicago Police Department - ARREST Report

CHOYCE, Cedric

ARREST PROCESSING REPORT

MOVEMENT LOG INFORMATION NOT AVAILABLE

W/C COMMENTS

Watch Commander Comments:

REC W/O CHARGING

DOES NOT APPLY TO THIS ARREST

PROCESSING PERSONNEL

ARRESTEE PROCESSING PERSONNEL

| | | | Beat |
|---|---|---|---|
| Searched By: | #7947 | JORDAN JR, F (PC0E641) | |
| Lockup Keeper: | #10153 | SMITH, S (PC0L641) | |
| Fingerprinted By: | #7947 | JORDAN JR, F (PC0E641) | |

APPROVAL PERSONNEL

| | | | | Beat |
|---|---|---|---|---|
| Final Approval of Charges : | #376 | MC GUIRE, T J(PC0L712) | 10 SEP 2006 04:32 | |

CHICAGO POLICE — BATTERY 0460 SIMPLE — HM-591 766

| 4. Address of Occurrence (No., Dir., Street) | Apt. No. | 6. Fire Related | 5. Date of Occurrence – Time | 8. Beat of Occur. | 9. Beat/Unit Assi. |
|---|---|---|---|---|---|
| 6602 S. Rhodes | | ☐ Yes ☒ No | 09 Sep 06, 1845 | 312 | 632 |

| 8. Type of Location or Premise where offense occurred (give name of location if applicable) | 10. Location Code | 11. Date R.O. Arrived – Time | 12. Assigned By |
|---|---|---|---|
| Street | 304 | 09 Sept 06, 1900 | ☒ 1 C.O.S. ☐ 2 On View ☐ 3 Supervisor |

All information, descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

| 21. Name (Last–First–M.I.) | Identity Verified | 22. Home Address (No., Dir., Street, Apt. No.) | 23. Sex–Race–Age Code | 24. Home Phone | 25. Business Phone | 26. Time Avail. | 27. Occupation | 28. Injured Yes/No | 29. Vict. Rel. Code |
|---|---|---|---|---|---|---|---|---|---|
| Wolfe Sayonara | ☐ | 202 E. Garfield | F 1 15 | (773) 373 8039 | — | any | student | X | 24 |
| | ☐ | | | | | | | | |
| | ☐ | | | | | | | | |
| Parent/Guardian of Juvenile: Barnette Coretta | | 6501 S. Rhodes | F 1 39 | (312) 791-6497 | (773) 373-8039 | | | | |

Race Codes: 1-Black, 2-White, 3-Black-Hispanic, 4-White-Hispanic, 5-Asian/Pacific Islander, 6-American Indian/Alaskan Native

Offender/Victim Relationship Codes: 01-Wife, 02-Husband, 03-Common-Law Wife, 04-Common-Law Husband, 05-Mother, 06-Father, 07-Son, 08-Daughter, 09-Brother, 10-Sister, 11-Aunt, 12-Uncle, 13-Mother-in-Law, 14-Father-in-Law, 15-Son-in-Law, 16-Daughter-in-Law, 17-Brother-in-Law, 18-Sister-in-Law, 19-Other Relative, 20-Girlfriend/Boyfriend, 21-Caretaker, 22-Friend/Acquaintance, 23-Other-Specify, 24-Stranger

31. ☐ 1 Discovered ☒ 2 Witnessed ☐ 3 Reported Offense

| 32. Name | Address | 33. Sex–Race–Age | 34. Phone | 35. Business Phone |
|---|---|---|---|---|
| Victim Peris Evelyn | 6326 S. Paulina | F 1 09 | (773) 436-2612 | |
| Diablo Jamie | 6743 S. Loomis | F 1 26 | (773) DNA | DNA |

| 41. Offender's Name (or describe clothing, etc.) | 42. Above Address | 43. Sex–Race–Age | Height | Weight | Eyes | Hair | Compl. | Marks, Scars, etc. | 44. C.B./I.R. No. | 45. Offender Rel. Code |
|---|---|---|---|---|---|---|---|---|---|---|
| (1) Adams Artika S. | 404 E. 60th | F 1 14 | 5'5 | 125 | BRN | BRN | med | N/V | 16654240 | 34 |
| (2) Bradley Anthony J. | 404 E. 60th | M 1 16 | 5'4 | 115 | BRN | BLK | med | N/V | 16654303 | 24 |
| (3) Choice Cedric L. | 6530 S. Rhodes | M 1 22 | 5'7 | 130 | BRN | BLK | med | N/V | 16654462 | 24 |

51. Object/Weapon: ☒ 1 Used ☐ 2 Displayed ☐ 3 Unk. — ☐ 01 Hand Gun ☐ 02 Shotgun ☐ 03 Rifle ☐ 04 Knife ☐ 05 Vehicle ☐ 06 Blunt Instrument ☐ 07 Thrown Object ☐ 08 Explosive ☐ 09 Liquid/Gas ☐ 10 Bottle/Glass ☐ 11 Razor ☐ 12 Pry Tool ☒ 13 Hand, Feet ☐ 14 Other ☐ 18 DNA

52. Firearm Features: ☐ 01 Chrome/Nickel ☐ 02 Blue Steel ☐ 03 Short Barrel ☐ 04 Long Barrel ☐ 05 Sawed Off ☐ 36 Other ☐ 37 Unknown ☒ 38 DNA

53. Point/Entry: ☐ 01 Front Door ☐ 02 Rear Door ☐ 03 Window ☐ 04 Roof ☐ 05 Floor ☐ 06 Side Door ☐ 07 Other ☐ 08 Unknown ☒ 09 DNA

54. Point/Exit: ☐ 01 Front Door ☐ 02 Rear Door ☐ 03 Window ☐ 04 Roof ☐ 05 Floor ☐ 06 Side Door ☐ 07 Other ☐ 08 Unknown ☒ 20 DNA

55. Burglar Alarm: ☒ DNA — On Premise ☐ 1 Yes ☐ 2 No; Alarm Circumvented ☐ 1 Yes ☐ 2 No

56. Safe Burglary Method: ☐ 01 Punch ☐ 02 Torch ☐ 03 Explosive ☐ 04 Drill ☐ 05 Removed ☐ 06 Peel ☐ 07 Open ☐ 08 Unknown ☒ 09 DNA

57. If Residence, Where Were Occupants: ☐ 01 Work ☐ 02 Visiting ☐ 03 Vacation ☐ 04 Wedding ☐ 05 Funeral/Wake ☐ 06 Other ☐ 07 Unknown ☒ 09 DNA

58. Unusual Characteristics of Offense

59. Gang Related – Affiliation: ☐ Victim ☐ Offender

71. Describe Property in Narrative — T = Taken; R = Recovered

1 Money, 2 Jewelry, 3 Furs, 4 Clothing, 5 Office Equipmt., 6 TV, Radio, Stereo, 7 Household Goods, 8 Consum. Goods, 9 Firearms, 10 Narc/Dang. Drugs, 11 Other, 12 Vehicle — ☐ T $ ☐ R

72. Vehicle/Trailer: ☐ Stolen ☐ Theft From ☐ Offender's — Year, Make, Body Style, Color, V.I.N., State License No., State, Expir. Mo/Yr

73. Property Inventory No(s).: C.B. #16654291

74. Veh. Inventory No.

75. Narrative (Do not duplicate or repeat information — for explanation or additional information only): (4) 4/1/15 Dom-Nisuz 1130 E. 60th Apt 201 7/1/18 5'3 130 BRN BRN med N/V 24

EV# 17859 In Custody Box 40, Charges: ILCS 5/12-3(a)(1) Battery Simple. OFF¹, OFF² 720 ILCS 5/21-1(a) CDTP, Court Info to TOT. OFF 3+4 In Custody Box 40, Charges 720 ILCS 5/12-4(b)(6) Agg Bat.

81. Sobriety of Victim: ☐ 1 Sober ☐ 2 ...

83. Flash Message Sent: ☐ 1 Yes ☒ 2 No

81. Extra Copies Required: ☒ Normal — ☒ Cont'd. Other Side

82. Officer Notifying Follow-up Invest. Unit — Unit Notified, Person ☐ Notified ☐ Arrived, Date (Day-Mo-Yr), Time

84. Officer Notifying ☐ 1st DS ☐ E.T. ☐ M.S. — Person ☐ Notified ☐ Arrived, Date (Day-Mo-Yr), Time

85. First Officer at Scene

87. Reporting Officer's Name (Print): Mar — Star No. 16 54 — Officer's Signature: [illegible]

88. Reporting Officer's Name (Print): John Sm — Star No. 7129 — Officer's Signature: Johnson

Date Invest. Completed – Time: 09 Sep 2006 0230

91. Supervisor Approving (Print Name): Sgt. Natali — Star No. 908 — Approval Signature: [illegible]

Date Approved: 10 Sep 06 — Time: 2330

Summary: R/O's was called of thirty people fighting in the street victim related that she was walking to the store. Offender #1 stated, "What up Bitch." Offender then struck victim in the face. Both party started fighting in front of the store. Victim then went home after the fight to notified parent who called police. R/O's arrived on the scene and observed

toward victim residence at 6501 S. Rhodes. Offender #2 pickup unk object and broke front window. Offender then tried ~~the~~ location. R/O's used reasonable force to make the Arrest. While A/O's was making the arrest Offender #3 +4 started fighting with officer Mark Friar #11654. Offender #3 was on his back and offender #4

I HAVE REVIEWED THIS REPORT AND BY MY SIGNATURE INDICATE THAT IT IS ACCEPTABLE. | SUPERVISOR'S SIGNATURE [signature] 988 | DATE (DAY-MO-YR) 70 3

FOR USE BY BUREAU OF INVESTIGATIVE SERVICES ONLY

OFFENSE CODE — ☐1 CORRECT ☐2 REVISED | REV. CODE | MAJOR METHOD CODE | METHOD ASSIGNED ☐1 FIELD ☐2 ADMIN. ☐3 SUMMARY | UNIT NO. | OFFICER ASSIGNED STAR NO. | DATE ASSIGNED | SUPV. STAR NO. | INVESTIGATIVE FILE ☐1 YES ☐2 NO | REASSIGNED ☐1 YES ☐2 NO

OFFICER REASSIGNED — STAR NO. | DATE | STATUS ☐0 PROGRESS ☐1 SUSPENDED ☐2 UNFOUNDED ☐3 CLEARED CLOSED ☐4 CLEARED OPEN ☐5 EXC. CLRD. CLOSED ☐6 EXC. CLEARED OPEN ☐7 CLOSED—NON-CRIMINAL | IF CASE IS CLEARED, NOW CLEARED (USE THIS BOX FOR SINGLE CLEAR UP OR FIRST CLEAR UP OF MULTIPLE CLEAR UP LIST) ☐1 ARREST & PROSECUTION ☐2 DIRECTED TO FAMILY COURT ☐3 COMPL. REFUSED TO PROSECUTE ☐4 COMMUNITY ADJUSTMENT ☐5 OTHER EXCEPTIONAL | ☐ADULT ☐JUV.

VICTIM IDENTIFIERS ☐1 CORRECT ☐2 REVISED | VICTIM NO | REVISED NAME | REVISED ADDRESS | REVISED PHONE NO. ☐HOME ☐BUSINESS

VALUE OF PROPERTY TAKEN/RECOVERED ☐1 ONLY ☐2 VERIFIED ☐3 CORRECTED | FILL IN THE FULL AMOUNT OF ONLY THOSE VALUES WHICH EITHER DIFFER FROM OR WERE NOT REPORTED ON THE REVERSE, THE NARRATIVE OR A SUPPLEMENTARY REPORT.

MONEY ☐T $ ☐R | 2 JEWELRY ☐T $ ☐R | 3 FURS ☐T $ ☐R | 4 CLOTHING ☐T $ ☐R | 7 OFFICE EQUIPMENT ☐T $ ☐R | 8 TV, RADIO, STEREO ☐T $ ☐R | 9 HOUSEHOLD GOODS ☐T $ ☐R | 10 CONSUM. GOODS ☐T $ ☐R | 11 FIREARMS ☐T $ ☐R | 14 NARC/DANG. DRUGS ☐T $ ☐R | 15 OTHER ☐T $ ☐R | 16 NONE ☐T ☐R

SERIAL NOS. OR IDENTIFICATION NOS. ☐1 ONLY ☐2 VERIFIED ☐3 CORRECTED | LIST ALL CORRECTIONS & NEW OR ADDITIONAL NOS. OBTAINED

REMARKS (PERTINENT INFORMATION NOT ON ORIGINAL REPORT)

PREPARED BY — SIGNATURE | STAR NO. | DATE (DAY-MO-YR) | APPROVED BY — SIGNATURE | STAR NO. | DATE (DAY-MO-YR)

# GENERAL OFFENSE CASE REPORT CHICAGO POLICE

| Field | Entry |
|---|---|
| 1. Offense/Incident – Primary Classification | Battery |
| IUCR Off. Code | 0460 |
| 2. Secondary Classification | Simple |
| RD No. | HM-591 186 |
| 3. Address of Occurrence / Street | 602 E Rhodes |
| 5. Fire Related | ☐ Yes ☒ No |
| 4. Date of Occurrence / Time | 9 Sept 06 1945 |
| Beat of Occur. | 312 |
| Beat/Unit Assigned | 352 |
| 6. Type of Location or Premise Where Offense Occurred | Street |
| 10. Location Code | 304 |
| 11. Date/Time Arrived | 9 Sept 06 1900 |
| 12. Assigned By | ☐ 2 On View ☐ 3 Supervisor ☒ CDS |

All information, descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

| Victims | 21. Name (Last-First-M.I.) | Ident-ity Verified | 22. Home Address (No., Dir., Street, Apt. No.) | 23. Sex-Race-Age Code | 24. Home Phone | 25. Business Phone | 26. Time Avail. | 27. Occupation | 28. Injured Yes/No | 29. Victim Rel. |
|---|---|---|---|---|---|---|---|---|---|---|
| | Wolfe Sayonkiro | ☐ | 202 E Garfied | 7 1 15 | 1 773 373 8037 | — | any | Student | X | 2? |
| Parent/Guardian, if Juvenile | Barnette Corella | | 6501 S. Rhodes | 7 1 39 | 312 791-6147 | 773 373 8039 | | | | |

37. ☐ 1 Discovered ☐ 2 Witnessed ☐ 3 Reported Offense

41. Offender's Name (or Describe Clothing, etc.) | 42. Home Address | 43. Sex-Race-Age Code | Height | Weight | Eyes | Hair | Compl. | Marks, Scars, etc. | 44. C.B./I.R. No.

51. Object/Weapon ☐ 1 Used ☐ 2 Displayed ☐ 3 Unk — 52. Firearm Features — 63. Point/Entry — 64. Point/Exit — 65. Burglar Alarm — 66. Safe Burglary Method — 67. If Residence, Where Were Occupants — 68. Unusual Characteristics of Offense — 69. Gang Related – Affiliation

71. Describe Property in Narrative (T = Taken; R = Recovered)

72. Vehicle/Trailer ☐ Stolen ☐ Theft From ☐ Offender's — Year — Make — Body Style/Color — V.I.N. — State License No. — State — Expir. Mo/Yr — 73. Property Inventory Nos. — 74. Veh. Inventory No.

Narrative: EV477859, started struck was officer with her hand, BI 310 arrived on the scene with other unit and place offender into custody. R/O's read there rights from pre-printed card and transported to third district for processing. A/2VC Notified

81. Sobriety of Victim ☐ Sober
82. Flash Message ☐ Yes

91. Extra Copies Required ☒ Normal
92. First Officer at Scene: ☒ Contd. Other Side ☒ No
93. Officer Notifying Follow-up Investig. Unit

| | Name (Print) | Star No. | Officer's Signature |
|---|---|---|---|
| 95. Reporting Officer's Name | D Johnson | 7129 | D Johnson |
| 96. Reporting Officer's Name | M Friar | 11654 | M Friar |

Date/Time Report Completed: 10 Sep 06, 0230

97. Supervisor Approving (Print Name): Sgt. Nolton — Star No. 987
Approval Signature: [signature]
Date Approved – Time: 10 Sep 06 23?

~~at 0345 HRS ... "vo's~~ HM-541786

~~Court Info Offender 3+4~~

~~24 OCT 06 35-11 Charges~~

~~720 ILCS 5/12-3(a)(1) Battery~~

~~Simple~~

I HAVE REVIEWED THIS REPORT AND BY MY SIGNATURE INDICATE THAT IT IS ACCEPTABLE. | SUPERVISOR'S SIGNATURE | DATE (DAY-MO-YR.)

FOR USE BY BUREAU OF INVESTIGATIVE SERVICES ONLY

| OFFENSE CODE – ☐1 CORRECT ... REVISED | REV. CODE | I-UCR METHOD CODE | METHOD ASSIGNED ☐1 FIELD ☐2 ADMIN. ☐3 SUMMARY | UNIT NO. | OFFICER ASSIGNED STAR NO. | DATE ASSIGNED | SUPV. STAR NO. | INVESTIGATIVE FILE ☐1 YES ☐2 NO | REASSIGNED ☐1 YES ☐2 NO |
|---|---|---|---|---|---|---|---|---|---|

WHEN REASSIGNED – DATE | STATUS ☐0 PROGRESS ☐1 SUSPENDED ☐2 UNFOUNDED ☐3 CLEARED CLOSED ☐4 CLEARED OPEN ☐5 EXC. CLRD. CLOSED ☐6 EXC. CLEARED OPEN ☐7 CLOSED—NON CRIMINAL | IF CASE IS CLEARED, NON CLEARED USE THIS BOX FOR SINGLE CLEAR UP OR FIRST CLEAR UP OF MULTIPLE CLEAR UP LIST: ☐1 ARREST & PROSECUTION ☐2 DIRECTED TO FAMILY COURT ☐3 COMPL. REFUSED TO PROSECUTE ☐4 COMMUNITY ADJUSTMENT ☐5 OTHER EXCEPTIONAL | ☐ADULT ☐JUV.

IDENTIFIERS ☐1 CORRECT ... REVISED | VICTIM NO. | REVISED NAME | REVISED ADDRESS | REVISED PHONE NO. ☐HOME ☐BUSINESS

... OF PROPERTY TAKEN/RECOVERED ☐1 ONA ☐2 VERIFIED ☐3 CORRECTED | FILL IN THE FULL AMOUNT OF ONLY THOSE VALUES WHICH EITHER DIFFER FROM OR WERE NOT REPORTED ON THE REVERSE, THE NARRATIVE OR A SUPPLEMENTARY REPORT.

| 12 JEWELRY | 13 FURS | 14 CLOTHING | 17 OFFICE EQUIPMT. | 8 TV, RADIO, STEREO | 18 HOUSEHOLD GOODS | 13 CONSUM. GOODS | 11 FIREARMS | 14 NARCO/DANG. DRUGS | 16 OTHER | 19 NONE |
|---|---|---|---|---|---|---|---|---|---|---|
| ☐T $ ☐R | ☐T $ ☐R | ☐T $ ☐R | ☐T $ ☐R | ☐T $ ☐R | ☐T $ ☐R | ☐T $ ☐R | ☐T $ ☐R | ☐T $ ☐R | ☐T $ ☐R | ☐T $ ☐R |

NOS. OR IDENTIFICATION NOS: ☐1 ONA ☐2 VERIFIED ☐3 CORRECTED | LIST ALL CORRECTIONS & NEW OR ADDITIONAL NOS. OBTAINED

SUPPLEMENTARY INFORMATION NOT ON ORIGINAL REPORT

X X

| PREPARED BY – SIGNATURE | STAR NO. | DATE (DAY-MO-YR.) | APPROVED BY – SIGNATURE | STAR NO. | DATE (DAY-MO-YR.) |
|---|---|---|---|---|---|
| [signature] 10 |  |  |  |  |  |

JUL-03-2007 14:33 FROM:POLICE POL          7446912           TO:312 565 7173       P.12/14

07/03/2007 12:02 FAX            LEGAL AFFAIRS                            007

hicago Police Department on 03-JUL-2007 12:45 by ▓▓▓▓▓ for IR # 1421228          Page 1 of 3



## CHICAGO POLICE DEPARTMENT
3510 South Michigan Avenue/Chicago, Illinois 60653
Identification Section

### CRIMINAL HISTORY REPORT



CPD-31903C (REV 7/04)

**CHOYCE, CEDRIC L**
IR #    1421228
SID #
FBI #
IDOC #

Current Arrest Information:

| | | |
|---|---|---|
| Date of Birth: | 23-FEB-1984 | |
| Age: | 22 years | |
| Place of Birth: | ILLINOIS | |
| SSN #: | | |
| Drivers License #: | | |
| Drivers Lic. State: | | |
| Scars, Marks & Tattoos: | | |

CPD photo
MALE
BLACK
5'07"
130 lbs
EYES : BRO
HAIR : BLK
HAIR STYLE : BRDS
COMPLEXION : MED

Key Historical Identifiers:

| Alias or AKA used | Date Used | Dates of Birth Used | Social Security Numbers Used |
|---|---|---|---|
| CHOYCE, CEDRIC L | 26-AUG-2003 | 23-FEB-1984 | 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 |
| CHOYCE, CEDRIC L | 31-MAY-2001 | 23-FEB-1984 | Not Available |

Criminal Justice Summary: Total arrests: 5 (0 Felony, 4 Misdemeanor)         Total convictions: 0

═══════════════════════════ ARREST ═══════════════════════════

| | | | | | |
|---|---|---|---|---|---|
| Arrest Name: | CHOYCE, CEDRIC L | Arrest Date: | 09-SEP-2006 | Holding Facility: | CPD - DISTRICT 003 |
| Date of Birth: | 23-FEB-1984 | Arrest Address: | 6511 S RHODES AVE CHICAGO, IL 60637 | | |
| DCN or CB: | 016854402 | Residence: | 6530 S RHODES AVE CHICAGO, IL 60637 | | |
| Officer: | FRIAR | Officer Badge#: | 11654 | Arresting Agency: | CPD |

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | A | M | 720 ILCS 5.0/12-3-A-1 | Battery - Cause Bodily Harm | OFFENSE AS CITED |

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 720-5/12-3-A-1 | BATTERY - CAUSE BODILY HA | M | 06129505201 |

Disposition: STRICKEN FROM DOCKET WITH LEAVE TO REINSTATE      Disposition Date: 24-OCT-2006
Sentence:                                                        Sentence Date:

═══════════════════════════ ARREST ═══════════════════════════

| | | | | | |
|---|---|---|---|---|---|
| Arrest Name: | CHOYCE, CEDRIC L | Arrest Date: | 22-APR-2006 | Holding Facility: | CPD - DISTRICT 003 |
| Date of Birth: | 23-FEB-1984 | Arrest Address: | 6409 S ELLIS AVE CHICAGO, IL 60637 | | |

http://chris.chicagopolice.local/pls/clear/law_rapsheet_cpd.show_html?p=fu23GHvAwHY3KIWHT3Eap5...   7/3/2007

JUL-03-2007 14:33 FROM:POLICE POL          7446912              TO:312 565 7173       P.13/14
07/03/2007 12:03 FAX            LEGAL AFFAIRS                                          ☒008

Chicago Police Department on 03-JUL-2007 12:45 by ▓▓▓▓ for IR # 1421228          Page 2 of 3

| | |
|---|---|
| CN or CB: 016514273 | Residence: 4062 W 115TH ST CHICAGO, IL 60655 |
| Officer: MCFADDEN | Officer Badge#: 5881    Arresting Agency: CPD |

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | L | | 8-4-030 | Drinking Alcohol On The Public Way | |

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 8-4-030 | DRINKING ALCOHOL ON THE P | M | 06122083501 |

Disposition: NON-SUIT                                Disposition Date: 05-JUN-2006
Sentence:                                            Sentence Date:

━━━━━━━━━━━━━━━ ARREST ━━━━━━━━━━━━━━━

| | |
|---|---|
| Arrest Name: CHOYCE, CEDRIC L | Arrest Date: 15-APR-2006   Holding Facility: CPD - DISTRICT 004 |
| Date of Birth: 23-FEB-1984 | Arrest Address: 7700 S COLES AVE CHICAGO, IL 60649 |
| DCN or CB: 016500883 | Residence: 6530 S RHODES AVE CHICAGO, IL 60637 |
| Officer: HODGES | Officer Badge#: 15929    Arresting Agency: CPD |

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | C | M | 720 ILCS 550.0/4-A | Cannabis - Possess Less Than 2.5 Grms | OFFENSE AS CITED |

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 720-550/4-A | CANNABIS - POSSESS LESS T | M | 06122026701 |

Disposition: STRICKEN FROM DOCKET WITH LEAVE TO REINSTATE    Disposition Date: 08-JUN-2006
Sentence:                                                    Sentence Date:

━━━━━━━━━━━━━━━ ARREST ━━━━━━━━━━━━━━━

| | |
|---|---|
| Arrest Name: CHOYCE, CEDRIC L | Arrest Date: 26-AUG-2003   Holding Facility: CPD - DISTRICT 003 |
| Date of Birth: 23-FEB-1984 | Arrest Address: 6500 S MARYLAND AVE CHICAGO, IL 60637 |
| DCN or CB: 015564215 | Residence: 15154 SUNSET DR DOLTON, IL |
| Officer: ELLISON | Officer Badge#: 18456    Arresting Agency: CPD |

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | A | M | 720 ILCS 5.0/24-3.1-A-1 | Uuw - Unlawful Possess Firearm <18 | |

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 720-5/24-3.1-A-1 | UUW - UNLAWFUL POSSESS FI | 1 | 20031288696 |

Disposition: SENTENCED/COURT SUPERVISION              Disposition Date: 17-SEP-2003
Sentence: SUPERVISION 000 YEARS 06 MONTHS 000 DAYS    Sentence Date: 17-SEP-2003

━━━━━━━━━━━━━━━ ARREST ━━━━━━━━━━━━━━━

| | |
|---|---|
| Arrest Name: CHOYCE, CEDRIC L | Arrest Date: 31-MAY-2001   Holding Facility: CPD - DISTRICT 005 MALE |
| Date of Birth: 23-FEB-1984 | Arrest Address: 11335 S CHURCH ST CHICAGO, IL 60643 |
| DCN or CB: 014802046 | Residence: 4062 W 115 ST CHICAGO, IL 60655 |
| Officer: WASZAK | Officer Badge#: 19258    Arresting Agency: CPD |



City of Chicago
Richard M Daley, Mayor

Department of Law

Mara S Georges
Corporation Counsel
POLICE POLICY DIVISION
30 North LaSalle Street
Suite 1610
Chicago, Illinois 60602

(312) 744-6912(FAX)
http://www.cityofchicago.org

# FAX COVER SHEET

## City of Chicago - Department of Law
## Police Policy Litigation Division

30 North LaSalle Street
Suite 1610
Chicago, Illinois 60602

TO: Blake Horwitz / Amanda Yonsso

DATE: 7-3-07 FAX # 312/565-7173

FROM: Glenn Angel

DIRECT #: #PAGES: 13 to follow

SUBJECT: Choyce, 07-1790

COMMENTS:

**IMPORTANT: THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original message to us at the above address via United States Postal Service. Thank you.**