# EXHIBIT I

# LAW OFFICES OF BLAKE HORWITZ

Blake Horwitz, Esq.

*Associates*
Amanda S. Yarusso, Esq.
Tali K. Albukerk, Esq.
Matthew C. Robison, Esq.

*Legal Assistants*
Emily E. Schnidt     Jasmyn G. Smith
John C. Ochoa        Ra Chaka
Amy Spina

*Director of Research and Development*
Karen L. Horwitz

*Of Counsel*
Elliot Richardson, Esq.
Robert Pantoga, Esq.

July 24, 2007                                            VIA FACSIMILE & U.S. MAIL

Glenn Angel, Esq.
Assistant Corporation Counsel
30 N. LaSalle St., Suite 1610
Chicago, IL 60602
(312) 744-6912 (fax)

Re: *Choyce v. Unknown Officers;* 07-C-1790

Dear Mr. Angel:

I have received all of the additional documents you sent regarding the incident that is the subject of this lawsuit, i.e. the A and A sheets and the Area Report. Unfortunately, neither of these documents can clearly identify the other officers present at the arrest/scene of the incident. Specifically, the arrest report clearly states that "BT 312 arrived on the scene with other unit and place [sic] offender into custody." It does not identify the individual officers of BT 312 or the other unit. The area report also does not identify any further officers. Furthermore, the arrest report identifies 1PO 0313 that transported Cedric Choyce. It is not proper for Plaintiff's counsel to peruse the A and A sheets to discern which of these individuals was present at the scene. It is up to the Defendant's counsel to determine which officers were present, making direct inquiries if necessary. I have tried to call you several times to discuss this (today, yesterday, last week), but have not gotten a return call. Hence, I will amend the complaint with the two clearly identifiable officers and bring the issue regarding the remaining officers to the Court's attention. I hope we can cooperate in determining the remaining individual officers present.

Sincerely,

Amanda S. Yarusso

155 North Michigan, Suite 723        Phone: 312-616-4433        lobh@att.net
Chicago, Illinois 60601              Fax: 312-565-7173

# hp LaserJet *3015*

Law Offices of Blake Horwitz
312-565-7173
Jul-24-2007    1:39PM



## Fax Call Report

| Job | Date | Time | Type | Identification | Duration | Pages | Result |
|-----|------|------|------|----------------|----------|-------|--------|
| 525 | 7/24/2007 | 1:38:16PM | Send | 744-6912 | 0:44 | 1 | OK |

---

## LAW OFFICES OF BLAKE HORWITZ

Blake Horwitz, Esq.

*Associates*
Amanda S. Yarusso, Esq.
Tali K. Albukerk, Esq.
Matthew C. Robison, Esq.

*Legal Assistants*
Emily E. Schmidt    Jasmyn G. Smith
John C. Ochoa       Ra Chaka
Amy Spina

*Director of Research and Development*
Karen L. Horwitz

*Of Counsel*
Elliot Richardson, Esq.
Robert Pantoga, Esq.

July 24, 2007

VIA FACSIMILE & U.S. MAIL

Glenn Angel, Esq.
Assistant Corporation Counsel
30 N. LaSalle St., Suite 1610
Chicago, IL 60602
(312) 744-6912 (fax)

Re: *Choyce v. Unknown Officers*; 07-C-1790

Dear Mr. Angel:

I have received all of the additional documents you sent regarding the incident that is the subject of this lawsuit, i.e. the A and A sheets and the Area Report. Unfortunately, neither of these documents can clearly identify the other officers present at the arrest/scene of the incident. Specifically, the arrest report clearly states that "BT 312 arrived on the scene with other unit and place [sic] offender into custody." It does not identify the individual officers of BT 312 or the other unit. The area report also does not identify any further officers. Furthermore, the arrest report identifies 1PO 0313 that transported Cedric Choyce. It is not proper for Plaintiff's counsel to peruse the A and A sheets to discern which of these individuals was present at the scene. It is up to the Defendant's counsel to determine which officers were present, making direct inquiries if necessary. I have tried to call you several times to discuss this (today, yesterday, last week), but have not gotten a return call. Hence, I will amend the complaint with the two clearly identifiable officers and bring the issue regarding the remaining officers to the Court's attention. I hope we can cooperate in determining the remaining individual officers present.

Sincerely,

Amanda S. Yarusso

155 North Michigan, Suite 723    Phone: 312-616-4433    lobh@att.net
Chicago, Illinois  60601         Fax: 312-565-7173