# EXHIBIT J

Received Fax :        Jul 24 2007 3:24PM    Fax Station :  Law Offices of Blake Horwitz      P. 1
Case 1:08-cv-00202    Document 38    Filed 07/10/2008    Page 2 of 3

JUL-24-2007 15:17 FROM:POLICE POL          7446912          TO:312 565 7173      P.1/2



**City of Chicago**
**Richard M. Daley, Mayor**

**Department of Law**

Mara S. Georges
Corporation Counsel

Police Policy Litigation Division
Suite 1610
30 North LaSalle Street
Chicago, Illinois 60602-2580
(312) 744-9010
(312) 744-6912 (FAX)

http://www.cityofchicago.org

*Via Facsimile*

July 24, 2007

Blake Horwitz
Amanda Yarusso
Law Offices of Blake Horwitz
155 N. Michigan Ave., Ste. 723
Chicago, IL 60601
(312) 616-4433

Re: Choyce v. Unknown Officers, 07 C 1790

Dear Counsel:

I write in response to your letter of July 24, 2007. The City has conducted a search pertaining to the alleged underlying incident, and has produced to plaintiff the documents in its possession responsive to her request.

As to plaintiff's inquiries regarding "BT 312", in addition to the case reports, arrest reports, supp reports, and lockup keeper logs, the City has produced A&A sheets from the date(s) in question. Unfortunately, unless the names of the unidentified officers are in the police reports, I know of no other way to identify them other than to look through the A&A sheets, at the specific parts I have listed above.

Beat 312 is listed on the A&A sheets for the dates provided, at the following specific locations:

**A) Sept. 10, 2006: P. 3, 3rd line from the bottom; p. 10, 4th line from the bottom; p. 15, 7th line from the top; p. 17, 7th line from the top**

**B) September 6, 2006: p. 2, 7th line from the bottom; p. 3, 3rd line from the bottom; p. 10, 4th line from the bottom; p. 17, 7th line from the top**

The A&A sheets show the 5 officers assigned to Beat 312 on the date(s) in question, who may have been present at the scene.

Finally, as to plaintiff's request that counsel for the City make "direct inquiries" in an attempt to identify specifically which officers were present at the scene of the alleged incident, it would be inappropriate for me to engage in any communication with these officers as they are potential defendants in this case, and thus entitled to separate representation. The City will agree, however, to allow plaintiff to view a lineup of the officers assigned to the third district on the date in question, which should help identify the officers allegedly involved in the underlying incident.




Received Fax :        Jul 24 2007 3:24PM        Fax Station :   Law Offices of Blake Horwitz        p . 2
Case 1:08-cv-00202        Document 38        Filed 07/10/2008        Page 3 of 3

JUL-24-2007 15:17 FROM:POLICE POL          7446912              TO:312 565 7173        P.2/2



**City of Chicago**
**Richard M. Daley, Mayor**

**Department of Law**

Mara S. Georges
Corporation Counsel

Police Policy Litigation Division
Suite 1610
30 North LaSalle Street
Chicago, Illinois 60602-2580
(312) 744-9010
(312) 744-6912 (FAX)
http://www.cityofchicago.org

Sincerely,

Glenn Angel
Assistant Corporation Counsel
(312) 744-6922



