# EXHIBIT K

# LAW OFFICES OF BLAKE HORWITZ

Blake Horwitz, Esq.

*Associates*
Amanda S. Yarusso, Esq.
Tali K. Albukerk, Esq.
Matthew C. Robison, Esq.

*Legal Assistants*
Emily E. Schnidt    Jasmyn G. Smith
John C. Ochoa       Ra Chaka
Amy Spina

*Director of Research and Development*
Karen L. Horwitz

*Of Counsel*
Elliot Richardson, Esq.
Robert Pantoga, Esq.

July 24, 2007                                                VIA FACSIMILE

Glenn Angel, Esq.
Assistant Corporation Counsel
30 N. LaSalle St., Suite 1610
Chicago, IL 60602
(312) 744-6912 (fax)

Re: *Choyce v. Unknown Officers;* 07-C-1790

Dear Mr. Angel:

I received your letter dated today. First, I would like to discuss this matter with you; upon leaving you voicemails, I either don't receive any response or I only receive a letter response. Next, I can see on the A & A sheets where beat 312 is listed, but, as I tried to explain in my letter and voicemails, this doesn't answer the question of what officers were there. There is case law to support that the City attorney should speak to its employees for the limited purpose of determining who was present at the scene. Please call me so we can discuss this. Otherwise, I assume from your response (and lack thereof) that you will not discuss the matter nor produce the specific names of the officers present at the scene. Again, I hope we can figure this out amicably.

Sincerely,

*[signature]*

Amanda S. Yarusso

155 North Michigan, Suite 723          Phone: 312-616-4433          lobh@att.net
Chicago, Illinois 60601                Fax: 312-565-7173

# hp LaserJet *3015*



Law Offices of Blake Horwitz
312-565-7173
Jul-24-2007   4:15PM

## Fax Call Report

| Job | Date | Time | Type | Identification | Duration | Pages | Result |
|-----|------|------|------|----------------|----------|-------|--------|
| 531 | 7/24/2007 | 4:14:55PM | Send | 744-6912 | 0:42 | 1 | OK |

---

## LAW OFFICES OF BLAKE HORWITZ

Blake Horwitz, Esq.

*Associates*
Amanda S. Yarusso, Esq.
Tali K. Albukerk, Esq.
Matthew C. Robison, Esq.

*Legal Assistants*
Emily E. Schmidt   Jasmyn G. Smith
John C. Ochoa      Ra Chaka
Amy Spina

*Director of Research and Development*
Karen L. Horwitz

*Of Counsel*
Elliot Richardson, Esq.
Robert Pantoga, Esq.

July 24, 2007                                         VIA FACSIMILE

Glenn Angel, Esq.
Assistant Corporation Counsel
30 N. LaSalle St., Suite 1610
Chicago, IL 60602
(312) 744-6912 (fax)

Re: *Choyce v. Unknown Officers*; 07-C-1790

Dear Mr. Angel:

I received your letter dated today. First, I would like to discuss this matter with you; upon leaving you voicemails, I either don't receive any response or I only receive a letter response. Next, I can see on the A & A sheets where beat 312 is listed, but, as I tried to explain in my letter and voicemails, this doesn't answer the question of what officers were there. There is case law to support that the City attorney should speak to its employees for the limited purpose of determining who was present at the scene. Please call me so we can discuss this. Otherwise, I assume from your response (and lack thereof) that you will not discuss the matter nor produce the specific names of the officers present at the scene. Again, I hope we can figure this out amicably.

Sincerely,

Amanda S. Yarusso

155 North Michigan, Suite 723        Phone: 312-616-4433        lobh@att.net
Chicago, Illinois 60601              Fax: 312-565-7173