# EXHIBIT L

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LILY CHOYCE,<br><br>Plaintiff,<br><br>v.<br><br>UNKNOWN OFFICERS and the CITY OF CHICAGO,<br><br>Defendants. | No. 07 CV 1790<br><br>JUDGE DER-YEGHIAYAN |

**MOTION FOR EXTENSION OF TIME TO DISCOVER AND NAME DEFENDANT OFFICERS; ALTERNATIVELY, MOTION TO AMEND COMPLAINT**

NOW COMES the Plaintiff, by and through the LAW OFFICES OF BLAKE HORWITZ, LTD., and in support of this motion for extension of time or, in the alternative, motion to amend, states the following:

1. On May 31, 2007, this Court granted Plaintiff thirty days to discover the names of the unknown defendant officers and file a motion to amend the complaint.

2. Upon Plaintiff's motion for additional time (due to Defense counsel being on vacation and unable to supply the necessary documents and/or names sooner), the Court extended this time period to July 16, 2007.

3. In the meantime, both parties' counsel has worked diligently to gather the documentation and determine the names of the Defendant officers.

4. On July 3, 2007, Defendant's attorney, Glenn Angel, supplied Plaintiff's attorney, Amanda Yarusso, with documents relating to the incident identifying two officers (D. Johnson and Mark Friar, beat 352). Exhibit A, p. 3-4. However, as indicated in the documents, additional officers (beat 312 and other unit) responded to the incident and also placed individuals

in custody. Ex. A, p. 9. These individual officers are not specifically identified in the documents. Furthermore, there may be other individual officers that were present, but that were not referenced in the arrest report. Although Defendant's attorney has supplied additional documents to Plaintiff's counsel, these documents (the attendance and assignment record) require Plaintiff to guess which officers were involved in the incident.

5. Plaintiff cannot know, at this point, which officer specifically used excessive force on her and which, if any, failed to intervene in the force used against her. Therefore, the identity of the additional officers is also necessary to amend the complaint to name all potential Defendant officers.

6. Ms. Yarusso has contacted Mr. Angel regarding documents or other means of identifying beat 312 and the other officers, but has not received a return call or documents specifically identifying the officers. Ultimately, it will likely be necessary for Mr. Angel to directly inquire who was present at the scene.

7. Thus, in order to comply with this Court's directives, Plaintiff requests a further extension to obtain all of the Defendant officers' names and move to amend the complaint, accordingly.

8. Alternatively, Plaintiff moves to amend the complaint now in compliance with the deadline, and will bring a motion to file a second amended complaint upon obtaining the additional officers' names. The attached amended complaint contains the name of the two known defendant officers, as well as corrects the spelling of the Plaintiff's name. Exhibit B.

9. Plaintiff was not able to contact the defense counsel (Mr. Angel) to determine if this motion is unopposed.

WHEREFORE, Plaintiff requests until August 24, 2007 to discover the names of the unknown officers and file a motion to amend the complaint accordingly; alternatively, Plaintiff respectfully moves for leave to file an amended complaint adding the current known Defendant officers and for leave to bring a motion to file a second amended complaint at a later date.

Respectfully submitted,

s/ Amanda S. Yarusso_____
Attorney for the Plaintiff
Amanda S. Yarusso

**THE LAW OFFICES OF BLAKE HORWITZ, LTD.**
155 N. Michigan Ave., Suite 723
Chicago, IL 60601
(312) 616-4433
(312) 565-7173 (Fax)

# EXHIBIT A

Received Fax : Jul 03 2007 2:36PM Fax Station : Law Offices of Blake Horwitz

JUL-03-2007 14:31 FROM:POLICE POL 7446912 TO:312 565 7173 P.2/14

City of Chicago
Richard M. Daley, Mayor

Department of Law

Mara S. Georges
Corporation Counsel

Police Policy Litigation Division
Suite 1610
30 North LaSalle Street
Chicago, Illinois 60602-2580
(312) 744-9010
(312) 744-6912 (FAX)
http://www.cityofchicago.org

***Via Facsimile (312) 565-7173***

July 3, 2007

Blake Horwitz
Amanda Yarusso
Law Offices of Blake Horwitz
155 N. Michigan Ave., Ste. 723
Chicago, IL 60601
(312) 616-4433

Re: Choyce v. Unknown Officers, 07 C 1790

Dear Counsel:

Based upon the information that was provided to me by Matt Robison from your office last month, please find enclosed a copy of the arrest report and case report for the incident involving the plaintiff's son, Cedric Choyce, on September 9, 2006 at 6511 S. Rhodes. Also enclosed is a copy of his criminal history report.

Sincerely,

Glenn Angel
Assistant Corporation Counsel
(312) 744-6922

NEIGHBORHOODS
Alive!
BUILDING CHICAGO TOGETHER

CHICAGO
WORKS





JUL-03-2007 14:31 FROM:POLICE POL 7446912 TO:312 565 7173 P.3/14
07/03/2007 12:00 FAX 312 LEGAL AFFAIRS 002

**FINAL APPROVAL**

CB #: 16554462
IR #: 1421228
YD #:
RD #: HM591786
EVENT #: 0625217859

CHICAGO POLICE DEPARTMENT
**ARREST REPORT**
3510 S. Michigan Avenue, Chicago, Illinois 60653
(For use by Chicago Police Department Personnel Only)
CPD-11.420(REV. 6/30)

ARREST HEADING

Name: CHOYCE, Cedric L
Res: 6530 S Rhodes Ave Chicago, IL 60637
Beat: 321
Empl: Monorey Security
DOB: 23 February 1984
AGE: 22 years
POB: Illinois
SSN: 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
ARMED WITH

Male
Black
5' 07"
130 lbs
Brown Eyes
Black Hair
Braids Hair Style
Medium Complexion

Arrest Date: 09 September 2006 21:15
TRR Completed?: No
Location: 6511 S Rhodes Ave Chicago, IL 60637
304 - Street
Beat: 321
Holding Facility: District 003 Lockup
Resisted Arrest? No

Total No Arrested: 2
Co-Arrests: 16654291
Assoc Cases
Dependent Children? No
DCFS Ward ? No

Victim

1 Offense As Cited 720 ILCS 5.0/12-3-A-1
BATTERY - CAUSE BODILY HARM
Class A - Type M

NARCOTICS

NO NARCOTICS RECOVERED

WARRANT

NO WARRANT IDENTIFIED

IR #: 1421228
CB #: 16554462

Print Generated By: [redacted]

03 JUL 2007 12:43

JUL-03-2007 14:31 FROM:POLICE PDL 7446912 TO:312 565 7173 P.4/14
07/03/2007 12:01 FAX 312 LEGAL AFFAIRS 003

CB #: 16654462

**Chicago Police Department - ARREST Report**

CHOYCE, Cedric

ARREST REPORTING

VICTIM AND COMPLAINANT

Name: FRIAR, Mark L PO#11654

Male
Black
DOB:
Age:

Injured? No Deceased? No

Hospitalized? No

Treated and Released? No

Comments: The Above Victim Is A P/O #11654.

ARRESTEE VEHICLE

NO ARRESTEE VEHICLE INFORMATION ENTERED

PROPERTIES

**Confiscated Properties :**
All confiscated properties are recorded in the e-Track System. This system can be queried by the inventory number to retrieve all official court documents related to evidence and/or recovered properties.

PROPERTIES INFORMATION FOR CHOYCE, Cedric, NOT AVAILABLE IN THE AUTOMATED ARREST SYSTEM.

INCIDENT NARRATIVE

(The facts for probable cause to arrest AND to substantiate the charges include, but are not limited to, the following)

#17859 WHILE IN THE PROCESS OF TRYING TO AFFECT AN ARREST OF THE RELATED EVENT THE ABOVE OFFENDER ATTACKED THE ABOVE STATED COMPLAINT BY JUMPING ON THE BACK OF ABOVE COMPLAINTANT WHO IN TURN DEFENDED HIMSELF AND TOOK THE OFFENDER INTO CUSTODY. THE ABOVE WAS THEN READ MIRANDA AND TRANPORTED TO 003 DISTRICT NAME CHECK AND ALERT CLEAR.

COURT INFO

Desired Court Date: 24 October 2006
Branch: 35-4 727 E 111TH ST - Room
Court Sgt Handle? No
Initial Court Date: 24 October 2006
Branch: 35-4 727 E 111TH ST - Room
Docket #:

BOND INFO

Bond Date: 10 September 2006 4:50
Type: Recognizance
Receipt #: 16223885
Amount: $1,000.00

Print Generated By: [redacted]

03 JUL 2007 12:43



JUL-03-2007 14:31 FROM:POLICE PDL 7446912 TO:312 565 7173 P.5/14
07/03/2007 12:01 FAX 312 LEGAL AFFAIRS 004

CB #: 16654462

Chicago Police Department - ARREST Report

CHOYCE, Cedric

ARREST REPORTING

ATTESTING OFFICER

I hereby declare and affirm, under penalty of perjury, that the facts stated herein are accurate to the best of my knowledge, information and/or belief.

| | | | |
|---|---|---|---|
| Attesting Officer: | #7129 | JOHNSON, D F (PC0H144) | 10 SEP 2006 00:49 |

ARRESTING OFFICER(S)

| | | | Beat |
|---|---|---|---|
| 1st Arresting Officer: | #11654 | FRIAR, M L (PC0Y191) | 0352 |
| 2nd Arresting Officer: | #7129 | JOHNSON, D F (PC0H144) | 0352 |

APPROVING SUPERVISOR

| | | | |
|---|---|---|---|
| Approval of Probable Cause : | #376 | MC GUIRE, T J (PC0L712) | 10 SEP 2006 01:53 |

CB #: 16654462

Chicago Police Department - ARREST Report

CHOYCE, Cedric

## ARREST PROCESSING REPORT

Holding Facility: District 003 Lockup
Received In Lockup: 10 September 2006 01:59
Prints Taken: 10 September 2006 02:03
Palmprints Taken:
Photograph Taken: 10 September 2006 02:07
Released from Lockup: 10 September 2006 04:58

Time Last Fed:
Time Called: 10 September 2006 02:02 Phone#: REFUSED
Cell #: - Placed in one person cell
Transport Details : 1PO 0313 09-SEP-2006 21:20

## VISUAL CHECK OF ARRESTEE

| | |
|---|---|
| Is there obvious pain or injury? | No |
| Is there obvious signs of infection? | No |
| Under the influence of alcohol/drugs? | No |
| Signs of alcohol/drug withdrawal? | No |
| Appears to be despondent? | No |
| Appears to be irrational? | No |
| Carrying medication? | No |

## ARRESTEE QUESTIONNAIRE

| | |
|---|---|
| Presently taking medication? | No |
| (If female)are you pregnant? | |
| First time ever been arrested? | No |
| Attempted suicide/serious harm? | No |
| Serious medical or mental problems? | No |
| Are you receiving treatment? | No |

## RETURN TO HOLDING FACILITY COMMENTS

## QUESTIONNAIRE REMARKS

## LOCKUP KEEPER COMMENTS

## EMERGENCY CONTACT

Name : REFUSED

Res:

Beat:

INTERVIEW LOG

NO INTERVIEWS LOGGED

VISITORS LOG

NO VISITORS LOGGED

 

Received Fax : Jul 03 2007 2:36PM Fax Station : Law Offices of Blake Horwitz p. 7

JUL-03-2007 14:32 FROM:POLICE PDL 7446912 TO:312 565 7173 P.7/14
07/03/2007 12:02 FAX 3127 LEGAL AFFAIRS 006

Chicago Police Department - ARREST Report

CB #: 16654462

CHOYCE, Cedric

ARREST PROCESSING REPORT

MOVEMENT LOG INFORMATION NOT AVAILABLE

WATCH COMMENTS

Watch Commander Comments:

RECOMMENDED CHARGING

DOES NOT APPLY TO THIS ARREST

PROCESSING PERSONNEL

ARRESTEE PROCESSING PERSONNEL

| | | | Beat |
|---|---|---|---|
| Searched By: | #7947 | JORDAN JR, F (PC0E641) | |
| Lockup Keeper: | #10153 | SMITH, S (PC0L641) | |
| Fingerprinted By: | #7947 | JORDAN JR, F (PC0E641) | |

APPROVAL PERSONNEL

| | | | | Beat |
|---|---|---|---|---|
| Final Approval of Charges : | #376 | MC GUIRE, T J(PC0L712) | 10 SEP 2006 04:32 | |

Print Generated By: [redacted]

Page 5 of 5

03 JUL 2007 12:43



Received Fax : Jul 03 2007 2:36PM Fax Station : Law Offices of Blake Horwitz p. 8
JUL-03-2007 14:32 FROM:POLICE POL 7446912 TO:312 565 7173 P.8/14
07/03/2007 12:03 FAX 3 LEGAL AFFAIRS 010

CHICAGO POLICE

BATTERY 0460 SIMPLE HM-591766

4. ADDRESS OF OCCURRENCE: 6602 S. Rhodes (STREET) | APT. NO. | 5. FIRE RELATED: ☐ YES ☒ NO | 6. DATE OF OCCURRENCE – TIME: 09 Sep 06 1845 | 7. BEAT OF OCCUR.: 312 | 8. BEAT ASSIGNED: 352

9. TYPE OF LOCATION OR PREMISE WHERE OFFENSE OCCURRED (GIVE NAME OF LOCATION IF APPLICABLE): Street | 10. LOCATION CODE: 304 | 11. DATE R.O. ARRIVED – TIME: 09 Sep 06 1900 | 12. ASSIGNED BY: ☒ 1 C.O.B. ☐ 2 ON VIEW ☐ 3 SUPERVISOR

All information, descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

| 21. NAME (LAST–FIRST–M.I.) | IDENTITY VERIFIED | 22. HOME ADDRESS (NO., DIR., STREET, APT. NO.) | 23. SEX–RACE–AGE CODE | 24. HOME PHONE | 25. BUSINESS PHONE | 26. TIME AVAIL. | 27. OCCUPATION | 28. INJURED YES NO | 29. VICT. REL. CODE |
|---|---|---|---|---|---|---|---|---|---|
| Wolfe Sayonara | ☐ | 202 E. Garfield | F 1 15 | 773 373 8039 | — | any | student | X | 24 |
| PARENT/GUARDIAN IF JUVENILE: Barnette Coretta | | 6501 S. Rhodes | F 1 39 | 312 791-4147 | 773 373-8039 | | | | |
| 31. ☐ 1 DISCOVERED ☒ 2 WITNESSED ☐ 3 REPORTED OFFENSE: Perris Evelyn | | 6326 S. Paulina | F 1 49 | 773 436-2612 | | | | | |
| Diable Jamie | | 6743 S. Loomis | F 1 26 | 773 DNA | DNA | | | | |

RACE CODES: 1-BLACK 2-WHITE 3-BLACK-HISPANIC 4-WHITE-HISPANIC 5-AMER. IND./ALASK. NAT. 6-ASIAN/PACIFIC ISLAND

OFFENDER/VICTIM RELATIONSHIP CODES: 01-WIFE 02-HUSBAND 03-FORMER WIFE 04-FORMER HUSBAND 05-MOTHER 06-FATHER 07-SON 08-DAUGHTER 09-BROTHER 10-SISTER 11-AUNT 12-UNCLE 13-MOTHER-IN-LAW 14-FATHER-IN-LAW 15-SON-IN-LAW 16-DAUGHTER-IN-LAW 17-BROTHER-IN-LAW 18-SISTER-IN-LAW 19-OTHER RELATIVE 20-GIRLFRIEND (INCLUDES "FORMER") 21-BOYFRIEND (INCLUDES "FORMER") 22-FRIEND/ACQUAINTANCE 23-OTHER-SPECIFY 24-STRANGER 25-CARETAKER

| 41. OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC.) | 42. HOME ADDRESS | 43. SEX–RACE–AGE | HEIGHT | WEIGHT | EYES | HAIR | COMPL. | MARKS, SCARS, ETC. | 44. C.B./I.R. NO. | 45. OFFENDER REL. CODE |
|---|---|---|---|---|---|---|---|---|---|---|
| (1) Adams Artika S. | 404 E. 66th | F 1 14 | 5'5 | 135 | BRN | BRN | med | N/V | 16654240 | 24 |
| (2) Bradley Anthony J | 404 E. 66th | M 1 16 | 5'11 | 175 | BRN | BLK | med | N/V | 16654303 | 24 |
| (3) Choice Cedric L | 6530 S. Rhodes | M 1 22 | 5'7 | 130 | BRN | BLK | med | N/V | 16654462 | 24 |

51. OBJECT/WEAPON ☒ 1 USED ☐ 2 DISPLAYED ☐ 3 UNK.: ☐ 01 HAND GUN ☐ 02 SHOTGUN ☐ 03 RIFLE ☐ 04 KNIFE ☐ 05 VEHICLE ☐ 06 BLUNT INSTRUMENT ☐ 07 THROWN OBJECT ☐ 08 EXPLOSIVE ☐ 09 LIQUID/GAS ☐ 10 BOTTLE/GLASS ☐ 11 RAZOR ☐ 12 PRY TOOL ☒ 13 HANDS, FEET ☐ 14 OTHER ☐ 18 DNA

52. FIREARM FEATURES: ☐ 01 CHROME/NICKEL ☐ 02 BLUE STEEL ☐ 03 SHORT BARREL ☐ 04 LONG BARREL ☐ 05 SAWED OFF ☐ 06 OTHER ☐ 07 UNKNOWN ☒ 08 DNA

53. POINT/ENTRY: ☐ 01 FRONT DOOR ☐ 02 REAR DOOR ☐ 03 WINDOW ☐ 04 ROOF ☐ 05 FLOOR ☐ 06 SIDE DOOR ☐ 07 OTHER ☐ 08 UNKNOWN ☒ 09 DNA

54. POINT/EXIT: ☐ 01 FRONT DOOR ☐ 02 REAR DOOR ☐ 03 WINDOW ☐ 04 ROOF ☐ 05 FLOOR ☐ 06 SIDE DOOR ☐ 07 OTHER ☐ 08 UNKNOWN ☒ 20 DNA

55. BURGLAR ALARM: ☒ DNA; ON PREMISE ☐ 1 YES ☐ 2 NO; ALARM CIRCUMVENTED ☐ 1 YES ☐ 2 NO

56. SAFE BURGLARY METHOD: ☐ 01 PUNCH ☐ 02 TORCH ☐ 03 EXPLOSIVE ☐ 04 DRILL ☐ 05 REMOVED ☐ 06 PEEL ☐ 07 OPEN ☐ 08 UNKNOWN ☒ 09 DNA

57. IF RESIDENCE, WHERE WERE OCCUPANTS: ☐ 01 WORK ☐ 02 VISITING ☐ 03 VACATION ☐ 04 WEDDING ☐ 05 FUNERAL/WAKE ☐ 06 OTHER ☐ 07 UNKNOWN ☒ 09 DNA

58. UNUSUAL CHARACTERISTICS OF OFFENSE:

59. GANG RELATED – AFFILIATION: ☐ VICTIM ☐ OFFENDER

71. DESCRIBE PROPERTY IN NARRATIVE (T = TAKEN; R = RECOVERED): 1 MONEY; 2 JEWELRY; 3 FURS; 4 CLOTHING; 7 OFFICE EQUIPMT.; 8 TV, RADIO, STEREO; 9 HOUSEHOLD GOODS; 10 CONSUM. GOODS; 14 FIREARMS; 18 NARC/DANG. DRUG; 19 OTHER; 16 NCIC

72. VEHICLE/TRAILER ☐ STOLEN ☐ THEFT FROM ☐ OFFENDER'S | YEAR | MAKE | BODY STYLE | COLOR | V.I.N. | STATE LICENSE NO. | STATE | EXPIR. MO/YR | 73. PROPERTY INVENTORY NO(S). | 74. VEH. INVENTORY NO. | CB# 16654291

NARRATIVE: (4) D.U.S. Dom-Nique 7130 E 68th Apt 201 F/1/18 5'3 130 BRN BRN med N/V 24
EV# 17859 IN Custody Box 40, Charges: ILCS 5/12-3(a)(1) Battery Simple OFF¹, OFF² 720 ILCS 5/21-1(a) CDTP, Court Info TOTY. OFF 3+4 IN Custody Box 40, Charges 720 ILCS 5/12-4(b)(6) Agg Batt

81. SOBRIETY OF VICTIM: ☐ 1 SOBER ☐ 2 HBD | FLASH MESSAGE SENT: ☐ 1 YES ☒ 2 NO

91. EXTRA COPIES REQUIRED: ☒ NORMAL | CONT'D. OTHER SIDE | 92. OFFICER NOTIFYING FOLLOW-UP INVESTIG. UNIT | UNIT NOTIFIED | PERSON ☐ NOTIFIED ☐ ARRIVED | DATE (DAY-MO-YR) | TIME

93. FIRST OFFICER AT SCENE | 94. OFFICER NOTIFYING ☐ 1ST DIS ☐ E.T. ☐ M.E. | PERSON ☐ NOTIFIED ☐ ARRIVED | DATE (DAY-MO-YR) | TIME

95. REPORTING OFFICER'S NAME (PRINT): Frazier | STAR NO.: 16654 | OFFICER'S SIGNATURE: [signature] | DATE INVEST. COMPLETED – TIME: 09 Sep 2006 0230

96. REPORTING OFFICER'S NAME (PRINT): John Smith | STAR NO.: 7129 | OFFICER'S SIGNATURE: [signature] | 97. SUPERVISOR APPROVING (PRINT NAME): Sgt. Nobili | STAR NO.: 986 | APPROVAL SIGNATURE: [signature] | DATE APPROVED: 10 Sep 06 | TIME: 2330

Summary: R/O's was called of thirty people fighting in the street. Victim related that she was walking to the store. Offender #1 stated, "What up Bitch." Offender then struck victim in the face. Both party started fighting in front of the store. Victim then went home after the fight to notified parent who called police. R/O's arrived on the scene and observed toward victim residence at 6501 S. Rhodes. Offender #2 pickup unk object and broke front window. Offender then tried flee location. R/O's used reasonable force to make the arrest. While R/O's was making the arrest Offender #3 + 4 started fighting with officer Mark Friar #11654. Offender #3 was on his back and offender #4

I HAVE REVIEWED THIS REPORT AND BY MY SIGNATURE INDICATE THAT IT IS ACCEPTABLE. | SUPERVISOR'S SIGNATURE | DATE (DAY-MO-YR)

FOR USE BY BUREAU OF INVESTIGATIVE SERVICES ONLY

OFFENSE CODE — ☐ 1 CORRECT ☐ 2 REVISED | REV. CODE | IUCR METHOD CODE | METHOD ASSIGNED ☐ 1 FIELD ☐ 2 ADMIN. ☐ 3 SUMMARY | UNIT NO. | OFFICER ASSIGNED STAR NO. | DATE ASSIGNED | SUPV. STAR NO. | INVESTIGATIVE FILE ☐ 1 YES ☐ 2 NO | REASSIGNED ☐ 1 YES ☐ 2 NO

OFFICER REASSIGNED — DATE | STATUS ☐ 2 PROGRESS ☐ 3 SUSPENDED ☐ 2 UNFOUNDED ☐ 3 CLEARED CLOSED ☐ 4 CLEARED OPEN ☐ 5 EXC. CLRD. CLOSED ☐ 6 EXC. CLEARED OPEN ☐ 7 CLOSED—NON-CRIMINAL | IF CASE IS CLEARED, HOW CLEARED (USE THIS BOX FOR SINGLE CLEAR UP OR FIRST CLEAR UP OF MULTIPLE CLEAR UP LIST) ☐ 1 ARREST & PROSECUTION ☐ 2 DIRECTED TO FAMILY COURT ☐ 3 COMPL. REFUSED TO PROSECUTE ☐ 4 COMMUNITY ADJUSTMENT ☐ 5 OTHER EXCEPTIONAL | ☐ ADULT ☐ JUV.

VICTIM IDENTIFIERS ☐ 1 CORRECT ☐ 2 REVISED | VICTIM NO. | REVISED NAME | REVISED ADDRESS | REVISED PHONE NO. ☐ HOME ☐ BUSINESS

VALUE OF PROPERTY TAKEN/RECOVERED ☐ 1 DNA ☐ 2 VERIFIED ☐ 3 CORRECTED | FILL IN THE FULL AMOUNT OF ONLY THOSE VALUES WHICH EITHER DIFFER FROM OR WERE NOT REPORTED ON THE REVERSE, THE NARRATIVE OR A SUPPLEMENTARY REPORT.

MONEY | 2 JEWELRY ☐ T $ ☐ R | 3 FURS ☐ T $ ☐ R | 4 CLOTHING ☐ T $ ☐ R | 5 OFFICE EQUIPMT. ☐ T $ ☐ R | 6 TV, RADIO, STEREO ☐ T $ ☐ R | 8 HOUSEHOLD GOODS ☐ T $ ☐ R | 9 CONSUM. GOODS ☐ T $ ☐ R | 11 FIREARMS ☐ T $ ☐ R | 12 NARCOTICS, DRUGS ☐ T $ ☐ R | 13 OTHER ☐ T $ ☐ R | 14 NONE ☐ T ☐ R

SERIAL NOS. OR IDENTIFICATION NOS. ☐ 1 DNA ☐ 2 VERIFIED ☐ 3 CORRECTED | LIST ALL CORRECTIONS & NEW OR ADDITIONAL NOS. OBTAINED

MAKE PERTINENT INFORMATION NOT ON ORIGINAL REPORT:

PREPARED BY — SIGNATURE | STAR NO. | DATE (DAY-MO-YR) | APPROVED BY — SIGNATURE | STAR NO. | DATE (DAY-MO-YR)

Received Fax : Jul 03 2007 2:36PM Fax Station : Law Offices of Blake Horwitz p. 10
JUL-03-2007 14:32 FROM:POLICE POL 7446912 TO:312 565 7173 P.10/14
07/03/2007 12:04 FAX 312 LEGAL AFFAIRS 012

GENERAL OFFENSE CASE REPORT
CHICAGO POLICE

1. OFFENSE/INCIDENT—PRIMARY CLASSIFICATION: Battery | ILLER OFF. CODE: 0460 | 2. SECONDARY CLASSIFICATION: Simple | HM-591 186

ADDRESS OF OCCURRENCE: 6602 S. | STREET: Rhodes | APT. NO. | FIRE RELATED: ☐ YES ☒ NO | DATE OF OCCURRENCE: 9 Sept 06 | TIME: 1945 | BEAT OF OCCUR.: 312 | BEAT/UNIT ASSIGNED: 352

TYPE OF LOCATION OR PREMISE WHERE OFFENSE OCCURRED (GIVE NAME OF LOCATION IF APPLICABLE): Street | LOCATION CODE: 304 | DATE ARRIVED: 9 Sept 06 | TIME: 1900 | ASSIGNED BY: ☐ ON VIEW ☐ SUPERVISOR / CDS

All information, descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

VICTIMS

| NAME (LAST-FIRST-M.I.) | HOME ADDRESS | SEX-RACE-AGE | HOME PHONE | BUSINESS PHONE | TIME AVAIL. | OCCUPATION | INJURED | VI REL. |
|---|---|---|---|---|---|---|---|---|
| Wolfe Sayonkiro | 202 E. Garfied | F / 1 / 15 | (773) 373 8039 | — | any | Student | X | 2 |
| PARENT/GUARDIAN, IF JUVENILE: Barnette Corella | 6501 S. Rhodes | F / 1 / 39 | 312 721-6147 | 773 373 8039 | | | | |

37. ☐ 1 DISCOVERED ☐ 2 WITNESSED ☐ 3 REPORTED OFFENSE

RACE CODES: 1-BLACK 2-WHITE 3-BLACK-HISPANIC 4-WHITE-HISPANIC 5-AMER. IND./ALASKAN 6-ASIAN/PACIFIC ISL.

OFFENDER/VICTIM RELATIONSHIP CODES: 01-WIFE 02-HUSBAND 03-FORMER WIFE 04-FORMER HUSBAND 05-MOTHER 06-FATHER 07-SON 08-DAUGHTER 09-BROTHER 10-SISTER 11-AUNT 12-UNCLE 13-MOTHER-IN-LAW 14-FATHER-IN-LAW 15-SON-IN-LAW 16-DAUGHTER-IN-LAW 17-BROTHER-IN-LAW 18-SISTER-IN-LAW 19-OTHER RELATIVE 20-GIRLFRIEND (INCLUDES "FORMER") 21-BOYFRIEND (INCLUDES "FORMER") 22-FRIEND/ACQUAINTANCE 23-OTHER-SPECIFY 24-STRANGER

41. OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC.) | 42. HOME ADDRESS | SEX-RACE-AGE | HEIGHT | WEIGHT | EYES | HAIR | COMPL. | MARKS, SCARS, ETC. | 44. C.B./I.R. NO.

51. OBJECT/WEAPON ☐ 1 USED ☐ 2 DISPLAYED ☐ 3 UNK: ☐ 01 HAND GUN ☐ 02 SHOTGUN ☐ 03 RIFLE ☐ 04 KNIFE ☐ 05 VEHICLE ☐ 06 BLUNT INSTRUMENT ☐ 07 THROWN OBJECT ☐ 08 EXPLOSIVE ☐ 09 LIQUID/GAS ☐ 10 BOTTLE/GLASS ☐ 11 RAZOR ☐ 12 PAY TOOL ☐ 13 HAND, FEET ☐ 14 OTHER ☐ 15 DNA

52. FIREARM FEATURES: ☐ 01 CHROME/NICKEL ☐ 02 BLUE STEEL ☐ 03 SHORT BARREL ☐ 04 LONG BARREL ☐ 05 SAWED OFF ☐ 06 OTHER ☐ 07 UNKNOWN ☐ 08 DNA

53. POINT/ENTRY: ☐ 01 FRONT DOOR ☐ 02 REAR DOOR ☐ 03 WINDOW ☐ 04 ROOF ☐ 05 FLOOR ☐ 06 SIDE DOOR ☐ 07 OTHER ☐ 08 UNKNOWN ☐ 09 DNA

54. POINT/EXIT: ☐ 01 FRONT DOOR ☐ 02 REAR DOOR ☐ 03 WINDOW ☐ 04 ROOF ☐ 05 FLOOR ☐ 06 SIDE DOOR ☐ 07 OTHER ☐ 08 UNKNOWN ☐ 09 DNA

55. BURGLAR ALARM: ☐ DNA ON PREMISE ☐ 1 YES ☐ 2 NO ALARM CIRCUMVENTED ☐ 1 YES ☐ 2 NO

56. SAFE BURGLARY METHOD: ☐ 01 PUNCH ☐ 02 TORCH ☐ 03 EXPLOSIVE ☐ 04 DRILL ☐ 05 REMOVED ☐ 06 PEEL ☐ 07 OPEN ☐ 08 UNKNOWN ☐ 09 DNA

57. IF RESIDENCE, WHERE WERE OCCUPANTS: ☐ 01 WORK ☐ 02 VISITING ☐ 03 VACATION ☐ 04 WEDDING ☐ 05 FUNERAL/WAKE ☐ 06 OTHER ☐ 07 UNKNOWN ☐ 08 DNA

58. UNUSUAL CHARACTERISTICS OF OFFENSE

59. GANG RELATED — AFFILIATION ☐ VICTIM ☐ OFFENDER

71. DESCRIBE PROPERTY IN NARRATIVE — T = TAKEN; R = RECOVERED: 1 MONEY | 2 JEWELRY | 3 FURS | 4 CLOTHING | 7 OFFICE EQUIPMENT | 8 TV, RADIO, STEREO | 9 HOUSEHOLD GOODS | 10 CONSUM. GOODS | 11 FIREARMS | 12 Narc./Dang. Drug | 13 OTHER

72. VEHICLE/TRAILER ☐ STOLEN ☐ THEFT FROM ☐ OFFENDER'S | YEAR | MAKE | BODY STYLE | COLOR | V.I.N. | STATE LICENSE NO. | STATE | EXPIR. MO/YR | 73. PROPERTY INVENTORY NOS. | 74. VEH. INVENTORY NO.

NARRATIVE: EV-#17859, started struckins officier with her hand, BI 310 Arrivied on the scene with other unit and place offender into custody. R/O's read there rights from preprinted card, and transported to third district for processing. A/2VC Notified

81. SOBRIETY OF VICTIM: ☐ SOBER | 82. FLASH MESSAGE ☐ YES

81. EXTRA COPIES REQUIRED ☒ NORMAL | CONT'D. OTHER SIDE | 92. OFFICER NOTIFYING FOLLOW-UP INVESTIG. UNIT | UNIT NOTIFIED | PERSON ☐ NOTIFIED ☐ ARRIVED | DATE (DAY-MO-YR) | TIME

FIRST OFFICER AT SCENE | N.O. | 94. ☐ NOTIFYING ☐ 1ST D/S ☐ DET. ☐ MR. | PERSON ☐ NOTIFIED ☐ ARRIVED | DATE (DAY-MO-YR) | TIME

REPORTING OFFICER'S NAME (PRINT): D. Johnson | STAR NO.: 7129 | OFFICER'S SIGNATURE: D Johnson | DATE/TIME COMPLETED: 10 Sep 06, 0230 | SUPERVISOR APPROVING (PRINT NAME): Sgt. Nolton | STAR NO.: 988

REPORTING OFFICER'S NAME (PRINT): M. Friar | STAR NO.: 11654 | OFFICER'S SIGNATURE: M Friar | APPROVAL SIGNATURE: [signature] | DATE APPROVED: 10 Sep 06 | TIME: 23:

Received Fax : Jul 03 2007 2:36PM Fax Station : Law Offices of Blake Horwitz p. 11
JUL-03-2007 14:33 FROM:POLICE POL 7446912 TO:312 565 7173 P.11/14
07/03/2007 12:04 FAX 31: LEGAL AFFAIRS 013

~~at 2045 HRS, 3721 W Merty "Yo's~~ HM-541796
~~Court Infor Offender 3+4~~
~~24 OCT 06 35-4 Charges~~
~~720 ILCS 5/12-3(a)(1) Battery~~
~~Simple~~ ... — ... 1 F ... 3 606 ...
... F ... 1501 S. Rhodes ...

I HAVE REVIEWED THIS REPORT AND BY MY SIGNATURE INDICATE THAT IT IS ACCEPTABLE. | SUPERVISOR'S SIGNATURE | DATE (DAY-MO-YR.) 16 ...

FOR USE BY BUREAU OF INVESTIGATIVE SERVICES ONLY

OFFENSE CODE – ☐1 CORRECT REVISED | REV. CODE | I-UCR METHOD CODE | METHOD ASSIGNED ☐1 FIELD ☐2 ADMIN. ☐3 SUMMARY | UNIT NO. | OFFICER ASSIGNED STAR NO. | DATE ASSIGNED | SUPV. STAR NO. | INVESTIGATIVE FILE ☐1 YES ☐2 NO | REASSIGNED ☐1 YES ☐2 NO

IF REASSIGNED – DATE | STATUS ☐0 PROGRESS ☐1 SUSPENDED ☐2 UNFOUNDED ☐3 CLEARED CLOSED ☐4 CLEARED OPEN ☐5 EXC. CLRD. CLOSED ☐6 EXC. CLEARED OPEN ☐7 CLOSED—NON-CRIMINAL | IF CASE IS CLEARED, NOW CLEARED NSE THIS BOX FOR SINGLE CLEAR UP OR FIRST CLEAR UP OF MULTIPLE CLEAR UP LIST ☐1 ARREST & PROSECUTION ☐2 DIRECTED TO FAMILY COURT ☐3 COMPL. REFUSED TO PROSECUTE ☐4 COMMUNITY ADJUSTMENT ☐5 OTHER EXCEPTIONAL | ☐ADULT ☐JUV.

IDENTIFIERS ☐1 CORRECT REVISED | VICTIM NO. | REVISED NAME | REVISED ADDRESS | REVISED PHONE NO. ☐HOME ☐BUSINESS

OF PROPERTY TAKEN/RECOVERED ☐1 ONA ☐2 VERIFIED ☐3 CORRECTED | FILL IN THE FULL AMOUNT OF ONLY THOSE VALUES WHICH EITHER DIFFER FROM OR WERE NOT REPORTED ON THE REVERSE, THE NARRATIVE OR A SUPPLEMENTARY REPORT.

12 JEWELRY ☐T ☐R | 13 FURS ☐T ☐R | 14 CLOTHING ☐T ☐R | 17 OFFICE EQUIPMT. ☐T ☐R | 8 TV, RADIO, STEREO ☐T ☐R | 19 HOUSEHOLD GOODS ☐T ☐R | 10 CONSUM. GOODS ☐T ☐R | 11 FIREARMS ☐T ☐R | 18 NARCO/DANG. DRUGS ☐T ☐R | 19 OTHER ☐T ☐R | 19 NONE ☐T ☐R

NOS. OR IDENTIFICATION NOS: ☐1 ONA ☐2 VERIFIED ☐3 CORRECTED | LIST ALL CORRECTIONS & NEW OR ADDITIONAL NOS. OBTAINED

ADDITIONAL INFORMATION NOT ON ORIGINAL REPORT

PREPARED BY – SIGNATURE | STAR NO. | DATE (DAY-MO-YR.) | APPROVED BY – SIGNATURE | STAR NO. | DATE (DAY-MO-YR.)



# CHICAGO POLICE DEPARTMENT

3510 South Michigan Avenue/Chicago, Illinois 60653
Identification Section

**CRIMINAL HISTORY REPORT**

CPD-31803C (REV 7/04)

## CHOYCE, CEDRIC L

IR # 1421228
SID #
FBI #
IDOC #

Current Arrest Information:

CPD photo

| | |
|---|---|
| MALE | |
| BLACK | |
| 5'07" | |
| 130 lbs | |
| EYES : BRO | |
| HAIR : BLK | |
| HAIR STYLE : BRDS | |
| COMPLEXION : MED | |

Date of Birth: 23-FEB-1984
Age: 22 years
Place of Birth: ILLINOIS
SSN #:
Drivers License #:
Drivers Lic. State:
Scars, Marks &Tattoos:

Key Historical Identifiers:

| Alias or AKA used | Date Used | Dates of Birth Used | Social Security Numbers Used |
|---|---|---|---|
| CHOYCE, CEDRIC L | 26-AUG-2003 | 23-FEB-1984 | 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 |
| CHOYCE, CEDRIC L | 31-MAY-2001 | 23-FEB-1984 | Not Available |

Criminal Justice Summary: Total arrests: 5 (0 Felony, 4 Misdemeanor) Total convictions: 0

### ARREST

Arrest Name: CHOYCE, CEDRIC L
Date of Birth: 23-FEB-1984
DCN or CB: 016854482
Officer: FRIAR
Arrest Date: 09-SEP-2006 Holding Facility: CPD - DISTRICT 003
Arrest Address: 6511 S RHODES AVE CHICAGO, IL 60637
Residence: 6530 S RHODES AVE CHICAGO, IL 60637
Officer Badge#: 11654 Arresting Agency: CPD

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | A | M | 720 ILCS 5.0/12-3-A-1 | Battery - Cause Bodily Harm | OFFENSE AS CITED |

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 720-5/12-3-A-1 | BATTERY - CAUSE BODILY HA | M | 06129505201 |

*Disposition:* STRICKEN FROM DOCKET WITH LEAVE TO REINSTATE *Disposition Date:* 24-OCT-2006
*Sentence:* *Sentence Date:*

### ARREST

Arrest Name: CHOYCE, CEDRIC L
Date of Birth: 23-FEB-1984
Arrest Date: 22-APR-2006 Holding Facility: CPD - DISTRICT 003
Arrest Address: 6409 S ELLIS AVE CHICAGO, IL 60637

CN or CB: 016514273 Residence: 4062 W 115TH ST CHICAGO, IL 60655
Officer: MCFADDEN Officer Badge#: 5881 Arresting Agency: CPD

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | L | | 8-4-030 | Drinking Alcohol On The Public Way | |

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 8-4-030 | DRINKING ALCOHOL ON THE P | M | 06122083501 |

*Disposition:* NON-SUIT — *Disposition Date:* 05-JUN-2006
*Sentence:* — *Sentence Date:*

## ARREST

Arrest Name: CHOYCE, CEDRIC L — Arrest Date: 15-APR-2006 — Holding Facility: CPD - DISTRICT 004
Date of Birth: 23-FEB-1984 — Arrest Address: 7700 S COLES AVE CHICAGO, IL 60649
DCN or CB: 016500883 — Residence: 6530 S RHODES AVE CHICAGO, IL 60637
Officer: HODGES — Officer Badge#: 15929 — Arresting Agency: CPD

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | C | M | 720 ILCS 550.0/4-A | Cannabis - Possess Less Than 2.5 Grms | OFFENSE AS CITED |

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 720-550/4-A | CANNABIS - POSSESS LESS T | M | 06122026701 |

*Disposition:* STRICKEN FROM DOCKET WITH LEAVE TO REINSTATE — *Disposition Date:* 08-JUN-2006
*Sentence:* — *Sentence Date:*

## ARREST

Arrest Name: CHOYCE, CEDRIC L — Arrest Date: 26-AUG-2003 — Holding Facility: CPD - DISTRICT 003
Date of Birth: 23-FEB-1984 — Arrest Address: 6500 S MARYLAND AVE CHICAGO, IL 60637
DCN or CB: 015564216 — Residence: 15154 SUNSET DR DOLTON, IL
Officer: ELLISON — Officer Badge#: 18456 — Arresting Agency: CPD

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | A | M | 720 ILCS 5.0/24-3.1-A-1 | Uuw - Unlawful Possess Firearm <18 | |

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 720-5/24-3.1-A-1 | UUW - UNLAWFUL POSSESS FI | 1 | 20031268696 |

*Disposition:* SENTENCED/COURT SUPERVISION — *Disposition Date:* 17-SEP-2003
*Sentence:* SUPERVISION 000 YEARS 06 MONTHS 000 DAYS — *Sentence Date:* 17-SEP-2003

## ARREST

Arrest Name: CHOYCE, CEDRIC L — Arrest Date: 31-MAY-2001 — Holding Facility: CPD - DISTRICT 005 MALE
Date of Birth: 23-FEB-1984 — Arrest Address: 11335 S CHURCH ST CHICAGO, IL 60643
DCN or CB: 014802046 — Residence: 4062 W 115 ST CHICAGO, IL 60655
Officer: WASZAK — Officer Badge#: 19258 — Arresting Agency: CPD

Chicago Police Department on03-JUL-2007 12:45 by [redacted] for IR # 1421228 Page 3 of 3

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | A | M | 720 ILCS 5.0/21-2 | Criminal Trespass To Vehicles | |

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 720-5/21-2 | CRIMINAL TRESPASS TO VEHI | 1 | 20011247126 |

*Disposition:* STRICKEN FROM DOCKET WITH LEAVE TO REINSTATE *Disposition Date:* 25-JUN-2001

*Sentence:* NO SENTENCE 000 YEARS 00 MONTHS 000 DAYS *Sentence Date:*

***End of Report***

This Chicago Police Department IR rap-sheet should not replace the use of the Illinois State Police statewide criminal history transcript, which may contain additional criminal history data and can be obtained by performing a CQR1 inquiry via your LEADS terminal.

03-JUL-2007 12:45 Requested by: PC0V503

# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LILLIE CHOYCE,<br><br>Plaintiff,<br><br>v.<br><br>OFFICER MARK L. FRIAR (NO. 11654), OFFICER D. F. JOHNSON (NO. 7129), and the CITY OF CHICAGO,<br><br>Defendants. | No. 07 CV 1790<br><br>JUDGE DER-YEGHIAYAN |

**AMENDED COMPLAINT AT LAW**

NOW COMES the Plaintiff, by and through the LAW OFFICES OF BLAKE HORWITZ, LTD., and pursuant to this Complaint at Law, states the following against the above named Defendants, to wit OFFICER MARK L. FRIAR (NO. 11654), OFFICER D. F. JOHNSON (NO. 7129) (hereinafter, the "DEFENDANT OFFICERS"), and the CITY OF CHICAGO:

**JURISDICTION**

1. The jurisdiction of the court is invoked pursuant to the Civil Rights Act, 42 U.S.C. § 1983; the Judicial Code, 28 U.S.C. §1331 and §1343(a); the Constitution of the United States; and this Court's supplementary jurisdiction powers.

**PARTIES**

2. Plaintiff, LILLIE CHOYCE is a resident of the State of Illinois and a citizen of the United States.

3. The DEFENDANT OFFICERS were at all times relevant hereto officers of the CITY OF CHICAGO.

**FACTS**

4. On or about September 9, 2006, some or all of the DEFENDANT OFFICERS committed violent acts against the Plaintiff. Plaintiff was present at the scene of an altercation in which she was not involved when she was thrown down to the ground by one or more of the DFENDANT OFFICERS. Plaintiff sustained injuries. This conduct constituted an unreasonable seizure of the Plaintiff in violation of the Fourth Amendment to the United States Constitution.

5. On or about September 9, 2006, the Plaintiff did not obstruct justice, resist arrest, batter and/or assault any of the DEFENDANT OFFICERS.

6. The use of force initiated by some or all of the DEFENDANT OFFICERS and the failure to intervene in the use of said force, caused an excessive amount of force to be inflicted onto the body of the Plaintiff. Said force was unreasonable and unnecessary.

7. As a direct and proximate result of one or more of the aforesaid acts or omissions of the DEFENDANT OFFICERS, Plaintiff was caused to suffer serious personal injury as well as emotional and physical pain and suffering at the time of the incident, which continues now and will continue into the future.

8. On or about September 9, 2006, the DEFENDANT OFFICERS were on duty at all times relevant to this Complaint and duly appointed and were sworn police officers for the CITY OF CHICAGO. The DEFENDANT OFFICERS engaged in the conduct complained of, on said date, in the course and scope of their employment and while they were on duty. The DEFENDANT OFFICERS are sued in their individual capacity.

9. Also, some or all of the DEFENDANT OFFICERS conspired to injure the Plaintiff by:

   a. collectively using excessive force and/or failing to intervene in the use of excessive force against the Plaintiff;

    b.   agreeing not to report each other after witnessing Plaintiff being abused;

    c.   generating false documentation to cover-up for their own and each other's misconduct and allege false justification for the excessive use of force.

10.    In connection with the above conspiracy, the DEFENDANT OFFICERS specifically engaged in communication on or about the date of the Plaintiff's arrest, whereby the DEFENDANT OFFICERS agreed to facilitate, engage in and support the activity which occurred in connection with the allegations immediately above. As a result of this conspiracy, the DEFENDANT OFFICERS by and through their conduct, proximately caused the Plaintiff to, *inter alia*, be physically injured and incur financial loss, including hospitalization expenses as well as suffer emotional damage.

11.    It is the custom, practice and/or policy of police officers, their supervisors, agents or other employees of the CITY OF CHICAGO to perform the following acts and/or omissions in connection with excessive force and other acts of misconduct:

    a.   generate false documentation to cover-up for the misconduct of fellow police officers;

    b.   engage in acts of excessive force with innocent civilians;

    c.   fail to properly discipline officers from said police department who have committed acts of excessive force upon another;

    d.   fail to properly investigate a complaint of excessive force perpetrated by a CITY OF CHICAGO police officer upon another;

    e.   fail to take proper remedial action against a CITY OF CHICAGO police officer once it is determined that an act of excessive force has been committed by said officer upon another;

    f.   allow misconduct to occur in various types and levels of severity such that police officers believe that they can engage in serious acts of violence without repercussions and/or significant repercussions;

g.  fail to provide adequate sanctions or discipline to officers who use excessive force upon citizens in such a way that a permissive atmosphere exists among officers wherein they believe that they will not be disciplined (or significantly disciplined) for engaging in such behavior;

h.  fail to provide adequate sanctions or discipline to officers who falsify police reports, investigations and/or internal investigations, causing said officers to believe that they can manufacture evidence without being disciplined or significantly disciplined for engaging in illegal behavior (e.g. excessive force);

i.  fail to provide adequate sanctions or discipline to officers who falsify police reports,  investigations and/or internal investigations, causing said officers to believe that they can manufacture evidence without being disciplined or significantly disciplined for engaging in behavior which violates the rules, policies and/or procedures of the CITY OF CHICAGO Police Department;

j.  fail to properly investigate officers who falsify police reports, investigations and/or internal investigations, causing said officers to believe that they can manufacture evidence without being disciplined or significantly disciplined for engaging in behavior which violates the rules, policies and/or procedures of the CITY OF CHICAGO Police Department;

k.  fail to take proper remedial measures to prevent and/or deal with officers who falsify police reports, investigations and/or internal investigations, causing said officers to believe that they can manufacture evidence without being disciplined or significantly disciplined for engaging in illegal behavior (e.g. excessive force);

l.  fail to take proper remedial measures to prevent and/or deal with officers who falsify police reports, investigations and/or internal investigations, causing said officers to believe that they can manufacture evidence without being disciplined or significantly disciplined for engaging in behavior which violates the rules, policies and/or procedures of the CITY OF CHICAGO Police Department;

m.  fail to properly investigate officers who use excessive force upon citizens in such a way that a permissive atmosphere exists among officers wherein they believe that they will not be disciplined (or significantly disciplined) for engaging in such behavior;

n.  fail to take proper remedial action with officers who use excessive force upon citizens in such a way that a permissive atmosphere exists among officers wherein they believe that they will not be disciplined (or significantly disciplined) for engaging in such behavior;

o.  fail to provide proper training to prevent officers from falsifying police reports, using excessive force, and violating the rules, policies and procedures of the CITY OF CHICAGO Police Department.

12. This practice and/or custom, as alleged above, has gone unchecked and been allowed to exist in the CITY OF CHICAGO for a significant period of time, so much so, that police officers for the CITY OF CHICAGO recognize that they will not be punished for committing said acts and that, in fact, said acts are either permitted or quietly consented to by superior officers of the CITY OF CHICAGO Police Department, which permits misconduct to re-occur.

13. A code of silence exists, between the officers of said police department so as to obstruct the legal process (preventing the free flow of honest information with regard to acts of misconduct). This code of silence contributes to the generation of secrets regarding police officer misconduct.

14. The CITY OF CHICAGO is a duly incorporated municipal corporation and is the employer and principal of the DEFENDANT OFFICERS as well as the other officers referred to in this Complaint, as indicated in the *Monell* claim alleged herein. At all times material to this Complaint, the DEFENDANT OFFICERS were acting under color of state law, ordinance and/or regulation, statutes, custom and usages of the CITY OF CHICAGO.

**COUNT I**
**§1983 Excessive Force**

15. Plaintiff re-alleges paragraphs 1 – 14 as though fully set forth herein.

16. The actions of the DEFENDANT OFFICERS amount to an excessive use of force onto the Plaintiff. This conduct violated the Plaintiff's Fourth Amendment right to be free from unreasonable seizure.

17. The aforementioned actions of said officers were the direct and proximate cause of the constitutional violations set forth above.

WHEREFORE, Plaintiff demands compensatory damages from the DEFENDANT OFFICERS. Plaintiff also demands punitive damages, costs and attorney's fees against said Defendants. Plaintiff also demands whatever additional relief this Court deems equitable and just.

**COUNT II**
**Battery –State Claim**

18. Plaintiff re-alleges paragraphs 1 – 14 as though fully set forth herein.

19. The DEFENDANT OFFICERS struck the Plaintiff intentionally, without consent and without justification.

20. The DEFENDANT OFFICERS' conduct was in violation of Law.

21. The aforementioned actions of the DEFENDANT OFFICERS were the direct and proximate cause of the violations set forth above.

WHEREFORE, Plaintiff demands compensatory damages from the DEFENDANT OFFICERS, punitive damages and costs. Plaintiff also demands whatever additional relief this Court deems equitable and just.

**COUNT III**
**§ 1983 Conspiracy Claim**

22. Plaintiff re-alleges paragraphs 1 – 14 as though fully set forth herein.

23. The aforementioned actions of the DEFENDANT OFFICERS were the direct and proximate cause of the violations of the United States Constitution, *inter alia* the Fourth Amendment.

WHEREFORE, Plaintiff demands compensatory damages from the DEFENDANT OFFICERS, punitive damages and attorney's fees and costs. Plaintiff also demands whatever additional relief this Court deems equitable and just.

**COUNT IV**
**Conspiracy Claim – State Law**

24. Plaintiff re-alleges paragraphs 1 – 14 as though fully set forth herein.

25. The aforementioned actions were the direct and proximate cause of the violations of the Constitution of the State of and law.

WHEREFORE, Plaintiff demands compensatory damages from the DEFENDANT OFFICERS, punitive damages and costs. Plaintiff also demands whatever additional relief this Court deems equitable and just.

**COUNT V**
***Monell***

26. Plaintiff re-alleges paragraphs 1 – 14 as though fully set forth herein.

WHEREFORE, Plaintiff demands compensatory damages against the CITY OF CHICAGO, costs and attorney's fees. Plaintiff also demands whatever additional relief this Court deems equitable and just.

**COUNT VI**
**745 ILCS 10/9-102 Claim Against the CITY OF CHICAGO**

27. Plaintiff re-alleges paragraphs 1 – 14 as though fully set forth herein.

28. Defendant CITY OF CHICAGO is the employer of the DEFENDANT OFFICERS alleged above.

29. The DEFENDANT OFFICERS, as alleged above, committed the acts under color of law and in the scope of their employment as employees for the CITY OF CHICAGO.

WHEREFORE, should DEFENDANT OFFICERS be found liable for any of the alleged counts in this cause, Plaintiff demands that, pursuant to 745 ILCS 10/9-102, the CITY OF CHICAGO pay them any judgment obtained against said DEFENDANT OFFICERS as a result of this Complaint.

**<u>COUNT VII</u>**
**<u>Supplementary Claim for *Respondeat Superior*</u>**

30. Plaintiff re-alleges paragraphs 1 – 14 as though fully set forth herein.

31. The aforesaid acts of the DEFENDANT OFFICERS were in the scope of their employment and therefore the Defendant CITY OF CHICAGO, as principal, is liable for the actions of its agents under the doctrine of *respondeat superior*.

WHEREFORE should the DEFENDANT OFFICERS be found liable for any state claims alleged herein, Plaintiff demands judgment against the CITY OF CHICAGO and such other additional relief, as this Court deems equitable and just.

**Plaintiff demands trial by jury.**

Respectfully submitted,

<u>s/ Amanda S. Yarusso</u>
Attorney for the Plaintiff
Amanda S. Yarusso

**THE LAW OFFICES OF BLAKE HORWITZ, LTD.**
155 N. Michigan Ave., Suite 723
Chicago, IL 60601
(312) 616-4433
(312) 565-7173 (Fax)