# EXHIBIT M

Case 1:08-cv-00202　　Document 38-4　　Filed 07/10/2008　　Page 1 of 2

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.0**
### Eastern Division

Lily Choyce

        Plaintiff,

v.                Case No.: 1:07−cv−01790
                Honorable Samuel Der−Yeghiayan

Unknown Officers, et al.

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 26, 2007:

  MINUTE entry before Judge Samuel Der−Yeghiayan : Status hearing held and continued to 08/30/07 at 9:00 a.m. Plaintiff's motion for extension of time and for leave to file an amended complaint [20]is denied as moot. As stated on the record, Plaintiff is given an additional 30 days to discover the names of the unknown officers. Plaintiff is further given leave to file an amended complaint naming the unknown officers. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.