EXHIBIT N



**City of Chicago**
**Richard M. Daley, Mayor**

**Department of Law**

Mara S. Georges
Corporation Counsel

Police Policy Litigation Division
Suite 1610
30 North LaSalle Street
Chicago, Illinois 60602-2580
(312) 744-9010
(312) 744-6912 (FAX)
http://www.cityofchicago.org

*Via Messenger Delivery*

August 21, 2007



Blake Horwitz
Amanda Yarusso
Law Offices of Blake Horwitz
155 N. Michigan Ave., Ste. 723
Chicago, IL 60601
(312) 616-4433

Re: <u>Choyce v. Unknown Officers</u>, 07 C 1790

Dear Counsel:

Please find enclosed a copy of the event queries and standard search location report for the 6500 block of S. Rhodes, on the date in question - September 9, 2006. As you can see, it appears that there were approximately 15 to 20 additional units that responded to the scene on the date in question. I have requested the A&A sheets for each of these additional units.

Further, as we discussed earlier this afternoon, an attorney from another the Individual Defense Litigation Division met with the Johnson and Friar, the officers that arrested the plaintiff's son, Cedric Choyce. These officers did not remember having any contact with the plaintiff on that date, and did not remember the plaintiff at all. They did confirm, however, that officers Anna Valeriano and Marcos Perez from beat 312 responded to the scene, along with approximately 15 to 20 other units.

In addition to the A&A sheets for the beats listed in the event queries and standard search location report, I will request the arrest reports for the other 2 individuals arrested along with Cedric Choyce, any ambulance reports that may exist from this incident, and any tactical response reports related to the three arrests made that day. Also, I will reach out to Valeriano and Perez to see what information they may have about the incident in question, and other officers that responded to the scene that may have had contact with the plaintiff.

Further, as we discussed, due to the large amount of "discovery" that remains to identify the officers involved, the City will need additional time beyond the August 27th date the court set for the parties to identify the officers. I would suggest that the City needs, at a minimum, an additional 60 days. Thus, Ms. Yarusso indicated that she will be filing an agreed motion with the court seeking additional time to identify the officers.

Finally, Ms. Yarusso stated that plaintiff previously made a demand of $95,000, but was willing to engage in additional settlement discussions. I will consult







**City of Chicago**
**Richard M. Daley, Mayor**

**Department of Law**

Mara S. Georges
Corporation Counsel

Police Policy Litigation Division
Suite 1610
30 North LaSalle Street
Chicago, Illinois 60602-2580
(312) 744-9010
(312) 744-6912 (FAX)
http://www.cityofchicago.org

with my superiors to determine if the City has any authority to settle the case.

Sincerely,

Glenn Angel
Assistant Corporation Counsel
(312) 744-6922



2



| | | DATE INFO | | | | |
|---|---|---|---|---|---|---|
| From Date: | 09-SEP-2006 | From Time: | 000000 | To Date: | 09-SEP-2006 | To Time: | 235959 |
| Use Police Period: | NO | From Period: | | Period Year: | | Time Usage: | ALL |
| | | To Period: | | Period Year: | | | |

| | | INCLUDE LOC | | | | |
|---|---|---|---|---|---|---|
| Watch: | | 000000 | 075959 | 080000 | 155959 | 160000 | 235959 |
| Sequence Number: | 220902 | | | Disp Wks(s): | | | |
| Area(s): | | | | Entry Wks(s): | | | |
| Con Districts(s): | 003 | | | | | | |
| Srv Districts(s): | | | | | | | |
| Srv Beat(s): | | | | Occ Beat(s): | | | |
| Zone(s): | | | | | | | |
| Location of Srv: | %[6500-6599]%S%RHODES% | | | | | | |
| Address of Occ: | %[6500-6599]%S%RHODES% | | | | | | |

| | INCLUDE OTHER | |
|---|---|---|
| Init Event Type(s): | | Fin Event Type(s): |
| Init Disposition(s): | | Fin Disposition(s): |
| Init Priority(s): | | All Disposition(s): |
| | | Source(s): |
| Caller Name: | | Unit(s): |
| Caller Location: | | Caller Telephone: |

| | RECORDS TO BE INCLUDED | |
|---|---|---|
| RD Number | Wire Less | Canceled | Dispatched |
| Duplicate | Flio | Reopened | Stacked |
| LAURA | | OFCEC602 | |

2/24

220802

Page  2

# OFFICE OF EMERGENCY COMMUNICATIONS - eecec602
## Standard Location Search Report

| Entry Date | Event Number | Event Type | Dispositions | Loc of Srv | Addr of Occ | Unit List |
|---|---|---|---|---|---|---|
| 09-SEP-2005 01:30:41 | 0625201767 | CDTRIP | 19P | 6324 S RHODES AV | 6324 S RHODES AV | 312 |
| 09-SEP-2005 18:52:11 | 0625201859 | BATRIP | 0680 | 6505 S RHODES AV | 6505 S RHODES AV | 302,331,312,313,324,3 30,332,333,334,350,35 2,358,395 |
| 09-SEP-2005 18:53:34 | 0625201800 | CDTRIP | | 6401 S RHODES AV | 6501 S RHODES AV | |
| 09-SEP-2005 19:04:04 | 0625201102 | ASSTPC | | 6600 S RHODES AV | 6600 S RHODES AV | |
| 09-SEP-2005 20:46:27 | 0625200513 | BATIP | 19P | 6500BLK S RHODES AV | 6500BLK S RHODES AV | 321,322,358 |
| 09-SEP-2005 20:46:52 | 0625200525 | PERKIN | | 6500 S RHODES AV | 6500 S RHODES AV | |
| 09-SEP-2005 20:43:09 | 0625200500 | BATIP | | 6528 S RHODES AV | 6528 S RHODES AV | |
| 09-SEP-2005 20:48:11 | 0625200501 | DIST | 19P | 6590 S RHODES AV | 6590 S RHODES AV | |
| 09-SEP-2005 21:07:22 | 0625201005 | ASSLTIP | 19P | 6501 S RHODES AV | 6501 S RHODES AV | 321 |
| 09-SEP-2005 21:07:36 | 0625201070 | CDTRIP/C | | 6901 S RHODES AV | 6901 S RHODES AV | 2162,330 |
| 09-SEP-2005 21:11:36 | 0625201116 | CHECWA | | 6502 S RHODES AV | 6602 S RHODES AV | |

Total                    11

Area(s):
Con District(s):
Srv District(s):
Srv Beat(s):
Zone(s):
Location of Srv:
Address of Occ:

| | EXCLUDE LOC |
|---|---|
| Dispatch Wks(s): | |
| Entry Wks(s): | |
| Occ Beat(s): | |

Init Event Type(s):
Init Disposition(s):
Init Priority(s):

Caller Name:
Caller Location:

| | EXCLUDE-OTHER |
|---|---|
| Fin Event Type(s): | |
| Fin Disposition(s): | |
| All Disposition(s): | |
| Source(s): | |
| Unit(s): | |
| Caller Telephone: | |

**RECORDS TO BE EXCLUDED**

| | | | |
|---|---|---|---|
| RD Number | Wire Less | Canceled | Dispatched |
| Duplicate | File | Reopened | Stacked |

220802

| CHICAGO POLICE DEPARTMENT | | | 03-JUL-2007 | PAGE | 1 |
|---|---|---|---|---|---|
| EVENT QUERY | | | | | |

Event #    0625201767

| Type | Location | | | Date | | Pri | DG | Svc Beat | Disp |
|---|---|---|---|---|---|---|---|---|---|
| CDTPIP | 6524 S RHODES AV | | | 09-SEP-2006 01:30:41 | | 1B | 003 | 0321 | 19P |
| Source | Response Level | Caller | | | | | | Phone | |
| E | 1 | | | | | | | | |

Address of Occurrence | | | | | | | | Occ Beat |
|---|---|---|---|---|---|---|---|---|
| 6524 S RHODES AV | | | | | | | | 0321 |

Event Chronology

| Date | Activity | Wkstn | Person | Text |
|---|---|---|---|---|
| 09-SEP-2006 01:28:32 | REC | | | |
| 09-SEP-2006 01:28:35 | REBID | PCT10 | C604266 | · X -087614570, Y + 41772600, Location [401-429 E MARQUETTE RD ] |
| 09-SEP-2006 01:28:47 | ALERT | PCT10 | C604266 | Type [DD] has no Card |
| 09-SEP-2006 01:29:15 | ALERT | PCT10 | C604266 | Type [CDTPIP] has no Card |
| 09-SEP-2006 01:30:41 | ENTRY | PCT10 | C604266 | EventLocation, Floor, CallerLocation, CallerName have been changed. |
| 09-SEP-2006 01:59:27 | DSP | PD05 | D303855 | 312 |
| 09-SEP-2006 02:11:08 | AUTPRE | PD05 | D552536 | 312 |
| 09-SEP-2006 02:11:20 | CLEAR | PADM06 | D543244 | 312  D/19P |
| 09-SEP-2006 02:11:20 | CLOSE | PADM06 | D543244 | D/19P |
| | RMKS | | | *** WIRELESS CALL *** |
| | RMKS | | | gang bangers busting out the windows in front - combative caller gave no other info nfi |

Unit Summary

| Unit | Dispatch | Enroute | Onscene | T | TA | TC | Clear |
|---|---|---|---|---|---|---|---|
| 312 | 01:59:27 | | | | | | 02:11:08 |
| 312 | 02:11:08 | | | | | | 02:11:20 |

CHICAGO POLICE DEPARTMENT
EVENT QUERY

03-JUL-2007    PAGE    1

Event #   0625217859

| Type | Location | | Date | Pri | DG | Svc Beat | Disp |
|---|---|---|---|---|---|---|---|
| BATIP | 6505 S RHODES AV | | 09-SEP-2006 18:52:11 | 1A | 003 | 0321 | 0460 |
| Source | Response Level | Caller | | | | Phone | |
| S | J | | | | | | |

Address of Occurrence
6505 S RHODES AV

Occ Beat
0321

Event Chronology

| Date | Activity | Wkstn | Person | Text |
|---|---|---|---|---|
| 09-SEP-2006 18:51:47 | ALERT | PD08 | A500271 | Type [BATIP] has no  Card |
| 09-SEP-2006 18:52:11 | ENTRY | PD08 | A500271 | |
| 09-SEP-2006 18:52:30 | DSP | PD05 | D539223 | 352 |
| 09-SEP-2006 18:53:49 | XREF | PD05 | D539223 | #CPD0625217890 by PD05, Unit 352, Unit 352 |
| 09-SEP-2006 19:00:47 | DSP | PD05 | D539223 | 332  334 |
| 09-SEP-2006 19:01:31 | DSP | PD05 | D539223 | 311 |
| 09-SEP-2006 19:02:08 | ASST | PD05 | D539223 | 312 |
| 09-SEP-2006 19:03:04 | DSP | PD05 | D539223 | 305 |
| 09-SEP-2006 19:03:07 | DSP | PD05 | D539223 | 358 |
| 09-SEP-2006 19:03:10 | DSP | PD05 | D539223 | 333 |
| 09-SEP-2006 19:03:12 | AUTPRE | PADM06 | D307491 | 333 |
| 09-SEP-2006 19:03:13 | ASST | PADM06 | D307491 | 333 330 350 |
| 09-SEP-2006 19:03:14 | DSP | PD05 | D539223 | 324 |
| 09-SEP-2006 19:03:16 | ASST | PADM06 | D307491 | 395 |
| 09-SEP-2006 19:03:32 | ALERT | PD05 | D539223 | Type [BATIP] has no  Card |
| 09-SEP-2006 19:03:38 | CHNG | PD05 | D539223 | Remarks Entered;Triage Data Entered; |
| 09-SEP-2006 19:04:24 | XREF | PADM06 | D307491 | #CPD0625218102 by PADM06, Unit 333, Unit 333 |
| 09-SEP-2006 19:07:29 | ALERT | PD05 | D539223 | Type [BATIP] has no  Card |
| 09-SEP-2006 19:07:46 | CHNG | PD05 | D539223 | Remarks Entered;Triage Data Entered; |
| 09-SEP-2006 19:11:56 | CLEAR | PD05 | D539223 | 324 |
| 09-SEP-2006 19:15:57 | AUTPRE | PD05 | D539223 | 334 |
| 09-SEP-2006 19:16:45 | CLEAR | PD05 | D539223 | 333 |
| 09-SEP-2006 19:21:10 | CLOC | PD05 | D539223 | 312 [6530 RHODES] |
| 09-SEP-2006 19:22:29 | CLEAR | PD05 | D539223 | 311 |
| 09-SEP-2006 19:22:42 | CLEAR | PD05 | D539223 | 395 |
| 09-SEP-2006 19:26:49 | CLOC | PD05 | D539223 | 358 [003 W/SEV ARR'S] |
| 09-SEP-2006 19:27:50 | PREMP | PD05 | D539223 | 332 |
| 09-SEP-2006 19:28:04 | ASST | PD05 | D539223 | 332 |
| 09-SEP-2006 19:29:33 | CLOC | PD05 | D539223 | 332 [003 W/2 FOR 352] |
| 09-SEP-2006 19:30:17 | ASST | PD05 | D539223 | 313 |
| 09-SEP-2006 19:30:38 | CLOC | PADM06 | D307491 | 313 [003 W/2] |
| 09-SEP-2006 19:39:52 | CLOC | PADM06 | D307491 | 330 [003] |
| 09-SEP-2006 19:42:50 | CLEAR | PD05 | D539223 | 305 |
| 09-SEP-2006 19:43:54 | CASERD | PD05 | D539223 | RDG Report Number 352 $CPDHM591786 D/0460 By: D539223 |

CHICAGO POLICE DEPARTMENT                          03-JUL-2007   PAGE    2
EVENT QUERY

Event #   0625217859

Event Chronology

| Date | Activity | Wkstn | Person | Text |
|------|----------|-------|--------|------|
| 09-SEP-2006 19:45:30 | CLOC | PD05 | D539223 | 352 [003 W/SEV AR] |
| 09-SEP-2006 19:50:21 | CLEAR | MDTP0372 | PC0H739 | 332 |
| 09-SEP-2006 19:53:08 | CLOC | PD05 | D539223 | 352 [003 W/4] |
| 09-SEP-2006 19:53:30 | CLOC | PD05 | D539223 | 312 [003 W/2 FOR 362] |
| 09-SEP-2006 19:53:40 | CLOC | PD05 | D539223 | 312 [003 FOR 352] |
| 09-SEP-2006 20:04:28 | AUTPRB | PD05 | D539223 | 330 |
| 09-SEP-2006 20:13:30 | CLEAR | MDTP2562 | PC0X045 | 312 |
| 09-SEP-2006 20:20:02 | CLEAR | PD05 | D539223 | 313 |
| 09-SEP-2006 20:24:13 | CLEAR | PD05 | D539223 | 358 |
| 09-SEP-2006 21:28:51 | CLEAR | PD05 | D539223 | 350 |
| 10-SEP-2006 00:58:37 | CLEAR | PD05 | D552536 | 352 |
| 10-SEP-2006 00:58:37 | CLOSE | PD05 | D552536 | |
| | RMKS | | | ABOUT 30 PEOPLE IN THE ST |
| | | | | NFI |
| | RMKS | | | 10-1 |
| | RMKS | | | REQ EMS--46YO FEMALE WITH BROKEN |
| | | | | LEG |

Unit Summary

| Unit | Dispatch | Enroute | Onscene | T | TA | TC | Clear |
|------|----------|---------|---------|---|----|----|-------|
| 352 | 18:52:30 | 19:45:30 | | | | | 10-SEP-2006 |
| | | | | | | | 00:58:37 |
| 332 | 19:00:47 | | | | | | 19:27:50 |
| 334 | 19:00:47 | | | | | | 19:15:57 |
| 311 | 19:01:31 | | | | | | 19:22:29 |
| 312 | 19:02:08 | 19:21:10 | | | | | 20:13:30 |
| 305 | 19:03:04 | | | | | | 19:42:50 |
| 358 | 19:03:07 | 19:26:49 | | | | | 20:24:13 |
| 333 | 19:03:10 | | | | | | 19:03:12 |
| 333 | 19:03:13 | | | | | | 19:16:45 |
| 330 | 19:03:13 | 19:39:52 | | | | | 20:04:28 |
| 350 | 19:03:13 | | | | | | 21:28:51 |
| 324 | 19:03:14 | | | | | | 19:11:56 |
| 395 | 19:03:16 | | | | | | 19:22:42 |
| 332 | 19:28:04 | 19:29:33 | | | | | 19:50:21 |
| 313 | 19:30:17 | 19:30:38 | | | | | 20:20:02 |

| CHICAGO POLICE DEPARTMENT | | | | | 03-JUL-2007 | | PAGE | 1 |
| EVENT QUERY | | | | | | | | |

Event #  0625217890

| Type | Location | | | Date | | Pri | DG | Svc Beat | Disp |
|------|----------|--|--|------|--|-----|-----|----------|------|
| CDTPIP | 6501 S RHODES AV | | | 09-SEP-2006 18:53:34 | | 1B | 003 | 0321 | |
| Source | Response Level | Caller | | | | | | Phone | |
| E | 1 | JONES, CHIQUITA | | | | | | 773-955-7557 | |
| Address of Occurrence | | | | | | | | Occ Beat | |
| 6501 S RHODES AV | | | | | | | | 0321 | |

Event Chronology

| Date | Activity | Wkstn | Person | Text |
|------|----------|-------|--------|------|
| 09-SEP-2006 18:52:55 | REC | | | |
| 09-SEP-2006 18:53:12 | ALERT | PCT67 | C558223 | Type [CDTPIP] has no  Card |
| 09-SEP-2006 18:53:34 | ENTRY | PCT67 | C558223 | EventLocation, Floor have been changed. |
| 09-SEP-2006 18:53:49 | XREF | PD05 | D539223 | #CPD0625217859 by PD05, Unit 352, Unit 352 |
| 09-SEP-2006 18:53:49 | DUP | PD05 | D539223 | |
| | RMKS | | | C/S ABOUT 30 PEOPLE BREAKING THE HOUSE WINDOWS AT LOCATION  NFI |

CHICAGO POLICE DEPARTMENT
EVENT QUERY

03-JUL-2007   PAGE   1

Event #   0625218102

| Type | Location | | | Date | Pri | DG | Svc Beat | Disp |
|---|---|---|---|---|---|---|---|---|
| ASSTPO | 6500 S RHODES AV | | | 09-SEP-2006 19:04:04 | 1A | 003 | 0321 | |
| Source | Response Level | Caller | | | | | Phone | |
| E | 1 | GRAY, LOLA | | | | | 773-667-0344 | |
| Address of Occurrence | | | | | | | Occ Beat | |
| 6500 S RHODES AV | | | | | | | 0321 | |

Event Chronology

| Date | Activity | Wkstn | Person | Text |
|---|---|---|---|---|
| 09-SEP-2006 19:02:28 | REC | | | |
| 09-SEP-2006 19:03:11 | ALERT | PDT99 | C606053 | Type [INFOPO] has no Card |
| 09-SEP-2006 19:03:22 | ALERT | PDT99 | C606053 | Type [ASSTPO] has no Card |
| 09-SEP-2006 19:04:04 | ENTRY | PDT99 | C606053 | EventLocation, Floor have been changed. |
| 09-SEP-2006 19:04:24 | XREF | PADM06 | D307491 | #CPD0625217859 by PADM06, Unit 333, Unit 333 |
| 09-SEP-2006 19:04:24 | DUP RMKS | PADM06 | D307491 | per citizen, PO's onscene need backup @ location...having hard time containing the 15 males re. the battery...nfi |

CHICAGO POLICE DEPARTMENT                                    03-JUL-2007     PAGE     1
EVENT QUERY

Event #   0625218130

| Type | Location | | | Date | Pri | DG | Svc Beat | Disp |
|------|----------|--|--|------|-----|----|----|------|
| EMS | 533 E 65TH ST / 6459 S RHODES AV | | | 09-SEP-2006 19:05:44 | 1A | 003 | 0321 | FILE |

| Source | Response Level | Caller | | | Phone |
|--------|----------------|--------|--|--|-------|
| E | 1 | MALE CALLER | | | 773-787-3072 |

Address of Occurrence                                                        Occ Beat
533 E 65TH ST / 6459 S RHODES AV                                              0321

Event Chronology

| Date | Activity | Wkstn | Person | Text |
|------|----------|-------|--------|------|
| 09-SEP-2006 19:04:09 | REC | | | |
| 09-SEP-2006 19:04:11 | REBID | PCTS24 | C551155 | Phase I: X -087614200, Y +41772800, Location [431-499 E MARQUETTE RD ] |
| 09-SEP-2006 19:04:19 | ALERT | PCTS24 | C551155 | Type [EMS] has no  Card |
| 09-SEP-2006 19:05:44 | ENTRY | PCTS24 | C551155 | EventLocation, CallerLocation, CallerName have been changed. |
| 09-SEP-2006 19:05:44 | ADVD | PCTS24 | C551155 | Dispo: FILE, Advised/ 'File' action entered |
| 09-SEP-2006 19:05:45 | XREF | PCTS24 | C551155 | #CFD062521699 with Ali/Ani number: 43004193 |
| | RMKS | | | *** WIRELESS CALL *** |
| | RMKS | | | PERSON BROKE THEIR LEG |
| | | | | 46  YOA , FEMALE |
| | | | | EAST  SIDE OF ST |
| | | | | EMS RESPONDING  NFI |

**CHICAGO POLICE DEPARTMENT**                                                03-JUL-2007    PAGE    1
**EVENT QUERY**

Event #    0625218181

| Type | Location | | Date | | Pri | DG | Svc Beat | Disp |
|------|----------|--|------|--|-----|-----|----------|------|
| EMS | 533 E 65TH ST / 6459 S RHODES AV | | 09-SEP-2006 19:08:10 | | 1A | 003 | 0321 | FILE |
| Source | Response Level | Caller | | | | | Phone | |
| E | 1 | CITZ | | | | | 773-870-9540 | |

Address of Occurrence
533 E 65TH ST / 6459 S RHODES AV

Occ Beat
0321

Event Chronology

| Date | Activity | Wkstn | Person | Text |
|------|----------|-------|--------|------|
| 09-SEP-2006 19:06:52 | REC | | | |
| 09-SEP-2006 19:06:55 | REBID | PADM21 | C555744 | X -087601200, Y +41781580, Location [6200-6258 S ELLIS AV ] |
| 09-SEP-2006 19:07:42 | ALERT | PADM21 | C555744 | Type [EMS] has no  Card |
| 09-SEP-2006 19:08:10 | ENTRY | PADM21 | C555744 | EventLocation, CallerLocation, CallerName have been changed. |
| 09-SEP-2006 19:08:10 | ADVD | PADM21 | C555744 | Dispo: FILE,  Advised/ 'File' action entered |
| 09-SEP-2006 19:08:11 | XREF | PADM21 | C555744 | #CPD062521702 with Ali/Ani number: 43004219 |
| | RMKS | | | *** WIRELESS CALL *** |
| | RMKS | | | FEMALE W/ FRACTURED LEG--FAOW--NO POLICE REQ. NFI |

**CHICAGO POLICE DEPARTMENT**                                    03-JUL-2007    PAGE    1
**EVENT QUERY**

Event #   0625220513

| Type | Location | | | Date | Pri | DG | Svc Beat | Disp |
|------|----------|--|--|------|-----|-----|----------|------|
| BATIP | 6500BLK S RHODES AV | | | 09-SEP-2006 20:46:27 | 1A | 003 | 0321 | 19P |
| Source | Response Level | Caller | | | | | Phone | |
| E | 1 | CINGULAR | | | | | 773-259-2006 | |
| Address of Occurrence | | | | | | | Occ Beat | |
| 6500BLK S RHODES AV | | | | | | | 0321 | |

Event Chronology

| Date | Activity | Wkstn | Person | Text |
|------|----------|-------|--------|------|
| 09-SEP-2006 20:44:41 | REC | | | |
| 09-SEP-2006 20:44:44 | REBID | PCT49 | C100960 | X -087616650, Y +41775630, Location [6300-6598 S CALUMET AV ] |
| 09-SEP-2006 20:45:35 | ALERT | PCT49 | C100960 | Type [BATIP] has no Card |
| 09-SEP-2006 20:46:27 | ENTRY | PCT49 | C100960 | EventLocation, CallerLocation have been changed. |
| 09-SEP-2006 20:46:57 | DSP | PD05 | D845695 | 321 |
| 09-SEP-2006 20:48:02 | ASST | PD05 | D845695 | 322 |
| 09-SEP-2006 20:53:41 | XREF | PADM06 | D307491 | #CPD0625220525 by PADM06, Unit 321, Unit 321 |
| 09-SEP-2006 20:54:12 | XREF | PD05 | D845695 | #CPD0625220560 by PD05, Unit 321, Unit 321 |
| 09-SEP-2006 20:55:32 | ASST | PADM06 | D307491 | 358 |
| 09-SEP-2006 20:58:39 | CLEAR | MDTP0423 | PC0X775 | 321 322 358 D/19P |
| 09-SEP-2006 20:58:39 | CLOSE | MDTP0423 | PC0X775 | D/19P |
| | RMKS | | | *** WIRELESS CALL *** |
| | RMKS | | | CS ABOUT 50 MALE AND FEMALES ARE FIGHTING...CS GUNS WERE SEEN...NFI |

Unit Summary

| Unit | Dispatch | Enroute | Onscene | T | TA | TC | Clear |
|------|----------|---------|---------|---|-----|-----|-------|
| 321 | 20:46:57 | | | | | | 20:58:39 |
| 322 | 20:48:02 | | | | | | 20:58:39 |
| 358 | 20:55:32 | | | | | | 20:58:39 |

**CHICAGO POLICE DEPARTMENT**
**EVENT QUERY**

03-JUL-2007    PAGE    1

Event #    0625220525

| Type | Location | | | Date | | Pri | DG | Svc Beat Disp |
|---|---|---|---|---|---|---|---|---|
| PERKNI | 6500 S RHODES AV | | | 09-SEP-2006 20:46:52 | | 1A | 003 | 0321 |
| Source | Response Level | Caller | | | | | | Phone |
| E | 1 | SPRINTPCS | | | | | | 773-220-6877 |
| Address of Occurrence | | | | | | | | Occ Beat |
| 6500 S RHODES AV | | | | | | | | 0321 |

Event Chronology

| Date | Activity | Wkstn | Person | Text |
|---|---|---|---|---|
| 09-SEP-2006 20:45:54 | REC | | | |
| 09-SEP-2006 20:45:57 | REBID | PCTS34 | C558224 | Phase I: X -087608300, Y +41793500, Location [5500-5598 S COTTAGE GROVE AV ] |
| 09-SEP-2006 20:46:22 | ALERT | PCTS34 | C558224 | Type [PERKNI] has no Card |
| 09-SEP-2006 20:46:52 | ENTRY | PCTS34 | C558224 | EventLocation, CallerLocation have been changed. |
| 09-SEP-2006 20:53:41 | XREF | PADM06 | D307491 | #CPD0625220513 by PADM06, Unit 321, Unit 321 |
| 09-SEP-2006 20:53:41 | DUP | PADM06 | D307491 | |
| | RMKS | | | *** WIRELESS CALL *** |
| | RMKS | | | large group of people on the street fighting with knives,,,,,,,nfi |

**CHICAGO POLICE DEPARTMENT**
**EVENT QUERY**

03-JUL-2007   PAGE   1

Event #   0625220560

| Type | Location | | | Date | | Pri | DG | Svc Beat Disp |
|---|---|---|---|---|---|---|---|---|
| BATIP | 6528 S RHODES AV | | | 09-SEP-2006 20:48:09 | | 1A | 003 | 0321 |
| Source | Response Level | Caller | | | | | | Phone |
| E | 1 | BATES, A | | | | | | 773-288-6716 |
| Address of Occurrence | | | | | | | | Occ Beat |
| 6528 S RHODES AV | | | | | | | | 0321 |

Event Chronology

| Date | Activity | Wkstn | Person | Text |
|---|---|---|---|---|
| 09-SEP-2006 20:46:12 | REC | | | |
| 09-SEP-2006 20:48:06 | ALERT | PCT13 | C99398 | Type [BATIP] has no Card |
| 09-SEP-2006 20:48:09 | ENTRY | PCT13 | C99398 | |
| 09-SEP-2006 20:54:12 | XREF | PD05 | D845695 | #CPD0625220513 by PD05, Unit 321, Unit 321 |
| 09-SEP-2006 20:54:12 | DUP | PD05 | D845695 | |
| | RMKS | | | C/S THERE ARE STILL PEOPLE IN FRONT FIGHTING THE POLICE CAME AND ARGUED WITH THE PEOPLE ABOUT WHAT KIND OF GUNS THEY HAD AND THEN LEFT,..... NO WEAPONS SEEN... C/S THEY ARE SITTING ON PEOPLE'S CARS AND STILL FIGHTING... WANTS DIFFERENT OFFICERS TO RESPOND THAT WON'T ARGUE WITH THE PEOPLE AND JUST DRIVE OFF... NFI |

**CHICAGO POLICE DEPARTMENT**                                                03-JUL-2007     PAGE     1
**EVENT QUERY**

Event #   0625220561

| Type | Location | | | Date | | Pri | DG | Svc Beat | Disp |
|------|----------|--|--|------|--|-----|-----|----------|------|
| DIST | 6530 S RHODES AV | | | 09-SEP-2006 20:48:11 | | 3B | 003 | 0321 | 19P |
| Source | Response Level | Caller | | | | | | Phone | |
| E | 1 | JACKSON, SHARON | | | | | | 773-667-8244 | |
| Address of Occurrence | | | | | | | | Occ Beat | |
| 6530 S RHODES AV | | | | | | | | 0321 | |

Event Chronology

| Date | Activity | Wksm | Person | Text |
|------|----------|------|--------|------|
| 09-SEP-2006 20:46:13 | REC | | | |
| 09-SEP-2006 20:46:39 | ALERT | PCT22 | C308572 | Type [DIST] has no Card |
| 09-SEP-2006 20:48:11 | ENTRY | PCT22 | C308572 | EventLocation, CallerName have been changed. |
| 09-SEP-2006 20:59:42 | DSP | PADM06 | D307491 | 321 |
| 09-SEP-2006 20:59:56 | XREF | PADM06 | D307491 | #CPD0625220810 by PADM06, Unit 321, Unit 321 |
| 09-SEP-2006 21:00:04 | CLEAR | PADM06 | D307491 | 321  D/19P |
| 09-SEP-2006 21:00:04 | CLOSE | PADM06 | D307491 | D/19P |
| | RMKS | | | more than 15 people are hanging out infront being loud and rowdy |

Unit Summary

| Unit | Dispatch | Enroute | Onscene | T | TA | TC | Clear |
|------|----------|---------|---------|---|-----|-----|-------|
| 321 | 20:59:42 | | | | | | 21:00:04 |

CHICAGO POLICE DEPARTMENT                    03-JUL-2007    PAGE    1
EVENT QUERY

Event #  0625221005

| Type | Location | | Date | Pri | DG | Svc Beat | Disp |
|---|---|---|---|---|---|---|---|
| ASLT1P | 6501 S RHODES AV | | 09-SEP-2006 21:07:22 | 1A | 003 | 0321 | 19P |
| Source | Response Level | Caller | | | | Phone | |
| E | 1 | US CELLULAR--CORETTA BARNETT | | | | 773-759-3021 | |
| Address of Occurrence | | | | | | Occ Beat | |
| 6501 S RHODES AV | | | | | | 0321 | |

Event Chronology

| Date | Activity | Wkstn | Person | Text |
|---|---|---|---|---|
| 09-SEP-2006 21:06:20 | REC | | | |
| 09-SEP-2006 21:06:23 | REBID | PCT11 | C606051 | Phase I: X -087611397, Y +41779900, Location [529-559 E 63RD ST ] |
| 09-SEP-2006 21:06:56 | ALERT | PCT11 | C606051 | Type [CDTPJO] has no Card |
| 09-SEP-2006 21:06:59 | ALERT | PCT11 | C606051 | Type [ASLT1P] has no Card |
| 09-SEP-2006 21:07:22 | ENTRY | PCT11 | C606051 | EventLocation, CallerLocation, CallerName have been changed. |
| 09-SEP-2006 21:08:46 | XREF | PD05 | D539223 | #CPD0625221010 by PD05 |
| 09-SEP-2006 21:09:27 | DSP | PADM06 | D307491 | 330 |
| 09-SEP-2006 21:09:42 | ASST | PADM06 | D307491 | 2162 |
| 09-SEP-2006 21:15:35 | XREF | PADM06 | D307491 | #CPD0625221116 by PADM06, Unit 330, Unit 330 |
| 09-SEP-2006 21:32:51 | CLEAR | PADM06 | D307491 | 330 |
| 09-SEP-2006 21:33:09 | CLEAR | PD05 | D539223 | 2162 Papercar changed from to 2162 D/19P |
| 09-SEP-2006 21:33:09 | CLOSE | PD05 | D539223 | D/19P |
| | RMKS | | | *** WIRELESS CALL *** |
| | RMKS | | | C/S SEVERAL PEOPLE ON SCENE NOW KICKING HER DOOR TRYING TO FIGHT HER AND THEY JUST BUSTED OUT HER WINDOWS...NFI |

Unit Summary

| Unit | Dispatch | Enroute | Onscene | T | TA | TC | Clear |
|---|---|---|---|---|---|---|---|
| 330 | 21:09:27 | | | | | | 21:32:51 |
| 2162 | 21:09:42 | | | | | | 21:33:09 |

CHICAGO POLICE DEPARTMENT                                  03-JUL-2007     PAGE       1
EVENT QUERY

Event #   0625221010

| Type | Location | | | Date | Pri | DG | Svc Beat Disp |
|---|---|---|---|---|---|---|---|
| CDTPJO | 6501 S RHODES AV -1 | | | 09-SEP-2006 21:07:30 | 2B | 003 | 0321 |
| Source | Response Level | Caller | | | | | Phone |
| E | 1 | BARNETT | | | | | 773-370-0470 |
| Address of Occurrence | | | | | | | Occ Beat |
| 6501 S RHODES AV | | | | | | | 0321 |

Event Chronology

| Date | Activity | Wkstn | Person | Text |
|---|---|---|---|---|
| 09-SEP-2006 21:06:05 | REC | | | |
| 09-SEP-2006 21:06:07 | REBID | PCT67 | C558223 | Phase I: X -087611397, Y +41779900, Location [529-559 E 63RD ST ] |
| 09-SEP-2006 21:06:30 | ALERT | PCT67 | C558223 | Type [CDTPIP] has no  Card |
| 09-SEP-2006 21:06:38 | ALERT | PCT67 | C558223 | Type [CDTPJO] has no  Card |
| 09-SEP-2006 21:07:30 | ENTRY | PCT67 | C558223 | EventLocation, Floor, CallerLocation, CallerName have been changed. |
| 09-SEP-2006 21:08:46 | XREF | PD05 | D539223 | #CPD0625221005 by PD05 |
| 09-SEP-2006 21:08:46 | DUP | PD05 | D539223 | |
| | RMKS | | | *** WIRELESS CALL *** |
| | RMKS | | | C/S PO JUST LEFT, UNKNOWN GROUP OF PEOPLE JUST BROKE THE WINDOWS NFI |

CHICAGO POLICE DEPARTMENT                                    03-JUL-2007    PAGE    1
EVENT QUERY

Event #   0625221116

| Type | Location | | | Date | | Pri | DG | Svc Beat | Disp |
|---|---|---|---|---|---|---|---|---|---|
| CHBCWB | 6502 S RHODES AV | | | 09-SEP-2006 21:11:36 | | 1A | 003 | 0321 | |
| Source | Response Level | Caller | | | | | | Phone | |
| E | 1 | CINGULAR | | | | | | 773-578-2018 | |
| Address of Occurrence | | | | | | | | Occ Beat | |
| 6502 S RHODES AV | | | | | | | | 0321 | |

Event Chronology

| Date | Activity | Wkstn | Person | Text |
|---|---|---|---|---|
| 09-SEP-2006 21:09:20 | REC | | | |
| 09-SEP-2006 21:09:23 | REBID | PCT46 | C093099 | Phase I: X -087612777, Y -41770277, Location [6824-6836 S KEEFE AV ] |
| 09-SEP-2006 21:11:05 | ALERT | PCT46 | C093099 | Type [CHBCWB] has no  Card |
| 09-SEP-2006 21:11:36 | ENTRY | PCT46 | C093099 | EventLocation, CallerLocation have been changed. |
| 09-SEP-2006 21:11:54 | ALERT | PCT46 | C093099 | Type [CHBCWB] has no  Card |
| 09-SEP-2006 21:12:28 | CHNG | PCT46 | C093099 | Remarks Entered;Triage Data Entered; |
| 09-SEP-2006 21:15:35 | XREF | PADM06 | D307491 | #CPD0625221005 by PADM06, Unit 330, Unit 330 |
| 09-SEP-2006 21:15:35 | DUP | PADM06 | D307491 | |
| | RMKS | | | *** WIRELESS CALL *** |
| | RMKS | | | man seemed to have just attacked someone in hallway ....door open..nfi. |
| | RMKS | | | one poss dwn...cannot be seen...poss off's fled....nfi. |

| DATE INFO | | | |
|---|---|---|---|
| From Date: | 09-SEP-2006 | From Time: | 000000 | To Date: | 09-SEP-2006 | To Time: | 235959 |
| Use Police Period: | NO | To Period: | 075959 | Period Year: | | Time Usage: | ALL |
| | | From Period: | | Period Year: | | | |

| Watch: | | 000000 | 080000 | 155959 | 160000 | 235959 |

| INCLUDE LOC | |
|---|---|
| Sequence Number: | 220796 |
| Area(s): | | Disp Wks(s): |
| Con. District(s): | 003 | Entry Wks(s): |
| Srv District(s): | |
| Srv Beat(s): | | Occ Beat(s): |
| Zone(s): | |
| Location of Srv: | %(65121)%S%RHODES%% |
| Address of Occ: | %(65121)%S%RHODES%% |

| INCLUDE OTHER | |
|---|---|
| Init Event Type(s): | | Fin Event Type(s): |
| Init Disposition(s): | | Fin Disposition(s): |
| Init Priority(s): | | All Disposition(s): |
| | | Source(s): |
| Caller Name: | | Unit(s): |
| Caller Location: | | Caller Telephone: |

| RECORDS TO BE INCLUDED | | | |
|---|---|---|---|
| RD Number | Wire Less | Cancelled | Dispatched |
| Duplicate | File | Reopened | Stacked |

LAURA                    OECEC602                    03-JUL-2007 12:09:30

OFFICE OF EMERGENCY COMMUNICATIONS - oeoecs502                    220796                    03-JUL-2007    Page    2
Standard Location Search Report

| Entry Date | Event Number | Event Type | Dispositions | Loc of Srv | Addr of Occ | Unit List |
|---|---|---|---|---|---|---|
| Total | 0 | | | | | |

**EXCLUDE LOC**

| | |
|---|---|
| Area(s): | Dispatch Wks(s): |
| Com District(s): | Entry Wks(s): |
| Srv District(s) | |
| Srv Beat(s): | Occ Beat(s): |
| Zone(s): | |
| Location of Srv: | |
| Address of Occ: | |

**EXCLUDE OTHER**

| | |
|---|---|
| Init Event Type(s) | Fin Event Type(s): |
| Init Disposition(s): | Fin Disposition(s): |
| Init Priority(s): | All Disposition(s): |
| | Source(s): |
| Caller Name: | Unit(s): |
| Caller Location: | Caller Telephone: |

**RECORDS TO BE EXCLUDED**

| RD Number | Wire Less | Canceled | Dispatched |
|---|---|---|---|
| Duplicate | File | Reopened | Stacked |

720795

| | DATE INFO | | | |
|---|---|---|---|---|
| From Date: | 09-SEP-2006 | From Time: | 000000 | To Date: | 09-SEP-2006 | To Time: | 235959 |
| Use/Police Period: | NO | From Period: | | Period Year: | | Time Usage: | ALL |
| | | To Period: | | Period Year: | | | |
| Watch: | | 000000 | 075959 | 080000 | 155959 | 160000 | 235959 |

| | INCLUDE LOC | | |
|---|---|---|---|
| Sequence Number: | 220798 | Disp Wks(s): | |
| Area(s): | | Entry Wks(s): | |
| Con District(s): | 003 | | |
| Srv District(s): | | | |
| Srv Beat(s): | | | |
| Zone(s): | | Occ Beat(s): | |
| Location of Srv: | %(6514)%5%RHODES% | | |
| Address of Occ: | %(6514)%5%RHODES% | | |

| | INCLUDE OTHER | |
|---|---|---|
| Init Event Type(s): | | Fin Event Type(s): |
| Init Disposition(s): | | Fin Disposition(s): |
| Init Priority(s): | | All Disposition(s): |
| | | Source(s): |
| Caller Name: | | Unit(s): |
| Caller Location: | | Caller Telephone: |

| | RECORDS TO BE INCLUDED | | |
|---|---|---|---|
| RD Number | Wireless | Cancelled | Dispatched |
| Duplicate | File | Repeated | Stacked |
| LAURA | | OECEC602 | 03-JUL-2007 12:10:40 |

OFFICE OF EMERGENCY COMMUNICATIONS - oecec602

Standard Location Search Report

220798                                03-JUL-2007    Page   2

| Entry Date | Event Number | Event Type | Dispositions | Loc of Srv | Addr of Occ | Unit List |
|------------|--------------|------------|--------------|------------|-------------|-----------|
| Total | 0 | | | | | |

Area(s):

Con District(s):

Srv District(s):

Srv Beat(s):

Zone(s):

Location of Srv:

Address of Occ:

| EXCLUDE LOC |
|---|
| Dispatch Wks(s): |
| Entry Wks(s): |
| Occ Beat(s): |

Init Event Type(s):

Init Disposition(s):

Init Priority(s):

Caller Name:

Caller Location:

| EXCLUDE OTHER |
|---|
| Fin Event Type(s): |
| Fin Disposition(s): |
| All Disposition(s): |
| Source(s): |
| Unit(s): |
| Caller Telephone: |

| RECORDS TO BE EXCLUDED | | | |
|---|---|---|---|
| RD Number | Wire Less | Canceled | Dispatched |
| Duplicate | File | Reopened | Stacked |
| 720798 | | | |