# EXHIBIT O

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LILY CHOYCE,<br><br>    Plaintiff,<br><br>    v.<br><br>UNKNOWN OFFICERS and the CITY OF CHICAGO,<br><br>    Defendants. | No. 07 CV 1790<br><br>JUDGE DER-YEGHIAYAN |

**AGREED MOTION FOR EXTENSION OF TIME TO DISCOVER AND NAME DEFENDANT OFFICERS**

NOW COME the Plaintiff, by and through Amanda Yarusso of the LAW OFFICES OF BLAKE HORWITZ, LTD., and the Defendant, by and through Glenn Angel of the CITY OF CHICAGO POLICE POLICY DIVISION, and in support of this motion for extension of time, state the following:

1. On May 31, 2007, this Court granted Plaintiff thirty days to discover the names of the unknown defendant officers and file a motion to amend the complaint.

2. Upon Plaintiff's motion for additional time (due to Defense counsel being on vacation and unable to supply the necessary documents and/or names sooner), the Court extended the time to discover the names until July 16, 2007 and to amend until July 25, 2007.

3. Most recently, at a status hearing on July 26, 2007, Plaintiff's (second) motion for an extension was heard and this Court gave the parties 30 additional days to consult and resolve any issues regarding identification of the officers involved. The Plaintiff was also given an additional 30 days to identify the unknown officers.

1

4. Defense counsel Glenn Angel has been working to gather the information necessary to identify the officers involved with the Plaintiff specifically. The parties have learned that there were many civilians and officer units involved in the general incident in which the Plaintiff became involved. An attorney from the Individual Defense Litigation Division met with two officers involved in the arrest scene to confirm their presence and identify other units called. Mr. Angel will contact the two officers from the other unit to make a similar inquiry. Mr. Angel has also obtained some documents and is in the process of gathering additional documents, including ambulance reports and arrest reports, or other reports, in an attempt to determine the specific officers involved with the Plaintiff. However, it is turning out to be a more complicated task than originally anticipated and the City requires more time to gather all of the necessary information. Specifically, the City needs an additional 60 days to gather this information. See Exhibit A, August 21, 2007 letter by Glenn Angel.

5. Plaintiff cannot know, at this point, which officer specifically used excessive force on her and which, if any, failed to intervene in the force used against her. The parties have not yet been able to determine which officers had any contact with Plaintiff. Therefore, the further investigation and collection of documents from the City is necessary to amend the complaint to name all potential Defendant officers.

6. Thus, in order to comply with this Court's directives, the parties request a further extension to obtain the Defendant officers' names and move to amend the complaint, accordingly.

7. Counsel spoke on August 21, 2007 regarding the status of the investigation and discovery (described in paragraph 5 and Exhibit A) and are in agreement regarding the additional time and

this motion. The parties are seeking to cooperate to resolve the issue of the unidentified officers and also to attempt to negotiate an early settlement of this case.

WHEREFORE, the parties request until October 26, 2007 to discover the names of the unknown officers and for Plaintiff to amend the complaint accordingly.

                Respectfully submitted,

                s/ Amanda S. Yarusso
                Amanda S. Yarusso, Attorney for the Plaintiff
                THE LAW OFFICES OF BLAKE HORWITZ, LTD.
                155 N. Michigan Ave., Suite 723
                Chicago, IL 60601
                (312) 616-4433
                (312) 565-7173 (Fax)

                s/ Glenn Angel
                Glenn Angel, Attorney for the Defendant City
                CITY OF CHICAGO POLICE POLICY LIT. DIV.
                30 N. LaSalle St., Suite 1610
                Chicago, IL 60602
                (312) 744-6922
                (312) 744-6912

# EXHIBIT A



**City of Chicago**
**Richard M. Daley, Mayor**

**Department of Law**

Mara S. Georges
Corporation Counsel

Police Policy Litigation Division
Suite 1610
30 North LaSalle Street
Chicago, Illinois 60602-2580
(312) 744-9010
(312) 744-6912 (FAX)

http://www.cityofchicago.org

*Via Messenger Delivery*

August 21, 2007

Blake Horwitz
Amanda Yarusso
Law Offices of Blake Horwitz
155 N. Michigan Ave., Ste. 723
Chicago, IL 60601
(312) 616-4433



Re: <u>Choyce v. Unknown Officers</u>, 07 C 1790

Dear Counsel:

Please find enclosed a copy of the event queries and standard search location report for the 6500 block of S. Rhodes, on the date in question - September 9, 2006. As you can see, it appears that there were approximately 15 to 20 additional units that responded to the scene on the date in question. I have requested the A&A sheets for each of these additional units.

Further, as we discussed earlier this afternoon, an attorney from another the Individual Defense Litigation Division met with the Johnson and Friar, the officers that arrested the plaintiff's son, Cedric Choyce. These officers did not remember having any contact with the plaintiff on that date, and did not remember the plaintiff at all. They did confirm, however, that officers Anna Valeriano and Marcos Perez from beat 312 responded to the scene, along with approximately 15 to 20 other units.

In addition to the A&A sheets for the beats listed in the event queries and standard search location report, I will request the arrest reports for the other 2 individuals arrested along with Cedric Choyce, any ambulance reports that may exist from this incident, and any tactical response reports related to the three arrests made that day. Also, I will reach out to Valeriano and Perez to see what information they may have about the incident in question, and other officers that responded to the scene that may have had contact with the plaintiff.

Further, as we discussed, due to the large amount of "discovery" that remains to identify the officers involved, the City will need additional time beyond the August 27th date the court set for the parties to identify the officers. I would suggest that the City needs, at a minimum, an additional 60 days. Thus, Ms. Yarusso indicated that she will be filing an agreed motion with the court seeking additional time to identify the officers.

Finally, Ms. Yarusso stated that plaintiff previously made a demand of $95,000, but was willing to engage in additional settlement discussions. I will consult







**City of Chicago**
**Richard M. Daley, Mayor**

**Department of Law**

Mara S. Georges
Corporation Counsel

Police Policy Litigation Division
Suite 1610
30 North LaSalle Street
Chicago, Illinois 60602-2580
(312) 744-9010
(312) 744-6912 (FAX)

http://www.cityofchicago.org

with my superiors to determine if the City has any authority to settle the case.

Sincerely,

Glenn Angel
Assistant Corporation Counsel
(312) 744-6922





2