EXHIBIT  P

```
 1                    IN THE UNITED STATES DISTRICT COURT
                        NORTHERN DISTRICT OF ILLINOIS
 2                            EASTERN DIVISION

 3   LILY CHOYCE,                    )  Docket No. 07 C 1790
                                     )
 4            Plaintiff,             )
                                     )  Chicago, Illinois
 5            vs.                    )  August 30, 2007
                                     )  9:00 o'clock a.m.
 6   UNKNOWN OFFICERS, CITY OF       )
     CHICAGO, et al.,                )
 7                                   )
              Defendants.            )
 8

 9              TRANSCRIPT OF PROCEEDINGS - Status
           BEFORE THE HONORABLE SAMUEL DER-YEGHIAYAN
10

11   APPEARANCES:
     For the Plaintiff:       HORWITZ, RICHARDSON & BAKER, LLC
12                            BY:  MR. BLAKE WOLFE HORWITZ
                              20 South Clark Street
13                            Suite 500
                              Chicago, Illinois  60603
14

15   For City of Chicago:     CITY OF CHICAGO
                              BY:  MR. GLENN KEVIN ANGEL
16                            30 North LaSalle Street
                              Chicago, Illinois  60602
17

18

19

20

21

22              LAURA LACIEN, CSR, RMR, FCRR
                   Official Court Reporter
23         219 South Dearborn Street, Suite 1902
                   Chicago, Illinois  60604
24                   (312) 408-5032

25
```

```
 1        (The following proceedings were had in open court:)
 2             COURTROOM DEPUTY:  07 C 1790, Choyce versus Unknown
 3   Officers.
 4             MR. HORWITZ:  Good morning.  Blake Horwitz on behalf
 5   of plaintiff.
 6             THE COURT:  Good morning.
 7             MR. ANGEL:  Good morning, your Honor.  Glenn Angel
 8   for defendant, City of Chicago.
 9             THE COURT:  Good morning, both.
10             I had continued this matter previously to give time
11   to discover the names of the unknown officers.
12             MR. ANGEL:  That's correct, your Honor, and it --
13             THE COURT:  That didn't happen?
14             MR. ANGEL:  It hasn't.  We haven't identified all of
15   the officers.  There's more people involved than we --
16   there's more officers that it appears involved than we had
17   originally thought.
18             Once I ordered the OEMC records with the event
19   queries, the 911 calls based upon the incident, it appears
20   that there are approximately 15 units that responded to the
21   scene of a melee in the neighborhood involving around 30
22   people in the neighborhood that were breaking windows and
23   getting into fights.  So approximately --
24             THE COURT:  Well, you don't have to get what they
25   were doing.  The question was what officers were going to be
```

1  on the scene and those names were supposed to be given to

2  plaintiff's counsel.

3        MR. ANGEL:  And we're in the process of trying to

4  identify those officers, your Honor.  Once we ordered the

5  OEMC records, at least 15 units have responded to the scene.

6  We have those units identified in the event queries.  I have

7  produced the AMA sheets which would identify potentially

8  those officers that responded to the scene.

9        As far as talking, though, to this large number of

10 officers which could be 30 or more officers that responded to

11 the scene on the day, we've talked to two already, the

12 arresting officers that arrested the plaintiff's son, Friar

13 and Johnson.  They identified the two officers that they

14 think responded from Unit 312.  Now this is one of the units

15 that responded because there are 14 more units --

16       THE COURT:  I was told that at the last hearing that

17 Unit 312, Beat 312 was on the scene.

18       MR. ANGEL:  Correct; but what we didn't know at the

19 last hearing is that instead of this universe of two or three

20 units that responded to scene, that there are 15 or more

21 units that responded to the scene so there's a lot more

22 officers that we have to contact and identify and so that's

23 what's changed since the last status hearing is that we

24 thought it was just a small number of officers that responded

25 and apparently there are 30 or more officers that responded

1  to the scene of the incident.

2        Plaintiff's involvement is one piece of this big

3  melee so there's a lot more witnesses, a lot more officers

4  than we originally thought.

5        THE COURT:  Okay.  Plaintiff, let me ask you this:

6  I know you agreed to the motion obviously but are those

7  additional officers with other groups in the neighborhood

8  relevant to your case?

9        MR. HORWITZ:  I guess we don't know until we

10  actually maybe do a photographic array.  It's hard to know

11  because our client wasn't looking at name tags and things

12  like that to be specific as to who the officers were.

13        THE COURT:  Will your client be able to identify --

14        MR. HORWITZ:  I think so.

15        THE COURT:  -- officers?

16        MR. HORWITZ:  I think that would be a good attempt

17  assuming that photographs are current, they're not academy

18  photos which were taken ten years ago.  Those sort of issues

19  arise with regards to photographic array.

20        THE COURT:  Okay.  Let me ask counsel for Chicago,

21  the 15 or so units you say who were on the scene, are those

22  identified in your records or --

23        MR. ANGEL:  Yeah.  They're identified in the OEMC

24  records, the 911 records.

25        THE COURT:  And would they identify the names of the

 1  officers or you have to do further investigation at the units

 2  to find out which officers were assigned that date?

 3          MR. ANGEL:  We have the AMA -- the attendance and

 4  sign-in sheets from that day so we'll know the universe of

 5  officers that were assigned to the third district and

 6  specifically those units that day.

 7          THE COURT:  Okay.  So it shouldn't take you too much

 8  time to get those names, pictures to plaintiff's counsel,

 9  right?

10          MR. ANGEL:  Yeah.  Well, the names and the photo

11  lineup, no problem.  As far as going -- if I have to go and

12  talk to these unit -- these units, these officers, that's

13  going to take more time.  So if it's just a question of

14  identifying who was present and doing a lineup, that's no

15  problem.

16          THE COURT:  I think that's what we were trying to

17  identify right now rather than who will be defendants, then

18  to talk to those defendants to see who is going to represent

19  them.

20          Plaintiff counsel, weren't you trying to see which

21  officers would be identified by your client?

22          MR. HORWITZ:  Yes.

23          THE COURT:  So can you give those to counsel within

24  a week or so?

25          MR. ANGEL:  Who is that?

1          THE COURT:  The names and pictures.

2          MR. ANGEL:  Well, your Honor, what we typically do

3    with regard to lineups is that they come down to the Office

4    of Legal Affairs and then they're shown a photo lineup on a

5    computer so it would be those officers assigned to the third

6    district that day and then they would have an opportunity --

7    the plaintiff would have an opportunity to pick out officers

8    that she claims were involved that day or the ones that

9    actually are guilty of the misconduct alleged.

10         THE COURT:  Plaintiff, is that your experience?

11         MR. HORWITZ:  I think there's lots of different ways

12   it can be done.  I've done one -- I've been involved in --

13   I'm sorry, a number of my clients have been involved in a

14   photo array.  I haven't asked them the methodology, whether

15   they brought out a book of photographs or whether it was done

16   on a computer.

17         THE COURT:  So you don't mind the manner in which

18   the identification is done?

19         MR. HORWITZ:  The only caveat is assuming they're

20   contemporary photos so they're not five years ago, ten years

21   ago, officers with beards and now they don't have beards,

22   that's the only issue that arises.

23         THE COURT:  Counsel?

24         MR. ANGEL:  The photographs on record are the

25   photographs on record.  I'll inquire as to the date of the

1  photographs.  I don't know what time period the photographs

2  are usually taken in off the top of my head.  I'm sorry.

3          MR. HORWITZ:  Frequently they're academy photos

4  which generates the concern.  So, you know, ten years ago

5  they graduated from the academy and that sort of thing and

6  that's not -- I look different now --

7          THE COURT:  Do you even know, counsel for Chicago,

8  if the Department has procedures to continuously photograph

9  its officers every five years or every two years?

10          MR. ANGEL:  I don't know, your Honor.  Yeah.  I

11  don't know what the -- I mean, I'm assuming that the

12  photographs on record are what they are but I don't know if

13  those --

14          MR. HORWITZ:  That's always true.

15          THE COURT:  Okay.  I'm going to go along with the

16  request to give until October 26th as you requested for

17  discovery of the names but we need to put an end to this.

18          So if, plaintiff counsel, you think that Chicago is

19  not cooperating, don't wait until October 26th.  File a

20  motion before me --

21          MR. HORWITZ:  I think they're doing a great job.  I

22  don't think it's --

23          THE COURT:  -- I'll be pleased to entertain your

24  motion.

25          MR. HORWITZ:  Okay.

1          THE COURT:  Okay.  I'm going to set the next status

2    hearing after October 26th.  We'll set it November 14th.

3          MR. HORWITZ:  Judge, one other issue is the

4    possibility of a settlement conference.  They need some

5    medical records from us.  We'll be more than happy to get

6    them.  That might forego a lot of defendants and a lot of

7    work.  That could be done in a case like this where there

8    is --

9          THE COURT:  Well, if that's the case, then you might

10   want to try to do the settlement conference as early as you

11   can.

12         MR. HORWITZ:  Do we do that with your Honor or with

13   the magistrate?

14         THE COURT:  With me.

15         MR. HORWITZ:  Okay.

16         THE COURT:  Follow my procedures and contact my

17   courtroom deputy.  I'll be glad to sit with you as early as

18   next Monday.

19         MR. HORWITZ:  Okay.

20         MR. ANGEL:  Okay.  Thank you, your Honor.

21         THE COURT:  Thank you.

22      (Which concluded the proceedings in the above-entitled

23   matter.)

24

25

```
 1                  C E R T I F I C A T E
 2          I hereby certify that the foregoing is a transcript
 3   of proceedings before the Honorable Samuel Der-Yeghiayan on
 4   August 30, 2007.
 5   DATED:   June 30, 2008.
 6                           by:   s/ Laura LaCien
 7                                 _Laura LaCien_
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```