# EXHIBIT Q

# UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.0**
Eastern Division

Lily Choyce
                        Plaintiff,

v.                                     Case No.: 1:07–cv–01790
                                                    Honorable Samuel Der–Yeghiayan

Unknown Officers, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 30, 2007:

      MINUTE entry before Judge Samuel Der–Yeghiayan : Plaintiff's agreed motion for extension of time to discover unknown officers [23] is granted to and including 10/26/07. Status hearing held and continued to 11/14/07 at 9:00 a.m. If the parties believe a settlement conference with the Court would be useful, counsel shall follow Judge Der–Yeghiayan's settlement conference procedures as outlined on his web page. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.