# EXHIBIT R

# LAW OFFICES OF BLAKE HORWITZ

Blake Horwitz, Esq.

*Associates*
Amanda S. Yarusso, Esq.
Tali K. Albukerk, Esq.
Matthew C. Robison, Esq.
Erica E. Faaborg, Esq.

*Legal Assistants*
Emily E. Schnidt    Ra Chaka
John C. Ochoa    Fatima Ortega

*Of Counsel*
Elliot Richardson, Esq.
Robert Pantoga, Esq.

October 31, 2007

Glenn Angel, Esq.
Assistant Corporation Counsel
30 N. LaSalle St., Suite 1020
Chicago, IL 60602
Fax: 312-744-3989

VIA FACSIMILE & U.S. MAIL

Re: *Choyce v. Unknown Officers;* 07-C-1790

Dear Mr. Angel:

Enclosed please find recent bills for my client. While it appears that the $13,000 balance that my client referred to is in collections, there are also outstanding balances with the hospital directly that have not been sent to collections. So the amount I previously told you was well below the actual medical expenses incurred. I've been told by collections that the hospital only sends outpatient expenses to them and that the inpatient expenses they try to resolve themselves. Therefore, it appears Ms. Choyce has a balance of $43,263.36 with the hospital for her actual hospitalization as well as a current balance with collections of $13,844.80 (per a conversation I had with a representative of the collections company today) for the outpatient services. This latter balance appears to be a combination of the collections notice balance and the second bill from the hospital for $454.50.

In addition, per our telephone conversation yesterday, I await a letter from you explaining which officers were present at the scene according to the A&A sheets and event query. Please contact me with any comments.

Sincerely,

Amanda S. Yarusso

155 North Michigan, Suite 723    Phone: 312-616-4433    lobh@att.net
Chicago, Illinois 60601    Fax: 312-565-7173

# hp LaserJet 3015

Law Offices of Blake Horwitz
312-565-7173
Oct-31-2007   2:04PM



## Fax Call Report

| Job | Date | Time | Type | Identification | Duration | Pages | Result |
|---|---|---|---|---|---|---|---|
| 258 | 10/31/2007 | 2:02:15PM | Send | 7443989 | 1:53 | 6 | OK |

---

### LAW OFFICES OF BLAKE HORWITZ

Blake Horwitz, Esq.

*Associates*
Amanda S. Yarusso, Esq.
Tab K. Albukerk, Esq.
Matthew C. Robison, Esq.
Erica E. Faaborg, Esq.

*Legal Assistants*
Emily E. Schmidt    Ra Chaka
John C. Ochoa       Fatima Ortega

*Of Counsel*
Elliot Richardson, Esq.
Robert Paoroga, Esq.

October 31, 2007

Glenn Angel, Esq.                                    VIA FACSIMILE & U.S. MAIL
Assistant Corporation Counsel
30 N. LaSalle St., Suite 1020
Chicago, IL 60602
Fax: 312-744-3989

Re: *Choyce v. Unknown Officers;* 07-C-1790

Dear Mr. Angel:

Enclosed please find recent bills for my client. While it appears that the $13,000 balance that my client referred to is in collections, there are also outstanding balances with the hospital directly that have not been sent to collections. So the amount I previously told you was well below the actual medical expenses incurred. I've been told by collections that the hospital only sends outpatient expenses to them and that the inpatient expenses they try to resolve themselves. Therefore, it appears Ms. Choyce has a balance of $43,263.36 with the hospital for her actual hospitalization as well as a current balance with collections of $13,844.80 (per a conversation I had with a representative of the collections company today) for the outpatient services. This latter balance appears to be a combination of the collections notice balance and the second bill from the hospital for $454.50.

In addition, per our telephone conversation yesterday, I await a letter from you explaining which officers were present at the scene according to the A&A sheets and event query. Please contact me with any comments.

Sincerely,

Amanda S. Yarusso

155 North Michigan, Suite 723    Phone: 312-616-4433    lobh@att.net
Chicago, Illinois 60601          Fax: 312-565-7173