# EXHIBIT S



**City of Chicago**
Richard M. Daley, Mayor

**Department of Law**

Mara S. Georges
Corporation Counsel

Employment and Policy Litigation
Suite 1020
30 North LaSalle Street
Chicago, Illinois 60602
(312) 744-5100
(312) 744-3989 (FAX)
(312) 744-5131 (TTY)

http://www.cityofchicago.org

*Via Facsimile*

October 30, 2007

Amanda Yarusso
Law Offices of Blake Horwitz
155 N. Michigan Ave., Ste. 723
Chicago, IL 60601
(312) 616-4433

Re: Choyce v. Unknown Officers, 07 C 1790

Dear Counsel:

As we discussed pursuant to our telephone conversation earlier this afternoon, the event queries and standard search location report for the address pertaining to the underlying incident list the following units as having responded to the scene at approximately 1800 hours on September 9, 2006: 305, 311, 312, 313, 321, 322, 324, 330, 332, 333, 334, 350, 352, 358, 395.

According to the A&A sheets for the date and time in question, the following officers were assigned to the above units:

305: Stacey Cooper, #05193; Patrice Patton, #10440
311: Ellis Anderson, #19526; Titus Moore, #14480
312: Ana Valeriano, #15485; Marcos Perez, #14322
313: Oneal Payne, #17688; Demeka Strickland, #06690
321: Michael Roberts, #09339; Michael Rule, #06463
322: Michael Rucker, #18382; April Sherpetis, #12077
324: Brian Gaston, #19030; Philonies McCray, #13590
330: Robert Goode, #02242
332: Mark Yelverton, #16022; Tanyshia Parlor, #19326
333: David Lee, #14578; Kevyn Lott, #11296
334: Carolyn Kubiak, #17391; John Beiuso, #19997
350: Mark Nottoli, #00988
352: Darryl Johnson, #07129; Mark Friar, #11654
358: Bryan Ford, #17039; Tremayne Hall, #05575
395: Cynthia Modeste, #19413

Sincerely,

Glenn Angel
Assistant Corporation Counsel
(312) 744-6922


