# EXHIBIT T

```
 1                IN THE UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF ILLINOIS
 2                           EASTERN DIVISION

 3   LILY CHOYCE,                    ) Docket No. 07 C 1790
                                     )
 4           Plaintiff,              )
                                     )  Chicago, Illinois
 5           vs.                     )  November 14, 2007
                                     )  9:00 o'clock a.m.
 6   UNKNOWN OFFICERS, CITY OF       )
     CHICAGO, et al.,                )
 7                                   )
             Defendants.             )
 8

 9              TRANSCRIPT OF PROCEEDINGS - Status
          BEFORE THE HONORABLE SAMUEL DER-YEGHIAYAN
10

11   APPEARANCES:
     For the Plaintiff:     HORWITZ, RICHARDSON & BAKER, LLC
12                          BY:  MS. AMANDA SUNSHINE YARUSSO
                            20 South Clark Street
13                          Suite 500
                            Chicago, Illinois  60603
14

15   For City of Chicago:   CITY OF CHICAGO
                            BY:  MR. GLENN KEVIN ANGEL
16                          30 North LaSalle Street
                            Chicago, Illinois  60602

17

18

19

20

21

22            LAURA LACIEN, CSR, RMR, FCRR
                  Official Court Reporter
23         219 South Dearborn Street, Suite 1902
                  Chicago, Illinois  60604
24                    (312) 408-5032

25
```

```
 1        (The following proceedings were had in open court:)
 2            COURTROOM DEPUTY:  07 C 1790, Choyce versus Unknown
 3   Officers.
 4            MS. YARUSSO:  Good morning, your Honor.  Amanda
 5   Yarusso for the plaintiff, Ms. Choyce.
 6            THE COURT:  Good morning.
 7            MR. ANGEL:  Good morning, your Honor.  Glenn Angel
 8   for defendant, City of Chicago.
 9            THE COURT:  Good morning.
10            Okay.  Was there an amended complaint?
11            MS. YARUSSO:  Your Honor, what we've received is a
12   letter from the City of Chicago attorney identifying the
13   potential present officers at the scene based on the
14   attendance sheets and the event queries.  We're prepared to
15   amend today to name them all but I just wanted to check in
16   with your Honor.
17            THE COURT: Okay.  So that's my question. You're
18   going to have an amended complaint and you intend to file
19   today?
20            MS. YARUSSO:  Sure.
21            THE COURT:  Okay.  You'll file the amended
22   complaint.  And then how much time will you have to -- will
23   you need to serve?  Are you representing everybody?
24            MR. ANGEL:  No, your Honor.  I'm not representing
25   the officers.
```

```
 1                THE COURT:  Okay.
 2                MR. ANGEL:  There are going to be probably 27
 3   officers named that were present at the scene so it's going
 4   to take --
 5                THE COURT:  You're only naming 27?
 6                MS. YARUSSO:  That's all.
 7                THE COURT:  Okay.  You're going to do it through the
 8   mechanism available for service?
 9                MS. YARUSSO:  Right, the 3510 South Michigan which
10   we'll probably bring -- deliver tomorrow.
11                THE COURT:  And does City's counsel know right now
12   if they might be represented by many attorneys or --
13                MR. ANGEL:  I suspect that they'll be represented --
14   well, because there are so many, I don't know.  I don't
15   anticipate any conflict issues which would require separate
16   representation but I don't know for sure.
17                THE COURT:  Okay.  You might end up representing
18   them?
19                MR. ANGEL:  No.  I know I won't, your Honor.
20                THE COURT:  Okay.  What I'm going to do is I'm going
21   to give you about couple weeks to effectuate service.  Would
22   you be able to go and do that?
23                MS. YARUSSO:  We'll deliver them to their designated
24   location tomorrow most likely so it's just then they tell us
25   whether that was effective for them or not.
```

```
 1              THE COURT:  Okay.  I'm going to set a status hearing
 2    after I give sufficient time for their answers and for
 3    attorneys to file appearances.
 4              MS. YARUSSO:  Okay.
 5              THE COURT:  So we'll set one December 18th.  Since
 6    you're going to deliver them this week, that would give them
 7    about one month.  They need 20 days to answer.
 8              MS. YARUSSO:  Right.
 9              THE COURT:  And on December 18, I'll address any
10    other issues that might come up if there are representatives
11    for the individual defendants or if some have not yet been
12    properly served or whatever.
13              MS. YARUSSO:  Okay.
14              THE COURT:  And then I'll address other dates at
15    that time.
16              MS. YARUSSO:  Okay.
17              THE COURT:  I don't want to address any -- if City
18    and the plaintiffs want to move forward with the informal
19    discovery, that's fine.
20              MS. YARUSSO:  And we've been disclosing --
21              THE COURT:  That's fine.  I just don't want to give
22    deadlines right now.
23              MS. YARUSSO:  -- you know, voluntary disclosures and
24    even trying to talk about settlement in the meantime.
25              THE COURT:  I'll give deadlines when all the
```

```
 1  defendants answer or file their motions.  At that time, I'll
 2  discuss formal deadlines.
 3          MS. YARUSSO:  Very good.
 4          THE COURT:  We'll see the parties on December 18th
 5  at 9:00 o'clock.
 6          MR. ANGEL:  Thank you.
 7          THE COURT:  Thank you.
 8          MS. YARUSSO:  Thank you.
 9     (Which concluded the proceedings in the above-entitled
10  matter.)
11                  C E R T I F I C A T E
12          I hereby certify that the foregoing is a transcript
13  of proceedings before the Honorable Samuel Der-Yeghiayan on
14  November 14, 2007.
15  DATED:  June 30, 2008.
16                              by:    s/ Laura LaCien
17
18
19
20
21
22
23
24
25
```