# EXHIBIT W

Case 1:07-cv-01790    Document 33    Filed 11/16/2007    Page 1 of 1

## *United States District Court for the Northern District of Illinois*

Case Number: 07CV1790          Assigned/Issued By: DAJ

Judge Name: DER-YEGHIAYAN      Designated Magistrate Judge:

---

**FEE INFORMATION**

*Amount Due:*  ☐ $350.00   ☐ $39.00   ☐ $5.00

☐ IFP   ☐ No Fee   ☐ Other _____

☐ $455.00

Number of Service Copies _____          Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____          Receipt #: _____

Date Payment Rec'd: _____    Fiscal Clerk: _____

---

**ISSUANCES**

☑ Summons                              ☐ Alias Summons

☐ Third Party Summons                  ☐ Lis Pendens

☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons
                                       _____
☐ Citation to Discover Assets          (Victim, Against and $ Amount)

☐ Writ _____
       (Type of Writ)

1   Original and  1   copies on  11/16/07   as to OFFICER ONEAL PAYNE
                                 (Date)

_____

_____

C:\wpwin80\docket\feeinfo.frm    03/14/05

## United States District Court for the Northern District of Illinois

Case Number: 07CV1790          Assigned/Issued By: DAJ

Judge Name: DER-YEGHIAYAN      Designated Magistrate Judge:

---

### FEE INFORMATION

**Amount Due:**  ☐ $350.00   ☐ $39.00   ☐ $5.00
             ☐ IFP       ☐ No Fee    ☐ Other _____
             ☐ $455.00

Number of Service Copies _____          Date: _____

*(For Use by Fiscal Department Only)*

Amount Paid: _____                Receipt #: _____

Date Payment Rec'd: _____         Fiscal Clerk: _____

---

### ISSUANCES

☑ Summons                              ☐ Alias Summons

☐ Third Party Summons                  ☐ Lis Pendens

☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment
                                       _____
☐ Wage-Deduction Garnishment Summons
                                       *(Victim, Against and $ Amount)*
☐ Citation to Discover Assets

☐ Writ _____
       *(Type of Writ)*

1  Original and  1  copies on  11/16/07  as to OFFICER ONEAL PAYNE
                              *(Date)*

_____

_____

C:\wpwin80\docket\feeinfo.frm    03/14/05

## *United States District Court for the Northern District of Illinois*

Case Number: 07CV1790                    Assigned/Issued By: DAJ

Judge Name: DER-YEGHIAYAN        Designated Magistrate Judge:

---

### FEE INFORMATION

**Amount Due:**  ☐ $350.00    ☐ $39.00    ☐ $5.00

☐ IFP    ☐ No Fee    ☐ Other _____

☐ $455.00

Number of Service Copies _____        Date: _____

*(For Use by Fiscal Department Only)*

Amount Paid: _____              Receipt #: _____

Date Payment Rec'd: _____       Fiscal Clerk: _____

---

### ISSUANCES

☑ Summons                                    ☐ Alias Summons

☐ Third Party Summons                        ☐ Lis Pendens

☐ Non Wage Garnishment Summons               ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons         _____
                                             (Victim, Against and $ Amount)
☐ Citation to Discover Assets

☐ Writ _____
       (Type of Writ)

1  Original and 1  copies on 11/16/07  as to OFFICER ONEAL PAYNE
                                (Date)

_____
_____

C:\wpwin80\docket\feeinfo.frm    03/14/05

## *United States District Court for the Northern District of Illinois*

Case Number: 07CV1790   Assigned/Issued By: DAJ

Judge Name: DER-YEGHIAYAN   Designated Magistrate Judge:

---

### FEE INFORMATION

*Amount Due:*  ☐ $350.00   ☐ $39.00   ☐ $5.00
☐ IFP   ☐ No Fee   ☐ Other _____
☐ $455.00

Number of Service Copies _____   Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____   Receipt #: _____

Date Payment Rec'd: _____   Fiscal Clerk: _____

---

### ISSUANCES

☑ Summons   ☐ Alias Summons
☐ Third Party Summons   ☐ Lis Pendens
☐ Non Wage Garnishment Summons   ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons
_____
☐ Citation to Discover Assets   (Victim, Against and $ Amount)
☐ Writ _____
   (Type of Writ)

1 Original and 1 copies on 11/16/07 as to OFFICER ONEAL PAYNE
                                (Date)

C:\wpwin80\docket\feeinfo.frm   03/14/05

*United States District Court for the Northern District of Illinois*

Case Number: 07CV1790                    Assigned/Issued By: DAJ

Judge Name: DER-YEGHIAYAN            Designated Magistrate Judge:

---

**FEE INFORMATION**

*Amount Due:*   ☐ $350.00     ☐ $39.00     ☐ $5.00
                ☐ IFP         ☐ No Fee     ☐ Other _____
                ☐ $455.00

Number of Service Copies _____          Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____                      Receipt #: _____

Date Payment Rec'd: _____               Fiscal Clerk: _____

---

**ISSUANCES**

☑ Summons                              ☐ Alias Summons

☐ Third Party Summons                  ☐ Lis Pendens

☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons   _____
                                       (Victim, Against and $ Amount)
☐ Citation to Discover Assets

☐ Writ _____
       (Type of Writ)

<u>1</u> Original and <u>1</u> copies on <u>11/16/07</u>  as to OFFICER ONEAL PAYNE
                                    (Date)

C:\wpwin80\docket\feeinfo.frm    03/14/05

## United States District Court for the Northern District of Illinois

Case Number: 07CV1790          Assigned/Issued By: DAJ

Judge Name: DER-YEGHIAYAN          Designated Magistrate Judge:

---

### FEE INFORMATION

**Amount Due:**   ☐ $350.00     ☐ $39.00     ☐ $5.00

☐ IFP     ☐ No Fee     ☐ Other _____

☐ $455.00

Number of Service Copies _____          Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____          Receipt #: _____

Date Payment Rec'd: _____          Fiscal Clerk: _____

---

### ISSUANCES

☑ Summons                                    ☐ Alias Summons

☐ Third Party Summons                        ☐ Lis Pendens

☐ Non Wage Garnishment Summons               ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons         _____

☐ Citation to Discover Assets                (Victim, Against and $ Amount)

☐ Writ _____
       (Type of Writ)

1 Original and 1 copies on 11/16/07 as to OFFICER ONEAL PAYNE
                            (Date)

C:\wpwin80\docket\feeinfo.frm   03/14/05