# EXHIBIT X

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LILLIE CHOYCE,<br><br>     Plaintiff,<br><br>     v.<br><br>OFFICER MARK L. FRIAR (NO. 11654),<br>OFFICER D. F. JOHNSON (NO. 7129),<br>OFFICER STACEY COOPER (NO. 5193),<br>OFFICER PATRICE PATTON (NO. 10440),<br>OFFICER ELLIS ANDERSON (NO. 19526),<br>TITUS MOORE (NO. 14480), ANA<br>VALERIANO (NO. 15485), MARCOS PEREZ<br>(NO. 14322), ONEAL PAYNE (NO. 17688),<br>DEMEKA STRICKLAND (NO. 6690),<br>MICHAEL ROBERTS (NO. 9339), MICHAEL<br>RULE (NO. 6463), MICHAEL RUCKER (NO.<br>18382), APRIL SHERPETIS (NO. 12077),<br>BRIAN GASTON (NO. 19030), PHILONIES<br>MCCRAY (NO. 13590), ROBERT GOODE<br>(NO. 2242), MARK YELVERTON (NO.<br>16022), TANYSHIA PARLOR (NO. 19326),<br>DAVID LEE (NO. 14578), KEVYN LOTT<br>(NO. 11296), CAROLYN KUBIAK (NO.<br>17391), JOHN BELUSO (NO. 19997), MARK<br>NOTTOLI (NO. 988), BRYAN FORD (NO.<br>17039), TREMAYNE HALL (NO. 5575),<br>CYNTHIA MODESTE (NO. 19413), and the<br>CITY OF CHICAGO,<br><br>     Defendants. | No. 07 CV 1790<br><br>JUDGE DER-YEGHIAYAN |

## REQUEST TO ADMIT

NOW COMES the Plaintiff(s), by and through the LAW OFFICES OF BLAKE HORWITZ, LTD., and propounds the following Request to Admit, upon each Defendant, to be answered fully under oath, within thirty days:

**Definitions**:

"Interact" and/or "interacting" means to physically communicate with or react to (as defined by the Cambridge Dictionary, On Line Version, 2004). "Interact" and/or "interacting" also includes "touching".

When the term "interact," "interacted" and/or "interacting" is being used, the following time periods are not being considered: while the Plaintiff was in a police car, jail, cell and/or other areas of confinement of a similar nature.

"Custom" means a routine conduct followed by the officers for the Defendant Municipality.

"Practice" means an act done or performed frequently by the police officers of the Defendant Municipality

"Policy" means a written plan or course of action intended to influence the conduct of officers for the Defendant Municipality.

"Amount of force" is frequently referred to as the Use of Force Continuum, Use of Force Model and/or Use of Force Paradigm. Whatever the terminology, it refers to the amount of force that an officer may use under a particular circumstance, given what he or she is confronted with.

1. Officer Mark L. Friar (Star Number 11654) interacted with the Plaintiff on September 9, 2006.

2. Officer Mark L. Friar (Star Number 11654) placed the Plaintiff in custody on September 9, 2006.

3. Officer Mark L. Friar (Star Number 11654) arrested the Plaintiff on September 9, 2006.

4. Officer D. F. Johnson (Star Number 7129) interacted with the Plaintiff on September 9, 2006.

5. Officer D. F. Johnson (Star Number 7129) placed the Plaintiff in custody on September 9, 2006.

6. Officer D. F. Johnson (Star Number 7129) arrested the Plaintiff on September 9, 2006.

7. Officer Stacey Cooper (Star Number 5193) interacted with the Plaintiff on September 9, 2006.

8. Officer Stacey Cooper (Star Number 5193) placed the Plaintiff in custody on September 9, 2006.

9. Officer Stacey Cooper (Star Number 5193) arrested the Plaintiff on September 9, 2006.

10. Officer Patrice Patton (Star Number 10440) interacted with the Plaintiff on September 9, 2006.

11. Officer Patrice Patton (Star Number 10440) placed the Plaintiff in custody on September 9, 2006.

12. Officer Patrice Patton (Star Number 10440) arrested the Plaintiff on September 9, 2006.

13. Officer Ellis Anderson (Star Number 19526) interacted with the Plaintiff on September 9, 2006.

14. Officer Ellis Anderson (Star Number 19526) placed the Plaintiff in custody on September 9, 2006.

15. Officer Ellis Anderson (Star Number 19526) arrested the Plaintiff on September 9, 2006.

16. Titus Moore (Star Number 14480) interacted with the Plaintiff on September 9, 2006.

17. Titus Moore (Star Number 14480) placed the Plaintiff in custody on September 9, 2006.

18. Titus Moore (Star Number 14480) arrested the Plaintiff on September 9, 2006.

19. Ana Valeriano (Star Number 15485) interacted with the Plaintiff on September 9, 2006.

20. Ana Valeriano (Star Number 15485) placed the Plaintiff in custody on September 9, 2006.

21. Ana Valeriano (Star Number 15485) arrested the Plaintiff on September 9, 2006.

22. Marcos Perez (Star Number 14322) interacted with the Plaintiff on September 9, 2006.

23. Marcos Perez (Star Number 14322) placed the Plaintiff in custody on September 9, 2006.

24. Marcos Perez (Star Number 14322) arrested the Plaintiff on September 9, 2006.

25. Oneal Payne (Star Number 17688) interacted with the Plaintiff on September 9, 2006.

26. Oneal Payne (Star Number 17688) placed the Plaintiff in custody on September 9, 2006.

27. Oneal Payne (Star Number 17688) arrested the Plaintiff on September 9, 2006.

28. Demeka Strickland (Star Number 6690) interacted with the Plaintiff on September 9, 2006.

29. Demeka Strickland (Star Number 6690) placed the Plaintiff in custody on September 9, 2006.

30. Demeka Strickland (Star Number 6690) arrested the Plaintiff on September 9, 2006.

31. Michael Roberts (Star Number 9339) interacted with the Plaintiff on September 9, 2006.

32. Michael Roberts (Star Number 9339) placed the Plaintiff in custody on September 9, 2006.

33. Michael Roberts (Star Number 9339) arrested the Plaintiff on September 9, 2006.

34. Michael Rule (Star Number 6463) interacted with the Plaintiff on September 9, 2006.

35. Michael Rule (Star Number 6463) placed the Plaintiff in custody on September 9, 2006.

36. Michael Rule (Star Number 6463) arrested the Plaintiff on September 9, 2006.

37. Michael Rucker (Star Number 18382) interacted with the Plaintiff on September 9, 2006.

38. Michael Rucker (Star Number 18382) placed the Plaintiff in custody on September 9, 2006.

39. Michael Rucker (Star Number 18382) arrested the Plaintiff on September 9, 2006.

40. April Sherpetis (Star Number 12077) interacted with the Plaintiff on September 9, 2006.

41. April Sherpetis (Star Number 12077) placed the Plaintiff in custody on September 9, 2006.

42. April Sherpetis (Star Number 12077) arrested the Plaintiff on September 9, 2006.

43. Brian Gaston (Star Number 19030) interacted with the Plaintiff on September 9, 2006.

44. Brian Gaston (Star Number 19030) placed the Plaintiff in custody on September 9, 2006.

45. Brian Gaston (Star Number 19030) arrested the Plaintiff on September 9, 2006.

46. Philonies Mccray (Star Number 13590) interacted with the Plaintiff on September 9, 2006.

47. Philonies Mccray (Star Number 13590) placed the Plaintiff in custody on September 9, 2006.

48. Philonies Mccray (Star Number 13590) arrested the Plaintiff on September 9, 2006.

49. Robert Goode (Star Number 2242) interacted with the Plaintiff on September 9, 2006.

50. Robert Goode (Star Number 2242) placed the Plaintiff in custody on September 9, 2006.

51. Robert Goode (Star Number 2242) arrested the Plaintiff on September 9, 2006.

52. Mark Yelverton (Star Number 16022) interacted with the Plaintiff on September 9, 2006.

53. Mark Yelverton (Star Number 16022) placed the Plaintiff in custody on September 9, 2006.

54. Mark Yelverton (Star Number 16022) arrested the Plaintiff on September 9, 2006.

55. Tanyshia Parlor (Star Number 19326) interacted with the Plaintiff on September 9, 2006.

56. Tanyshia Parlor (Star Number 19326) placed the Plaintiff in custody on September 9, 2006.

57. Tanyshia Parlor (Star Number 19326) arrested the Plaintiff on September 9, 2006.

58. David Lee (Star Number 14578) interacted with the Plaintiff on September 9, 2006.

59. David Lee (Star Number 14578) placed the Plaintiff in custody on September 9, 2006.

60. David Lee (Star Number 14578) arrested the Plaintiff on September 9, 2006.

61. Kevyn Lott (Star Number 11296) interacted with the Plaintiff on September 9, 2006.

62. Kevyn Lott (Star Number 11296) placed the Plaintiff in custody on September 9, 2006.

63. Kevyn Lott (Star Number 11296) arrested the Plaintiff on September 9, 2006.

64. Carolyn Kubiak (Star Number 17391) interacted with the Plaintiff on September 9, 2006.

65. Carolyn Kubiak (Star Number 17391) placed the Plaintiff in custody on September 9, 2006.

66. Carolyn Kubiak (Star Number 17391) arrested the Plaintiff on September 9, 2006.

67. John Beluso (Star Number 19997) interacted with the Plaintiff on September 9, 2006.

68. John Beluso (Star Number 19997) placed the Plaintiff in custody on September 9, 2006.

69. John Beluso (Star Number 19997) arrested the Plaintiff on September 9, 2006.

70. Mark Nottoli (Star Number 988) interacted with the Plaintiff on September 9, 2006.

71. Mark Nottoli (Star Number 988) placed the Plaintiff in custody on September 9, 2006.

72. Mark Nottoli (Star Number 988) arrested the Plaintiff on September 9, 2006.

73. Bryan Ford (Star Number 17039) interacted with the Plaintiff on September 9, 2006.

74. Bryan Ford (Star Number 17039) placed the Plaintiff in custody on September 9, 2006.

75. Bryan Ford (Star Number 17039) arrested the Plaintiff on September 9, 2006.

76. Tremayne Hall (Star Number 5575) interacted with the Plaintiff on September 9, 2006.

77. Tremayne Hall (Star Number 5575) placed the Plaintiff in custody on September 9, 2006.

78. Tremayne Hall (Star Number 5575) arrested the Plaintiff on September 9, 2006.

79. Cynthia Modeste (Star Number 19413) interacted with the Plaintiff on September 9, 2006.

80. Cynthia Modeste (Star Number 19413) placed the Plaintiff in custody on September 9, 2006.

81. Cynthia Modeste (Star Number 19413) arrested the Plaintiff on September 9, 2006.

                                              Respectfully Submitted,

                                              _____

                                              Blake Horwitz
                                              Attorney for the Plaintiff(s)

LAW OFFICES OF BLAKE HORWITZ, LTD.
155 N. Michigan Avenue, Suite 723
Chicago, IL  60601
Tel:  (312) 616-4433
Fax:  (312) 565-7173

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LILLIE CHOYCE,<br><br>    Plaintiff,<br><br>    v.<br><br>OFFICER MARK L. FRIAR (NO. 11654), *et al.*,<br><br>    Defendants. | No. 07 CV 1790<br><br>JUDGE DER-YEGHIAYAN |

**CERTIFICATE OF SERVICE**

    The undersigned certifies that I served Plaintiff's Request to Admit by submitting same via hand delivery on November 29, 2007 to the following individual(s), at the following address:

Dave Seery for
Glenn Kevin Angel,
City of Chicago
30 North LaSalle Street
Suite 1020
Chicago, IL 60602

Received By:_____

Printed Name: _____

Date:_____

_____
Dennis Gary

Date: _____

LAW OFFICES OF BLAKE HORWITZ, LTD.
155 N. Michigan Avenue, Suite 723
Chicago, IL  60601
Tel:  (312) 616-4433
Fax:  (312) 565-7173