# EXHIBIT AA

# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Samuel Der-Yeghiayan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 1790 | **DATE** | 1/3/2008 |
| **CASE TITLE** | Lily Choyce vs. City Of Chicago, et al. | | |

**DOCKET ENTRY TEXT**

This matter is before the court on Plaintiff's motion for leave to amend the complaint [69]. This action was dismissed on December 17, 2007, without prejudice. It is thus too late to seek leave to amend the complaint in this action. *See Sigsworth v. City of Aurora, Ill.*, 487 F.3d 506, 511 (7th Cir. 2007)(citing *Paganis v. Blonstein,* 3 F.3d 1067, 1072 (7th Cir. 1993)). Therefore, we deny the motion for leave to amend the complaint [69].

Docketing to mail notices.

| | Courtroom Deputy Initials: | maw |
|---|---|---|