# EXHIBIT CC

# LAW OFFICES OF BLAKE HORWITZ

Blake Horwitz, Esq.

*Associates*
Amanda S. Yarusso, Esq.
Tali K. Albukerk, Esq.
Erica E. Faaborg, Esq.
Abbas B. Merchant, Esq.

*Legal Assistants*
Emily E. Schnidt      Ra Chaka
John C. Ochoa         Dennis Gary

*Of Counsel*
Elliot Richardson, Esq.
Robert Pantoga, Esq.

March 10, 2008

Diane Cohen
Rita Moran
City of Chicago, Police Policy Division
30 N LaSalle St, Suite 1020
Chicago, IL 60602
Fax: 312-744-3989

VIA FACSIMILE

David Selmer
City of Chicago, Individual Defense Litigation
30 N LaSalle St, Suite 1020
Chicago, IL 60602
Fax: 312-744-6566

Re: *Choyce v. City of Chicago, et al.*, 08 CV 202

Dear Counsel:

We had telephone conversations today regarding how to proceed in this case. We agreed that we would represent to the Judge that it seemed sensible to wait to file the joint status report in this case until receiving the Judge's ruling on your motions to extend. However, we generally discussed a discovery plan that anticipated Rule 26 disclosures within 14 days of the answers and proceeding with discovery accordingly. Mr. Selmer stated he will ask for the same extension to answer (April 7), making the disclosures due April 21. The parties will issue written discovery after April 7 and we will work out a detailed discovery plan when we file the joint status report. As I stated to Mr. Selmer, we did a lot of work in the initially filed case to tender documents regarding the officers involved and I have no problem with Defendants referencing the previously tendered documents or information in this action. Of course, if there is any additional information to disclose, I would want that. Also, Mr. Angel and I had discussed settlement and I had tendered a demand and medical records. I will have to confirm that the demand is still applicable to the re-filed case, but I think we should consider any possibility of settlement early on. I look forward to working with you all to move this case forward efficiently and cooperatively.

155 North Michigan, Suite 723     Phone: 312-616-4433     lobh@att.net
Chicago, Illinois 60601           Fax: 312-565-7173

- 2 -

Sincerely,


Amanda S. Yarusso

HP Officejet Pro L7600 All-in-One series

Fax Log for
Law Offices
312-372-7076
May 30 2008 10:19AM

### Last Transaction

| Date | Time | Type | Station ID | Duration | Pages | Result |
|---|---|---|---|---|---|---|
| May 30 | 10:17AM | Fax Sent | 7443989 | 0:33 | 3 | OK |
| May 30 | 10:18AM | Fax Sent | 7446566 | 0:34 | 3 | OK |