# EXHIBIT  FF



**City of Chicago**
Richard M. Daley, Mayor

**Department of Law**

Mara S. Georges
Corporation Counsel

Employment and Policy Litigation
Suite 1020
30 North LaSalle Street
Chicago, Illinois 60602
(312) 744-5100
(312) 744-3989 (FAX)
(312) 744-5131 (TTY)

http://www.cityofchicago.org

**VIA FAX AND 1ST CLASS MAIL**

May 27, 2008

Abbas Merchant
Horowitz, Richardson & Baker, L.L.C.
20 S. Clark st., Suite 500
Chicago, Illinois 60603
FAX: (312) 676-7076

RE:   Lillie Choyce v. Officer Mark L. Friar, etl. al., 08 C 202

Dear Counsel:

On or about May 23, 2008, you delivered Plaintiff's written discovery requests, interrogatories, notice of depositions, and requests to admit to ACC Rita Moran, Counsel for Defendant City, and ACC David Selmer, Counsel for Defendant Officers.

Please be advised that these discovery requests are improper because you did not have leave to file them as required by Rule 26 of the Federal Rules of Civil Procedure. As you know, the parties have not yet engaged in a Rule 26(f) conference; therefore, engaging in discovery of any kind, as well as serving Rule 36 requests to admit, are improper. Accordingly, we object to these requests and notices of deposition and will not be otherwise responding or further objecting to them at this time. We ask that you confirm that you have received this letter and will wait until after there has been a Rule 26(f) conference before issuing discovery and that the discovery you sent on May 23, 2008 was prematurely issued. Should you continue to pursue discovery outside of the boundaries of the Court's rules and procedures, Defendants will not hesitate to file the appropriate motions to seek relief and costs from you.

In the future, we ask that you do not issue such discovery in violation of the rules, including the numerous Requests to Admit. We recognize that service of discovery prior to a Rule 26(f) conference, in violation of the Federal Rules of Civil Procedure, has been a continuing issue with your firm and thus, we are aware this is not the first time your firm has been sent this letter. Additionally, we would note that we are awaiting the Court's ruling on our motion to dismiss which may be dispositive to this case and thus discovery may not be required at all. After the Court has ruled on the pending motion to dismiss the complaint and the parties have engaged in a Rule 26(f) conference and a discovery time-table has been established will Defendants revisit discovery in this case.






**City of Chicago**
**Richard M. Daley, Mayor**

**Department of Law**

Mara S. Georges
Corporation Counsel

Employment and Policy Litigation
Suite 1020
30 North LaSalle Street
Chicago, Illinois 60602
(312) 744-5100
(312) 744-3989 (FAX)
(312) 744-5131 (TTY)

http://www.cityofchicago.org

Sincerely,

*/s/ Rita Moran*

ACC Rita Moran (Attorney for Defendant City)

*/s/ David Selmer*

ACC David Selmer (Attorney for Defendant Officers)



