# EXHIBIT GG

Case 1:08-cv-00202    Document 39-11    Filed 07/10/2008    Page 1 of 2

# HORWITZ, RICHARDSON & BAKER, LLC 

Blake Horwitz, Esq.  
Elliot Richardson, Esq.  
Sean M. Baker, Esq.

*Of Counsel*  
Alexander Sukhman, Esq.

*Associates:*  
Tali K. Albukerk, Esq.  
Erica E. Faaborg, Esq.  
Edward L. Garris, Esq.  
Abbas B. Merchant, Esq.  
Rachelle M. Sorg, Esq.  
Amanda S. Yarusso, Esq.

May 30, 2008                                         VIA FACSIMILE

Rita Moran  
City of Chicago, Police Policy Division  
30 N LaSalle St, Suite 1020  
Chicago, IL 60602  
Fax: 312-744-3989

David Selmer  
City of Chicago, Individual Defense Litigation  
30 N LaSalle St, Suite 1020  
Chicago, IL 60602  
Fax: 312-744-6566

Re: *Choyce v. City of Chicago, et al.*, 08 CV 202

Dear Counsel:

I am in receipt of your May 27, 2008 letter in which you state that Plaintiff's May 23, 2008 discovery requests are improper as no 26(f) conference has taken place. Please be advised that Ms. Yarusso had a rule 26(f) conference with Ms. Moran, Ms. Cohen, and Mr. Selmer on March 10, 2008, (Ms. Yarusso's letter memorializing this conversation is attached) and thus Plaintiffs discovery requests are proper.

Please respond to Plaintiff's discovery within the time allotted by Federal rules or we shall be forced to proceed with additional motion practice and will seek fees for doing so.

Sincerely,

Abbas Merchant

Attachments