# EXHIBIT  HH



**City of Chicago**
**Richard M. Daley, Mayor**

**Department of Law**

Mara S. Georges
Corporation Counsel

Employment and Policy Litigation
Suite 1020
30 North LaSalle Street
Chicago, Illinois 60602
(312) 744-5100
(312) 744-3989 (FAX)
(312) 744-5131 (TTY)

http://www.cityofchicago.org

## VIA FAX AND 1ST CLASS MAIL

June 4, 2008

Abbas Merchant
Horowitz, Richardson & Baker, L.L.C.
20 S. Clark st., Suite 500
Chicago, Illinois 60603
FAX: (312) 372-7076

RE:    Lillie Choyce v. Officer Mark L. Friar, etl. al., 08 C 202

Dear Counsel:

I wish to memorialize our oral agreement regarding discovery in this case. Today, we agreed that the City would have until June 30, 2008 to answer the discovery that is not *Monell*-related your firm issued in this case. We agreed that we would ask Judge Der-Yeghiayan on the next court date of June 25, 2008, what was the anticipated date he may rule on the pending motions to dismiss and that based on the Judge's answer, we would work out a mutually agreeable schedule regarding the *Monell* discovery issued in this case. If this letter does not accurately reflect our agreement, please call me at (312) 744-4939.

Also, I have enclosed a copy of the letter regarding the 30(b)(6) witness requested by your firm in this matter. Should you have issue with my suggestion, please call me and perhaps we can work out an agreement.

Sincerely,

ACC Rita Moran (Attorney for Defendant City)

cc: David Selmer, Attorney for Individual Defendants



