

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge If Other than Assigned Judge | Robert M. Dow, Jr. |
|---|---|---|---|
| **CASE NUMBER** | 08 C 202 | **DATE** | 7/11/2008 |
| **CASE TITLE** | LILY CHOYCE vs. FRIAR, et al | | |

**DOCKET ENTRY TEXT**

ENTER AGREED ORDER: It is Hereby Ordered that Attachment #8, Exhibit H, to Document 37 in the above-captioned matter is hereby sealed from the public.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | TBK |
|---|---|---|