

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LILY CHOYCE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FRIAR, et al.,<br>　　　　Defendants. | No. 08 CV 202<br><br>JUDGE DER-YEGHIAYAN |

### AGREED ORDER

This matter coming before the Court on Agreement of the Parties for the relief requested below, and for the reasons stated below. It being found that Attachment #8, Exhibit H, to Document 37 in the above captioned matter contains potentially privileged or protected juvenile material, that said document was filed inadvertently, and that release of said information may be harmful to third parties;

IT IS HEREBY ORDERED:

Attachment #8, Exhibit H, to Document 37 in the above captioned matter is hereby sealed from the public.

Entered _____ Judge
　　　　　　　　Emergency Judge Dow
Date July 11, 2008

1