IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LILLIE CHOYCE,<br><br>     Plaintiff,<br><br>v.<br><br>OFFICER MARK L. FRIAR (NO. 11654),<br>OFFICER D. F. JOHNSON (NO. 7129),<br>UNKNOWN OFFICERS, and the CITY OF<br>CHICAGO,<br><br>     Defendants. | No. 08-C-202<br><br>JUDGE DER-YEGHIAYAN<br><br>MAGISTRATE JUDGE VALDEZ |

## AMENDED NOTICE OF MOTION

On July 23, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge DER-YEGHIAYAN at the Dirksen Building, 219 S. Dearborn, Chicago, Illinois and shall then and there present the attached Motion to File an Amended Complaint

CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2008, pursuant to Fed.R.Civ.P. 5 and the Northern District of Illinois's General Order on Electronic Case Filing, sec. XI, I caused the aforementioned documents to be served:

| | |
|---|---|
| Diane S. Cohen | dcohen@cityofchicago.org |
| Blake Wolfe Horwitz | bhorwitz@hrbattorneys.com, lobh@att.net, mpizarro@hrbattorneys.com, npeters@erlaw.net, npeters@hrbattorneys.com |
| Abbas Badruddin Merchant | amerchant@hrbattorneys.com |
| Rita C. Moran | rita.moran@cityofchicago.org |
| David Norman Selmer | david.selmer@cityofchicago.org, idldocket@cityofchicago.org |
| Amanda Sunshine Yarusso | ayarusso@hrbattorneys.com |

1

/s/Abbas Merchant

HORWITZ, RICHARDSON & BAKER LLC
Two First National Plaza
20 South Clark Street, Suite 500
Chicago, IL 60603
(312) 676-2100