**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Lillie Choyce
                    Plaintiff,

v.                                    Case No.: 1:08−cv−00202
                                      Honorable Samuel Der−Yeghiayan

Mark L. Friar, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 22, 2008:

    MINUTE entry before the Honorable Samuel Der−Yeghiayan: Plaintiff Lillie Choyce's motion for reconsideration regarding entered judgment [33] is entered and continued. Plaintiff Lillie Choyce's motion to amend/correct amended complaint [34] is entered and continued. Plaintiff Lillie Choyce's motion for reconsideration regarding order on motion to dismiss [44] is entered and continued. Defendants' responses to Plaintiff's motions shall be filed by 08/13/08 and Plaintiff#039;s replies shall be filed by 08/27/08. The Court will issue its ruling by mail. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.