UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LILLIE CHOYCE, | ) | |
| | ) | |
| Plaintiff, | ) | Judge Der-Yeghiayan |
| | ) | Magistrate Judge Valdez |
| v. | ) | |
| | ) | |
| JOHNSON, et al. | ) | 08 C 202 |
| | ) | |
| Defendants. | ) | |

### NOTICE OF FILING AND CERTIFICATE OF SERVICE

TO:   All counsel of record

**PLEASE TAKE NOTICE** that on this 13th day of August, 2008, I have caused to be e-filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO RECONSIDER,** a copy of which is herewith served upon you.

**I HEREBY CERTIFY** that I have served this notice and the attached document by causing it to be delivered by electronic means in compliance with Local Rule 5.9 to the person named above at the address shown this 13th day of August, 2008.

Respectfully submitted,

/s/ David Selmer_____
DAVID SELMER
Assistant Corporation Counsel

30 N. LaSalle, Ste. 1400
Chicago, Illinois 60602
(312)744.6905