IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LILLIE CHOYCE,<br><br>　Plaintiff,<br><br>　v.<br><br>OFFICER MARK L. FRIAR (NO. 11654),<br>OFFICER D. F. JOHNSON (NO. 7129),<br>UNKNOWN OFFICERS, and the CITY OF<br>CHICAGO,<br><br>　Defendants. | No. 08-C-202<br><br>JUDGE DER-YEGHIAYAN<br><br>MAGISTRATE JUDGE VALDEZ |

## MOTION FOR LEAVE TO FILE REPLY

1. Plaintiff's reply in support of her motion for reconsideration (Docket no. 33) was due August 27, 2008 according to the briefing schedule set by the Court on July 22, 2008. (Docket no. 45.)

2. Amanda Yarusso, the attorney now handling this case, returned from maternity leave August 4, 2008 and was unaware of the briefing schedule previously set. Abbas Merchant, the attorney previously handling the case, had since left the firm.

3. In addition, due to clerical error, the reply date was not docketed in Plaintiff counsel's docketing system.

4. Due to these facts, the Plaintiff failed to reply in time to her motion for reconsideration. Plaintiff's counsel, Amanda S. Yarusso, became aware of this situation today, September 3, 2008 and promptly began to file the instant motion for leave to file.

5. Plaintiff now respectfully requests leave to file her reply by Friday, September 5, 2008 (allowing two days to prepare the reply).

1

2

6. Plaintiff's counsel, Amanda S. Yarusso, has spoken with Defense counsel, Rita Moran, and she does not oppose this motion for leave.

WHEREFORE, Plaintiff respectfully requests this Court grant her leave to file her reply in support of her Motion for Reconsideration by September 5, 2008.

s/ Amanda S. Yarusso
Amanda S. Yarusso

Horwitz, Richardson & Baker, LLC
20 South Clark Street, Suite 500
Chicago, IL 60602
Tel: 312/676-2100
Fax: 312/372-7076