IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LILLIE CHOYCE,<br><br>　Plaintiff,<br><br>　v.<br><br>OFFICER MARK L. FRIAR (NO. 11654), OFFICER D. F. JOHNSON (NO. 7129), UNKNOWN OFFICERS, and the CITY OF CHICAGO,<br><br>　Defendants. | No. 08-C-202<br><br>JUDGE DER-YEGHIAYAN<br><br>MAGISTRATE JUDGE VALDEZ |

## NOTICE OF MOTION

On September 9, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Der-Yeghiayan at the Dirksen Building, 219 S. Dearborn, Chicago, Illinois and shall then and there present the attached MOTION FOR LEAVE TO FILE.

## CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2008, pursuant to Fed.R.Civ.P. 5 and the Northern District of Illinois's General Order on Electronic Case Filing, sec. XI, I caused the following documents:

NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an enotice of the electronic filing to the following:

David Norman Selmer     david.selmer@cityofchicago.org, idldocket@cityofchicago.org

Rita C. Moran     rita.moran@cityofchicago.org


　　s/ Amanda S. Yarusso
　　Amanda S. Yarusso

　　Horwitz, Richardson & Baker, LLC
　　20 South Clark Street, Suite 500
　　Chicago, IL 60602
　　Tel: 312/676-2100
　　Fax: 312/372-7076

1