IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LILLIE CHOYCE, | |
|     Plaintiff, | |
|     v. | No. 08-C-202 |
| | JUDGE DER-YEGHIAYAN |
| OFFICER MARK L. FRIAR (NO. 11654), OFFICER D. F. JOHNSON (NO. 7129), UNKNOWN OFFICERS, and the CITY OF CHICAGO, | MAGISTRATE JUDGE VALDEZ |
|     Defendants. | |

### _AMENDED_ MOTION FOR LEAVE TO FILE REPLY _INSTANTER_

1. Plaintiff's reply in support of her motion for reconsideration (Docket no. 33) was due August 27, 2008 according to the briefing schedule set by the Court on July 22, 2008. (Docket no. 45.)

2. Amanda Yarusso, the attorney now handling this case, returned from maternity leave August 4, 2008 and was unaware of the briefing schedule previously set.  Abbas Merchant, the attorney previously handling the case, had since left the firm.

3. In addition, due to clerical error, the reply date was not docketed in Plaintiff counsel's docketing system.

4. Due to these facts, the Plaintiff failed to reply in time to her motion for reconsideration.  Plaintiff's counsel, Amanda S. Yarusso, became aware of this situation on September 3, 2008 and promptly filed the original motion for leave to file and began to draft the reply.

5. Plaintiff now respectfully requests leave to file her reply _instanter_.  See attached Reply, Exhibit A.

6. Plaintiff's counsel, Amanda S. Yarusso, spoke with Defense counsel, Rita Moran, and she did not oppose the motion for leave to file.

WHEREFORE, Plaintiff respectfully requests this Court grant her leave to file her reply in support of her Motion for Reconsideration *instanter*.

s/ Amanda S. Yarusso
Amanda S. Yarusso

Horwitz, Richardson & Baker, LLC
20 South Clark Street, Suite 500
Chicago, IL 60602
Tel: 312/676-2100
Fax: 312/372-7076