IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

LILLIE CHOYCE,

    Plaintiff,

    v.

OFFICER MARK L. FRIAR (NO. 11654),
OFFICER D. F. JOHNSON (NO. 7129),
UNKNOWN OFFICERS, and the CITY OF
CHICAGO,

    Defendants.

No. 08-C-202

JUDGE DER-YEGHIAYAN

MAGISTRATE JUDGE VALDEZ

## NOTICE OF MOTION

On September 10, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Der-Yeghiayan at the Dirksen Building, 219 S. Dearborn, Chicago, Illinois and shall then and there present the attached *AMENDED* MOTION FOR LEAVE TO FILE *INSTANTER*.

## CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2008, pursuant to Fed.R.Civ.P. 5 and the Northern District of Illinois's General Order on Electronic Case Filing, sec. XI, I caused the following documents:

NOTICE OF MOTION AND *AMENDED* MOTION FOR LEAVE TO FILE *INSTANTER*

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an enotice of the electronic filing to the following:

David Norman Selmer    david.selmer@cityofchicago.org, idldocket@cityofchicago.org

Rita C. Moran    rita.moran@cityofchicago.org

    s/ Amanda S. Yarusso
    Amanda S. Yarusso

    Horwitz, Richardson & Baker, LLC
    20 South Clark Street, Suite 500
    Chicago, IL 60602
    Tel: 312/676-2100

Fax: 312/372-7076