**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.2
Eastern Division**

Lillie Choyce
                    Plaintiff,

v.                                      Case No.: 1:08−cv−00202
                                                Honorable Samuel Der−Yeghiayan

Mark L. Friar, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, September 8, 2008:

      MINUTE entry before the Honorable Samuel Der−Yeghiayan:Plaintiff Lillie Choyce's motion for extension of time to file reply [48] is denied as moot. Plaintiff Lillie Choyce's motion for leave to file reply instanter [51] is granted. The Court will issue its ruling by mail. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.